(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) _James E Moss Jr 00167506_
   (Name of Plaintiff)     (Inmate Number)

_Delaware Correctional Center_
_1181 Paddock Rd._
   (Complete Address with zip code)
_Smyrna, Delaware 19977_

(2) _____N/A_____
   (Name of Plaintiff)    (Inmate Number)

06 - 78

_____
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) _Thomas Carroll_

(2) _Mike Record_

(3) _LT. Bramble_
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

Jury Trial Requested

FILED

FEB 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

_____N/A_____

II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • • Yes    • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • • Yes    • • No

C.    If your answer to "B" is Yes:

1.    What steps did you take?  I Filed A GrievANCE FORM 12-16-05 the grievance was Returned to me by Officials I was Ignore And give Back to me.

2.    What was the result?  I sent Copy to Warden Thomas Corroll Know Response

D.    If your answer to "B" is No, explain why not:  AS to Mike RECORD Know Grievance Aviaable (official refuse me. INto Facility.

III.    DEFENDANTS (in order listed on the caption)

(1)    Name of first defendant:  Thomas CoRRoLL

Employed as  WardeN  at  Delaware CorRectuonal Center

Mailing address with zip code:  Delaware CorRectional Center SmyRna, Delaware 19977

(2)    Name of second defendant:  Mike Records

Employed as  Head of Deptment  at  CVOP Central Violation oF Probation Center

Mailing address with zip code:  875 SmyRna Landing Rd. SmyRna, De 19977

(3)    Name of third defendant:  LT Bramble

Employed as  LT.  at  CVOP Central Violation oF Probation Center

Mailing address with zip code:  875 Smyrna, Delaware

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. A Copy of the IIC Print out Showing that a Release was Faxed to D.C.C. on Oct 28, 2005.

2. Mr Ross' Assault In a Detention Facility Charges Resulted In An outright Acquittal After A Jury trial on Oct 28, 2005.

3. I James E Ross Jr 00167506 Continues to be held at SHU 19 CL12. Department of Corrections Delaware Correctional Center Date Dec 7. 2005 Letter Supporting From James Lawyer FAX And Email

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Relief From Custody of the above Official For Failure to abide by Courts ORDERS Be held responsable For holding me In High Security. I wasn't convicted of Any Charges not even A White-Up In side the Institut-ion. see documents and Exhibits. Pay Fine's court Cost Immediatly. Pay my child Support For Mr Ross owe 7,500.40, For Not Allowing Mr Ross to Carry out Court ORDERS. UN lawFully RestRaining. CVOP with drawal 69.97 From my Account. Date 3-3-05.

2. Mr Ross Request to be Paid 1500 a day
was Charged with 3 counts of Assault
In A Detention Facility Charges
Resulted In outright Acquittal
After A Jury trial on October 28, 2005

3. Mr Ross Level-4 was For Work Release
Never had a dirty Urine Never ORDER
Substance Abuse evaluation AND treatment
ORDERed. Was just suppose to go to Work
Release. INstead detain In Deptment
of Correction, D.C.C In Smyrna 1-year
house In the Shoe SHU. INNOcent.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2_____.

_____
James E Ross Jr
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Dec 28, 2005

Filewing A Complaint

Each named party must be list, and all names
must be printed or typed.
(Additional Sheets Need)

Thomas Corroll
Delaware Correctional Center
Smyrna, Delaware 19977

Mike Record
CVOP Central Violation of Probation Center
875 Symrna Landing Rd
Smyrna, DE 19977      Phone 302 659=6100
             address above Employees

LT Bramble
Robert L May
ARMOND Divergilis
Donald J Kuneman

Clerk
U.S. District Cou
box box 18
844 N. King St.
Wilmington, Dela 1980

JAMES E ROSS JR

233 N NEW ST.
DOVER, DELAWARE
19901

U.S.M.S.
X-RAY

# SEALED

# DOCUMENT