Dear Counselor:                                    7-19-05

Renee:                                             James E Ross Jr

REDACTED

7 8

     I am a Detainey In the Department of Correction D.C.C In Smyrna. I was Charged with 3 Charges of Assault out side the Instatution. I Defendant James Ross Jr SBI CC1675C6 Have know write-ups In side the Instatution, I've been house In the Shoe Building Sense 3-22-C5. I haven't been convicted of Any Charges not even a write-up I'm force to serve time like I've been Sentence by A Judge. But I don't have a Status Sheet Because I haven't been convicted or Sentence by A judge. I'm force to serve time on Level-5 In the Shoe houseing Unit S.H.U 18 DU9. The Counselor Saids I'm a Rest But haven't shown me Any paper work to Support her saying. what you mean by I'm a Rest. I have know Instatutional-write-ups. I'm being mis treated. Im locked-up 24 Hours A day. And Haur Rec 3-days out of A week sometimes twic 15-Dollars every two Weeks Commissary. every time I leave the Cell Im handcuff from Behind And leave the tier Im Shackle. I ask myself how much longer am I going to be punish. And I'm Not even Sentence by A judge. I recieve one Phone Call a Week. No T.V. Sincerly stated

cc                                              James E Ross Jr

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    2
                       ( as of  01/03/2006 )

State of Delaware v.  JAMES E ROSS                      DOB:        /1963
State's Atty: RICHARD J ZEMBLE , Esq.      AKA: JAMES ROSS
Defense Atty:                                   JEROME ROSS

        Event
No.  Date              Event                         Judge
------------------------------------------------------------------------
        DATE: 06/20/05 @ 1:45/10-C FILED BY BARTLEY.
9    05/31/2005
        CASE REVIEW CALENDAR - 10-C FILED_BY: BRIAN BARTLEY (PD)
10   05/31/2005
        MOTION TO DISMISS FILED PROSE.   REFERRED TO COUNSEL OF RECORD.
11   05/31/2005
        MOTION FOR REDUCTION OF BAIL FILED PROSE.  REFERRED TO COUSEL OF
        RECORD.
12   06/02/2005
        REFERRAL TO COUNSEL MEMORANDUM FILED.
        ATTACHING LETTER/DOCUMENT FROM DEFENDANT.  REFERRED TO DEFENSE COUNSEL
        AS ATTORNEY OF RECORD.  COPY OF DEFENDANT'S LETTER NOT REVIEWED BY THE
        COURT AND NOT RETAINED WITH THE COURT'S FILE.  PLEASE ADVISE YOUR
        CLIENT THAT FURTHER COMMUNICATIONS REGARDING THIS CASE SHOULD BE
        DIRECTED TO YOU. B. BARLEY
        REFERRED BY: S. NAPIER
        06/20/2005                              SLIGHTS JOSEPH R. III
        FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL 10/18/2005
13   06/20/2005                                 SLIGHTS JOSEPH R. III
        ORDER SCHEDULING TRIAL FILED.
        TRIAL DATE:___10/18/2005
        CASE CATEGORY:_____2
        ASSIGNED JUDGE (CATEGORY 1 CASES ONLY):
        UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
        OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
        FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
        CONTINUANCE REQUESTS WILL BE DENIED.
14   06/20/2005                                 SLIGHTS JOSEPH R. III
        DISCOVERY ORDER FILED:  STATE MUST PROVIDE OUTSTANDING DISCOVERY BY
        9/15/05.  IF STATE FAILS TO COMPLY, COURT WILL CONSIDER REMEDIAL SANC-
        TIONS UPON REQUEST OF DEF. IF STATE DOES NOT COMPLY, DEF SHALL MOVE TO
        COMPEL W/I 5 DAYS FROM DISCOVERY DUE DATE. IF DEF FAILS TO CHALLENGE
        STATE'S FAILURE, DEF IS DEEMED TO HAVE WAIVED OBJECTION TO FAILURE TO
        PROVIDE DISCOVERY. NO FUTURE EVENTS WILL BE CONTD DUE TO STATE'S FAIL-
        URE UNLESS DEF OBJECTS IN TIMELY FASHION.  PARTIES ARE ON NOTICE THE
        COURT WILL ENFORCE THIS ORDER STRICTLY.
15   09/26/2005
        SUBPOENA(S) MAILED FOR JURY TRIAL ON 10/18/05 @ 8:45 AM.
19   10/05/2005
        SUBPOENA(S) RETURNED.
        NON EST
17   10/17/2005
```

```
                   SUPERIOR COURT CRIMINAL DOCKET              Page    3
                      ( as of  01/03/2006 )

State of Delaware v.  JAMES E ROSS                      DOB:      /1963
State's Atty: RICHARD J ZEMBLE , Esq.      AKA: JAMES ROSS
Defense Atty:                                   JEROME ROSS


        Event
No.    Date              Event                           Judge
----------------------------------------------------------------------------
        AFFIDAVIT FILED.  REFERRED TO COUNSEL OF RECORD FOR REVIEW.
        10/18/2005                               SILVERMAN FRED S.
        TRIAL CALENDAR-CONTINUED. DEFENSE REQUEST.
        DEFENSE ATTY. IN TRIAL.
        NEW TRIAL DATE: 10/27/05 @ 9:00.
16     10/18/2005
        ORDER SCHEDULING TRIAL FILED VIA E-MAIL.
        TRIAL DATE: 10/27/05
        CASE CATEGORY: #2
        ASSIGNED JUDGE (CATEGORY 1 CASES ONLY):
        UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
        OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
        FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
        CONTINUANCE REQUESTS WILL BE DENIED.
18     10/19/2005
        REFERRAL TO COUNSEL MEMORANDUM FILED.
        ATTACHING LETTER/DOCUMENT FROM DEFENDANT.  REFERRED TO DEFENSE COUNSEL
        AS ATTORNEY OF RECORD.  COPY OF DEFENDANT'S LETTER NOT REVIEWED BY THE
        COURT AND NOT RETAINED WITH THE COURT'S FILE.  PLEASE ADVISE YOUR
        CLIENT THAT FURTHER COMMUNICATIONS REGARDING THIS CASE SHOULD BE
        DIRECTED TO YOU.  BRIAN BARTLEY
        REFERRED BY: S. NAPIER
        10/27/2005                               JOHNSTON MARY MILLER
        TRIAL CALENDAR- WENT TO TRIAL JURY
20     10/28/2005
        CHARGE TO THE JURY FILED.
21     10/28/2005                               JOHNSTON MARY MILLER
        JURY TRIAL HELD BEFORE JUDGE JOHNSTON AND JURY ON 10/27/05 & 10/28/05
        (2 DAYS). JURY FOUND DEFT NOT GUILTY ON ALL CHARGES - ASSAULT IN
        DET. FACILITY - 3 CTS. (0231, 0232 & 0233). EVIDENCE RETURNED TO STATE
        10/27/05 -STATE REQUESTED TO BE ALLOWED TO QUESTION DEFT, IF DEFT
        TESTIFIES, ABOUT ALL CRIMINAL RECORDS - DEFT OBJECTS - COURT RULED
        STATE MAY ASK ABOUT LAST 3 FELONIES IN PAST 10 YEARS BUT NOT QUESTION
        DEFT ABOUT OTHER CHARGES.
        10/27/05 - DEFT MOTION FOR MISTRIAL DUE TO NOT HAVING RECEIVED A
        MEDICAL REPORT - STATE DOES NOT HAVE REPORT - STATE AND DEFT STIP.
        10/27/05 - DEFT MOTION FOR JUDGMENT OF AQUITTAL ON CTS 1 & 2 - DENIED.
        COURT ALLOWED LESSERS ON CTS 1 & 3
        COURT REQUESTED VOP HEARING 11/1/05
        AG - R. ZEMBLE
        DEFT - B. BARTLEY
        CC - SHERR (REDMOND FOR VERDICT)
```

```
              SUPERIOR COURT CRIMINAL DOCKET              Page    4
                    ( as of  01/03/2006 )

State of Delaware v.  JAMES E ROSS                   DOB:      '1963
State's Atty: RICHARD J ZEMBLE , Esq.      AKA: JAMES ROSS
Defense Atty:                                   JEROME ROSS

        Event
No.   Date            Event                       Judge
-----------------------------------------------------------------------
        CR - VERECHIA
22   10/28/2005
        RELEASE FAXED TO DCC

         *** END OF DOCKET LISTING AS OF  01/03/2006 ***
                  PRINTED BY: CSCVELL
```



## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

BRIAN J. BARTLEY
CHIEF DEPUTY

TELEPHONE

(302) 577-5160

January 3, 2006

James E. Ross
SBI No. 00167506
Sussex Halfway House
Rt. 113
Georgetown, DE 19947

        RE:  James E. Ross v. State of Delaware
             No. 589, 2005

Dear Mr. Ross:

        Please be advised that Nicole M. Walker, Esquire of our Appellate Unit has been assigned to represent you in connection with the appeal you filed from the November 1, 2005 Violation of Probation Sentencing.

        Miss Walker can be reached at the above address.  Her telephone number is 302-577-5121.

        I understand that Ms. Walker is in the process of trying to arrange a video teleconference to discuss your case with you.

        I understand that you have been transferred to Sussex VOP Center.  Please find enclosed copies of the November 1, 2005 and December 23, 2005 VOP Sentencing Orders.  I understand that the December 23, 2005 VOP was dismissed and you found not to be in violation.

                         Very truly yours,

                         Brian J. Bartley
                         Assistant Public Defender

BJB/ef
cc: Nicole M. Walker, Esq. (with enclosures)

<u>SPECIAL CONDITIONS BY ORDER</u>

**STATE OF DELAWARE**
      **VS.**
**JAMES E ROSS**
**DOB:**      **/1963**
**SBI: 00167506**

                                    **CASE NUMBER:**
                                        0303007243

Upon full payment of court obligations, level 4 program is suspended.

<u>NOTES</u>

The substance abuse evaluation and treatment ordered on the original sentence are hereby eliminated.

=======================================
The VOP Sentence Order dated February 18, 2005 is hereby modified to change the hold level from 5 to 3 pending placement at work release.  Upon payment in full of all financial obligations, this probation is discharged as unimproved.

SO ORDERED.

Johnston, J.

                                   _____
                                   **JUDGE MARY M JOHNSTON**

## LIST OF ALIAS NAMES

STATE OF DELAWARE
     VS.
JAMES E ROSS
DOB:     '1963
SBI: 00167506

                  CASE NUMBER:
                      0303007243


JAMES E ROSSBEY
JEROME ROSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY


STATE OF DELAWARE

     VS.

JAMES E ROSS

Alias: See attached list of alias names.

DOB:     1/1963
SBI: 00167506

CASE NUMBER:                    CRIMINAL ACTION NUMBER:
0303007243                        VK03-03-1037-02
                                   VIOL O/PROBATN
                                    ORIG. CHARGE:
                                    ATT. PWITD NSII(F)


VIOLATION OF PROBATION SENTENCE ORDER


NOW THIS 23RD DAY OF DECEMBER, 2005, IT IS THE ORDER OF
THE COURT THAT: The defendant is found  not in violation.
Defendant is sentenced as follows:


  AS TO VK03-03-1037-02 : TIS 11 Del.C.05310001FC
  VIOL O/PROBATN - VIOLATION DISMISSED

Effective December 23, 2005  the defendant is sentenced
as follows:

  - The defendant is not found in violation. Probation is
continued as previously imposed.

<u>LIST OF ALIAS NAMES</u>

STATE OF DELAWARE
       VS.
JAMES E ROSS
DOB:        /1963
SBI: 00167506

                    CASE NUMBER:
                       0303007243


JAMES E ROSSBEY
JEROME ROSS

## SPECIAL CONDITIONS BY ORDER

**STATE OF DELAWARE**
     **VS.**
**JAMES E ROSS**
**DOB:**      '1963
**SBI: 00167506**

                    CASE NUMBER:
                        0303007243

NO SPECIAL CONDITIONS AT ORDER LEVEL

### NOTES

The defendant is to go to Sussex County Work Release Center.

                                         ————————————————————
                                         JUDGE JAMES T VAUGHN JR.

# Offender Status Sheet

**Date:** 12/28/2005

**SBI #:** 00167506          **Name:** JAMES E ROSS

**Location(s):** SCCC          **Level(s):** 4H          **Race:** BLACK          **DOB:** /1963

**AKA:** JAMES E ROSS; JAMES E ROSS; JAMES E ROSS; JAMES E ROSSBEY; JEROME ROSS

**Offender Type:** Sentenced          **Officer(s):** Swrc K - Z Virtual, User Virt(12)

| Level: 4H | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Start Date:** 03/22/2005   **MED:** 03/21/2006   **STRD:** 02/25/2006   **ADJ:** 02/20/2006   **PED:**   **Statutory Days Earned:** 24.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0303007243 | VK0303103702 | VIOL O/PROBATN | Current | 1 | 0 | 0 | 03/22/2005 | 03/21/2006 | 02/25/2006 | 02/20/2006 | |
| U7 | Mary M Johnston | STANDARD  11/01/2005 | 03/22/2005 | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VK0303103702 | 4H | CRT1 | Other Conditions: | AS TO VN03-03-1037 (VOP = PWITD)  SENTENCED TO 4 YEARS LEVEL 5. SUSPENDED FOR 1 YEAR LEVEL 4 HOME CONFINEMENT. WHICH IS SUSPENDED AFTER PAYMENT IN FULL OF $1,800.  HOLD AT LEVEL 5 UNTIL SPACE IS AVAILABLE AT LEVEL 4 HC.  ** DISCHARGED ONCE FINANCIAL OBLIGATIONS ARE PAID IN FULL.  DH SENT WAS MOD TO W/R |
| | | | | THE ADJ. DATE REFLECTS THE DEDUCTION OF ALL MERITORIOUS GT CREDITS EARNED AT SCCC IN THE SWRU PROGRAM.  THIS IS YOUR FINAL RELEASE DATE./CAR |

## SENTENCING WORKSHEET/COMMITMENT/RELEASE

Defendant _____     Sentence Date _____
Sent Judge _____    Date of Birth _____
                                       SBI # _____
Ct. Clerk _____     Ct. Rptr. _____
Def. Atty. _____    State's Atty _____

Cr.A.No. _____ Charge _____ Eff.Sent.Date _____ ; or
ID/Duc# _____                    ( ) consecutive to sentence now serving.
1. Probation is revoked( ): continued ( )
2. Costs of prosecution ( ): suspended ( )                    TIS or NON-TIS
3. Costs this charge $ _____
4. Fine of $ _____ : Amount suspended $ _____ ( )18% ( )15%
5. Custody for (time) _____ at Level _____, giving credit for _____,
   ending on _____ . ( ) 11 *Del. C.* § 4204(k) applies.
   ( )a. Mandatory incarceration _____ per statute _____.
   ( )b. Suspended after _____ for _____ at Level _____,
         suspended after _____ for _____ at Level _____.
   ( )c. Restitution ordered.
   ( )d. Level IV sentence--hold at Level ____ until space is available at Level 4.
   ( )e. Guilty but mentally ill verdict; to be confined at State Hospital until competent to return
         to correctional custody.
Cr.A.No. _____ Charge _____ Eff.Sent.Date _____ ; or
ID/Duct# _____                    ( ) consecutive to sentence now serving.
1. Probation is revoked( ): continued ( )    or( )consecutive to above # _____
2. Costs of prosecution ( ): suspended ( )   or( )concurrent prob. to# _____
3. Costs this charge $ _____                       TIS or NON-TIS
4. Fine of $ _____ : Amount suspended $ _____ ( )18% ( )15%
5. Custody for (time) _____ at Level _____, giving credit for _____,
   ending on _____ . ( ) 11 *Del. C.* § 4204(k) applies.
   ( )a. Mandatory incarceration _____ per statute _____.
   ( )b. Suspended after _____ for _____ at Level _____,
         suspended after _____ for _____ at Level _____.
   ( )c. Restitution ordered.
   ( )d. Level IV sentence--hold at Level ____ until space is available at Level 4.
   ( )e. Guilty but mentally ill verdict; to be confined at State Hospital until competent to return
         to correctional custody.

## AS TO ALL CHARGES:
   ( )a. Pay restitution, fines, costs, etc. ( )during probation ( )as previously ordered.
   ( )b. Work referral.
   ( )c. Cost of supervision: $ _____ per month - ( ) determined by PO
   ( )d. Community service hours _____
   ( )e. No contact with _____
   ( )f. No driving for _____
   ( )g. Substance abuse evaluation. _____ ( )k. All special conditions are reimposed.
   ( )h. Mental health evaluation.
   ( )i. Special program: ( ) Residential drug/alc   ( ) Outpatient drug/alc
            ( ) Home Confinement ( ) Job Training ( ) 21 Del.C. 4177
   ( )j. Other _____

**NOLLE PROS ENTERED:**
( )All remaining charges; or                    _Lisa m. Leuman_
( )Cr.A.Nos. _____
_____                                Prothonotary

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY


STATE OF DELAWARE

     VS.

JAMES E ROSS

Alias: See attached list of alias names.

DOB:    /1963
SBI: 00167506

CASE NUMBER:           CRIMINAL ACTION NUMBER:
0303007243            VK03-03-1037-01
                     VIOL C/PROBATN
                      ORIG. CHARGE:
                      ATT. PWITD NSII(F)

COMMITMENT


### MODIFIED VIOLATION OF PROBATION SENTENCE ORDER


NOW THIS  1ST DAY OF NOVEMBER, 2005, IT IS THE ORDER OF
THE COURT THAT:  the order dated February 18, 2005 is
hereby modified as follows: The defendant is found  in
violation. Defendant is sentenced as follows:



 AS TO VK03-03-1037-01 : TIS 11 Del.C.05310001FC
 VIOL C/PROBATN - FOUND IN VIOLATION

Effective February  8, 2005  the defendant is sentenced
as follows:

 - The defendant is placed in the custody of the Department
of Correction for 4 year(s) at supervision level 5


 - Suspended for 1 year(s)  at supervision  level 4 **WORK
RELEASE**


 - Hold at supervision level 3

 - Until space is available at supervision level 4 **WORK
RELEASE**

 Probation is concurrent to any probation now serving.



**Bayhealth**
*Medical Center*

KENT GENERAL
HOSPITAL

# EMERGENCY

ROSS, JAMES E
K04292-00280
758 SLAUGHTER ST
DOVER, DE 19904          JR  ERK
SEX:M REL:BA  DOB::  00-1183652
PHYSICIAN, EMERGENC  (302)735-8551
                     /1963 41Y
                     10/18/04

| DATE: | DOB: |
|-------|------|

**INSTRUCTIONS FOR CARE FOLLOWING DISCHARGE FROM THE EMERGENCY DEPT:**
Kent General Hospital Emergency Personnel are specially trained to deal with emergencies. While we are here to help with your immediate health problems the treatment you receive is not meant to take the place of the complete care your doctor will give you. We will advise your local family doctor what we have treated you for by sending him/her a copy of your Emergency Department record. In most cases, we recommend that you see your family doctor for follow-up care. If you do not have a family doctor, please tell us, and we will give you a list of names for you to choose from.

## SPECIAL INSTRUCTIONS:

*[handwritten notes, partially illegible]*

## MEDICATION INSTRUCTIONS:

- ☐ Fill prescriptions and take medications according to directions.
- ☐ Do not drink alcohol or take sedatives with this medication.
- ☐ Do not drive, operate machinery, or perform dangerous tasks while taking this medication.
- ☐ Take this medication with food.
- ☐

## FOLLOW-UP INSTRUCTIONS:

- ☐ See your family doctor.                              } ☐ in _____ days    Call for appt.
- ☐ Return to the Emergency Department.                    ☐ on _____ at _____
- ☒ See Dr. *[handwritten]*
- ☐ No work / school _____                              ☐ No gym / sports
- ☐ Light duty _____
- ☐ May return to work / school _____
- ☐ Call for Occupational Health appt. _____

PHYSICIAN SIGNATURE: *[signature]*

## I UNDERSTAND THAT:

I should see my family doctor or return to the Emergency Department if I become worse or develop further problems.

If x-rays were taken, they will be read by a radiologist and I may be called for a recheck or further x-rays if necessary.

I am responsible for arranging my follow-up care.

I have received the above instructions and they were explained to me by an emergency physician or nurse.

INSTRUCTED BY: *[signature]*                    DATE: 10/19/04
                                                 TIME: 1300

I have read and understand these instructions.

RESPONSIBLE PARTY: *[signature]*

#992322 (11/93)



**MAKE CHECKS PAYABLE TO:**

**Kent Diagnostic Radiology**
*DO NOT SEND PAYMENTS OR CORRESPONDENCE TO THIS ADDRESS*
PO Box 835
Oaks, PA  19456
1314KDR#8429200280

**FOR BILLING QUESTIONS,**
**PLEASE CALL 302-674-2202**
**Office Hours: 9AM - 4PM Mon. - Fri.**

Fax: 1-302-674-8359

END TO:

JAMES E ROSS
758 SLAUGHTER ST
DOVER, DE 19904

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 11-13-04 | $37.00 | 8429200280 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

**SHOW AMOUNT PAID HERE** $

REMIT TO: ▼ *PLEASE SEND ALL PAYMENTS AND CORRESPONDENCE TO THIS ADDRESS.*

**Kent Diagnostic Radiology**
ASSOCIATES, P.A.
P. O. BOX 1256
DOVER, DE 19903-1256

**Patient: JAMES E ROSS**

] Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

**Patient: JAMES E ROSS** — Referring Physician: JOHNSON, JEFFREY D.
**Account No: 8429200280** — Services Were Provided at: KENT GENERAL HOSP

| DATE | PROC CODE | DIAGNOSIS | UNITS | DESCRIPTION OF SERVICES | CHARGES | PAYMENT/ ADJUSTMENTS |
|---|---|---|---|---|---|---|
| 10-18-04 | 73550 | 959.9 | 1 | Femur 2 Views | 37.00 | |

| Current | 31-60 Days | 61-90 Days | Over 90 Days | | |
|---|---|---|---|---|---|
| $37.00 | $0.00 | $0.00 | $0.00 | **PATIENT BALANCE DUE** | : $37.00 |

**IF YOU HAVE INSURANCE PLEASE CALL OUR OFFICE.**
**THIS IS THE ONLY STATEMENT YOU WILL RECEIVE!**

KENT DIAGNOSTIC RADIOLOGY
ASSOCIATES, P.A.
P. O. BOX 1256
DOVER, DE 19903-1256
302-674-2202
Tax ID: 51-0330011

**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

143

RRAIGNMENT DATE: Decembe. 30, 2004

## IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

### IN AND FOR KENT COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| VS. | ) | INFORMATION BY THE |
| JAMES E. ROSS JR | ) | ATTORNEY GENERAL |
| | ) | CASE NUMBER: 0410014865 |
| | ) | K04-12-0375 |

The Attorney General of the State of Delaware by Information alleges that JAMES E. ROSS JR did commit the following offense:

#K04-12-0375

COUNT 1 A MISDEMEANOR

Resisting Arrest in violation of Title 11, Section 1257 of the Delaware Code of 1974, as amended.

JAMES E. ROSS JR, on or about the 18th day of October, 2004, in the County of Kent, State of Delaware, did intentionally attempt to prevent Pfc. Sherwood of the Dover Police Department from effecting an arrest or detention of himself by fleeing of foot from the officer.

__/S/ M. Jane Brady__
ATTORNEY GENERAL


_____
DEPUTY ATTORNEY GENERAL
DATE: December 14, 2004

| s: 1 | Report Date: 10/18/2004 | Agency: D␣ PD | | Complaint: 50-04-027279 |

| orted Date and Time ON 10/18/2004 0859 | Initial Crime Report | Occurred: MON 10/18/2004 0859 |

tion:
S NEW ST    Dover, DE 19904

), and Incident Overview:
EF FLED FROM WRITER AFTER BEING CONTACTED.

| ␣0-000 | Sector | County Kent | Domestic Related ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | Gen Broadcast Sent? ☐Yes ☒No |

## Victim Information

| tim Number 01 | Name | | | | | | |
| ␣e ociety/Public | Sex | Race | | | Ethnic Origin | Age | D.O.B. |
| dress | | | Resident Status | Home Telephone | Employer/School | | Work Telephone |
| porting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |
| uries | | | Description of Injuries | | | |

## Suspect/Defendant Information

| equence 01 | Type Defendant | SBI Number 00167506 | Name ROSS, JAMES E J | | | Nick Name | |
| ␣x /Iale | Race Black | Ethnic Origin Non-Hispanic | Age 41 | D.O.B. 09/14/1963 | Height 5' 08" | Weight 172 | Skin Tone | Eye Color Unknown |
| air Color Unknown | Hair Length Ear Top | Hair Style Braided | Facial Hair | Voice Speech | Teeth | Build Muscular | Glasses |
| isguise | | Disguise Color(s) | Resident Status Full Time | Unusual Characteristics | Armed With Unarmed | |
| ddress 758 SLAUGHTER ST DOVER, DE 19901 | | | Home Telephone (302) 735-8551 | Employer/School | | Work Telephone |
| rrest Number 01467 | Arrest Type Summoned | | Suspect's Clothing Description | | |

## Crimes and Associated Information

| /ictim Number 001 | Crime Seq 001 | Statute DE:11:1257:0000:M:A | Crime Description Resisting Arrest | | |
| Location Type Highway/Roadway/Alley | | Status Adult Arrest 10/18/2004 | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 4801 - Resisting Arrest | | | |
| Burglary Force Involved ☐Yes ☐No | | | | |

## Victim - Suspect/Defendant Relationships

| Victim - 001 Society/Public | Suspect/Defendant - 001 ROSS, JAMES E J | Victim Offender Relationship Victimless Crime |

## Witness Information

| Sequence 001 | Type Witness | Name FEASTER, LONNIE | | Sex Male | Race White | Age | D.O.B. |
| Address 400 S QUEEN ST Dover, DE 19904 | | Home Telephone (302) 736-7114 | Employer/School | | | Work Telephone |
| Sequence 002 | Type Witness | Name DAVIS, JEFFREY | | Sex Male | Race White | Age | D.O.B. |
| Address 400 S QUEEN ST Dover, DE 19904 | | Home Telephone (302) 736-7114 | Employer/School | | | Work Telephone |
| Sequence 003 | Type Witness | Name HOPKINS, GREG | | Sex Male | Race White | Age | D.O.B. |
| Address 400 S QUEEN ST Dover, DE 19904 | | Home Telephone (302) 736-7114 | Employer/School | | | Work Telephone |
| Sequence 004 | Type Witness | Name GOTT, JEFFREY | | Sex Male | Race White | Age | D.O.B. |
| Address 400 S QUEEN ST Dover, DE 19904 | | Home Telephone (302) 736-7114 | Employer/School | | | Work Telephone |
| Sequence 005 | Type Witness | Name BARRETT, BOBBY | | Sex Male | Race White | Age | D.O.B. |

| Reporting Officer PFC SHERWOOD   - 78585 2 | Supervisor Approval SHAWN W HARRINGTON OJDVSWH Date 11/01/2004 2149 |

| 2 | Report Date: 10/18/2004 | Agency: Do    PD | | Complaint: 50-04-027279 |
|---|---|---|---|---|

**Witness Information**

| ss | | Home Telephone (302) 736-7114 | Employer/School | | | | Work Telephone |
|---|---|---|---|---|---|---|---|

0 S QUEEN ST
ver, DE 19904

| uence 6 | Type Witness | Name FIORVANTI, FRANK | | Sex Male | Race White | Age | D.O.B. |
|---|---|---|---|---|---|---|---|

| ss | | Home Telephone (302) 736-7114 | Employer/School | | | | Work Telephone |
|---|---|---|---|---|---|---|---|

0 S QUEEN ST
ver, DE 19904

| uence 7 | Type Witness | Name MARVEL, BENJAMIN | | Sex Male | Race White | Age | D.O.B. |
|---|---|---|---|---|---|---|---|

| ress | | Home Telephone (302) 736-7114 | Employer/School | | | | Work Telephone |
|---|---|---|---|---|---|---|---|

0 S QUEEN ST
ver, DE 19904

**Investigative Narrative**

above date, time, and location writer responded to a suspicious person complaint. Upon
rival, writer contacted a B/M subject matching the description that was given. Writer asked
e subject if he had any identification and for him to remove his hands from his pockets. The
bject quickly removed his hands from his sweatshirt pockets and quickly placed them back
to the same pockets. Writer then told the subject to remove his hands from his pockets again
which time he fled on foot S/B on S. New St.. Writer and W-1 Ptlm. Feaster chased the
bject who was reaching into his sweatpants pockets while he was running. The subject
ntinued running W/B on W. Reed St., then S/B on S. Queen St. The Def was apprehended behind
)5 S. Queen St. by W-3 Pfc. Hopkins, W-4 Pfc. Gott, W-5 Pfc. Barrett and W-6 Ptlm. Fiorvanti.
e Def refused to give up his hands in order to be handcuffed. The Def was transported to
over P.D. by Ptlm. Turner who in turn transported the Def to KGH ER because he (Def) was
mplaining that he could not breathe. Writer advised the Def that he knew he (Def) ran
cause he had drugs on him and that he got rid of them during the foot chase. The Def
cknowledged what writer said and stated "Yeah you're right." Writer issued the Def a Criminal
mmons #01467 for Resisting Arrest. W-7 Pfc. Marvel advised writer that at around 1400 hrs.
e observed the Def behind 105 S. Queen St. where he was apprehended looking and searching in
e bushes and grass for something. Writer checked the area for the Def with negative results.

| Reporting Officer PFC SHERWOOD   - 78585 2 | | Supervisor Approval SHAWN W HARRINGTON  OJDVSWH  Date 11/01/2004 2149 | |
|---|---|---|---|
| Detective Notified | Referred To | | |
| Solvability Factors | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Identified | Status Closed |

**MAKE CHECKS PAYABLE TO:**

**Bayhealth**
*Medical Center*
**KENT GENERAL HOSPITAL**
**PO BOX 828638**
**PHILADELPHIA, PA 19182-8638**

**Patient Name:** ROSS,JAMES E JR
**Admit Date:** 10/28/04   **Discharge Date:** 10/28/04
**Doctor:** CHRISTINA DYSART
**Ins. Company:** NO INSURANCE

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW.

☐ VISA   ☐ MASTERCARD   ☐ DISCOVER

CARD NUMBER | AMOUNT

SIGNATURE | EXPIRATION DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 11-3-04 | **$12.00** | K04302-00378 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

**SHOW AMOUNT PAID HERE** $

SEND TO:

0430200378 1    00000012    5
JAMES E ROSS JR
758 SLAUGHTER ST
DOVER DE              19904

REMIT TO:

BAYHEALTH MEDICAL CENTER
PNC BANK
PO BOX 828638
PHILADELPHIA, PA 19182-8638

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

## STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| | 270    Med Surg Supplies | 12.00 |
| | TOTAL CHARGES | 12.00 |
| | TOTAL PAYMENTS/ADJUSTMENTS | 0.00 |

Thank you for choosing Bayhealth Medical Center for your healthcare needs. We have no health insurance information on file. If you have insurance that will cover these charges please contact Billing Support at Kent General (302)744-7081 or Milford Memorial (302)430-5727. Your prompt payment is always greatly appreciated.              Thank you

**KENT GENERAL HOSPITAL**
**PO BOX 828638**
**PHILADELPHIA, PA 19182-8638**

| | |
|---|---|
| TOTAL CHARGES | **$12.00** |
| ESTIMATED INSURANCE | **$0.00** |
| PLEASE PAY THIS AMOUNT | **$12.00** |

**Patient Name:** ROSS,JAMES E JR
**For all billing questions, call:**
**Admit Date:** 10/28/04     **Discharge Date:** 10/28/04
**Doctor:** CHRISTINA DYSART
**Ins. Company:** NO INSURANCE



**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

NOV 2 2 2004

## DELAWARE STATE POLICE ACCIDENT INFORMATION

### OPERATOR INFORMATION

| NAME | Keosser Robert |
| ADDRESS | 1079 Corestin mHP |
| CITY | Camden-Wyoming | STATE | DE |
| PHONE # | |

### VEHICLE INFORMATION

| TAG # | 257137 | STATE | DE |
| YEAR | 1992 | MAKE | Toyota |
| MODEL | Corolla | COLOR | Red |
| INS. CO. | Peninsula | | |
| POLICY # | 21803-0108 | | |

### VEHICLE OWNER INFORMATION

| NAME | SAA |
| ADDRESS | |
| CITY | | STATE | |
| PHONE | |

### ACCIDENT INFORMATION

| DATE | 10/25/04 | TIME | 6:52 | AM | PM |
| LOCATION | N main St. + W. Walnut | | | | |
| COMPLAINT # | 03-04-58976 | | | | |

| TROOPER NAME | Rush 979 | PHONE # | 697-4454 |

-------------------------------------------------detach here-------------------------------------------------

**To obtain a copy of the police report, you or your insurance company must submit a written request for a copy of the accident report.**

1) Complete the below information, detach this portion of the page and mail to:

2) Enclose a self-addressed stamped envelope and a payment of:

**Delaware State Police Traffic Section**
**PO Box 430**
**Dover, DE 19903**

☐ $25.00 (standard accident fee)   <u>PLEASE MAKE PAYMENT PAYABLE TO: DELAWARE STATE POLICE</u>
☐ $60.00 (fatal crash report)

Date of Accident:_____       Complaint # ____-____-_____
                                                          **(Required)**

I would like to obtain a copy of the motor vehicle collision report involving:

_____ and _____ which occurred on
  (Operator #1)                              (Operator #2, Pedestrian, Victim, or Owner)
  **(Required)**

route no./road name _____ , _____ miles _____ of _____
                          **(Required)**              (# of)   (N,S,E,W)    (City or Town) **(Required)**

_____                    _____
  (your name) **(Required)**                               (daytime phone #)

_____                    _____
  (your street address) **(Required)**                    (city,state) **(Required)**        (zip code)

MAKE CHECKS PAYABLE TO:

**Bayhealth**
*Medical Center*
KENT GENERAL HOSPITAL
PO BOX 828638
PHILADELPHIA, PA 19182-8638

Patient Name: JAMES E ROSS JR

| IF PAYING BY VI | MASTERCARD OR DISCOVER, FILL OUT BELOW |
|---|---|
| ☐ VISA **VISA** | ☐ MASTERCARD ☐ DISCOVER |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXPIRATION DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 10/18/04 | $155.65 | K0425900302 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE $

ND TO:

00045921 1    00015565    7
JAMES E ROSS JR
758 SLAUGHTER ST
DOVER, DE 19904

REMIT TO:

BAYHEALTH MEDICAL CENTER
PNC BANK
PO BOX 828638
PHILADELPHIA, PA 19182-8638

Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| ACCOUNT NUMBER | PATIENT NAME | ADMIT DATE | DISCHARGE DATE | PATIENT TYPE |
|---|---|---|---|---|
| K0425900302 | JAMES E ROSS JR | 09/15/04 | 09/15/04 | ERK SP |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20/04 | Billed Balance | $155.65 |
| | Account Balance | $155.65 |
| | Estimated Insurance Liability | $0.00 |
| | Patient Responsibility | $155.65 |

Thank you for choosing Bayhealth Medical Center to meet your healthcare needs. According to our records, your account has an open balance, which is your responsibility.

If you believe this open balance is incorrect or you have additional insurance information to provide us, please contact our Billing Support Department at (302)744-7081 for Kent General Hospital or (302)430-5728 for Milford Memorial Hospital. Operating hours are Monday through Friday, 8:00 a.m. to 4:00 p.m.

| PAY THIS AMOUNT | $155.65 |
|---|---|

**SUMMARY OF ACCOUNTS FOR:** JAMES E ROSS JR

KENT GENERAL HOSPITAL
PO BOX 828638
PHILADELPHIA, PA 19182-8638

| | |
|---|---|
| BALANCE FORWARD OF ALL ACCOUNTS | 155.65 |
| TOTAL CHARGES AND ADJUSTMENTS | 0.00 |
| TOTAL INSURANCE PAYMENTS | 0.00 |
| TOTAL PATIENT PAYMENTS | 0.00 |
| TOTAL ACCOUNT BALANCE | 155.65 |
| ESTIMATIONS INSURANCE LIABILITY | 0.00 |
| GUARANTOR RESPONSIBILITY | |

**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

**Bayhealth**
**Medical Center**
**KENT GENERAL HOSPITAL**
**PO BOX 828638**
**PHILADELPHIA, PA 19182-8638**

**Patient Name:** ROSS,JAMES E JR
**Admit Date:** 10/18/04  **Discharge Date:** 10/18/04
**Doctor:** JEFFREY JOHNSON
**Ins. Company:** NO INSURANCE

MAKE CHECKS PAYABLE TO:

IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW

☐ VISA    ☐ MASTERCARD    ☐ DISCOVER

CARD NUMBER                                AMOUNT

SIGNATURE                                  EXPIRATION DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 10-25-04 | $763.75 | K04292-00280 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

**SHOW AMOUNT PAID HERE**  $

SEND TO:
```
0429200280 1    00000763  7
JAMES E ROSS JR
758 SLAUGHTER ST
DOVER DE          19904
```

REMIT TO:
```
BAYHEALTH MEDICAL CENTER
PNC BANK
PO BOX 828638
PHILADELPHIA, PA 19182-8638
```

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

# STATEMENT

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| | 250  Pharmacy | 5.50 |
| | 258  Pharmacy IV Solution | 36.00 |
| | 259  Pharmacy Other | 13.00 |
| | 270  Med Surg Supplies | 227.00 |
| | 320  Radiology Diagnostic | 192.00 |
| | 450  Emergency Room | 243.00 |
| | 636  Drugs Requiring HCPCS | 47.25 |
| | TOTAL CHARGES | 763.75 |
| | TOTAL PAYMENTS/ADJUSTMENTS | 0.00 |

Thank you for choosing Bayhealth Medical Center for your healthcare needs.
We have no health insurance information on file.  If you have insurance
that will cover these charges please contact Billing Support at Kent
General (302)744-7081 or Milford Memorial (302)430-5727.  Your prompt
payment is always greatly appreciated.          Thank you

**KENT GENERAL HOSPITAL**
**PO BOX 828638**
**PHILADELPHIA, PA 19182-8638**

| TOTAL CHARGES | $763.75 |
|---|---|
| ESTIMATED INSURANCE | $0.00 |
| PLEASE PAY THIS AMOUNT | $763.75 |

**Patient Name:** ROSS,JAMES E JR
**For all billing questions, call:**
**Admit Date:** 10/18/04    **Discharge Date:** 10/18/04
**Doctor:** JEFFREY JOHNSON
**Ins. Company:** NO INSURANCE



# STATEMENT
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

7

DATA 2

| | |
|---|---|
| Kent General Hospital<br>Dover, DE 19901<br>(302) 744-7128 | EMERGENCY DEPARTMENT<br>After-Care Instructions |

## CONTUSION

The Emergency Department doctor does not think that you need to stay in the hospital right now. This was decided based on what you told us about your symptoms, the examination by the doctor, and any tests that were done while you were in the Emergency Department.

## What is a contusion?

A contusion is a deep bruise. It is caused by a collection of blood under the skin. It usually goes away in about 4 days.

## Symptoms might include

- Pain
- Swelling
- Discoloration in the injured area
- Pain on motion or restricted motion may also be noticed

## Treatment recommendations ("RICE"):

- Rest – Stop the activity that causes pain and protect the injured area using a splint, slings, or crutches as needed or as advised by an athletic trainer or physician. Other alternative activities are recommended as long as they do not cause pain.
- Ice – Ice the injury for 20 minutes 3 to 4 times daily, waiting at least 1 to 2 hours between icings.
- Compression – Use a compression wrap (such as an ace wrap) on the injury, removing it at night.
- Elevate – Keep the injured part elevated slightly above the level of the heart whenever possible.
- Over-the-counter pain medications, such as Tylenol®, may help alleviate pain.
- Use heat (heating pad on lowest setting or moist towels) **after** the first 48 hours. (Do NOT use heat while sleeping.)

RETURN TO THE EMERGENCY DEPARTMENT OR CONTACT YOUR PRIMARY CARE PROVIDER IF ANY OF THE FOLLOWING OCCUR:

- Increased pain, especially with passive motion.
- Swelling.
- Warmth.
- Redness to the area.
- Numbness or tingling to the area.
- Any new symptoms that worry you.

| Kent General Hospital<br>Dover, DE 19901<br>(302) 744-7128 | EMERGENCY DEPARTMENT<br>After-Care Instructions |
|---|---|

## LACERATION

The Emergency Department doctor does not think that you need to stay in the hospital right now. This was decided based on what you told us about your symptoms, the examination by the doctor, and any tests that were done while you were in the Emergency Department.

Laceration is the medical name for cut. Lacerations may be large or small. Some lacerations need stitches (also called sutures) to close them so that they will heal well. Stitches usually need to be placed within 6 hours of injury. There are times that a wound will be determined to be too old for stitches. Stitches are removed when the wound is strong enough to stay closed, which is usually in 3 – 15 days, depending on where the wound or cut is located. Some stitches dissolve by themselves and do not need to be removed. If you have been given a numbing medicine, there will be some pain when it wears off. The pain from the wound should begin to decrease within one day.

Treatment Recommendations:

- Keep the wound clean and dry for the next two (2) days.
- Keep the dressing clean if at all possible. If you must work in surroundings that will dirty the wound or dressing, wear a protective covering such as a glove. If the wound accidentally becomes soiled, clean it as soon as possible with mild soap and water using a patting action. Do not rub or scrub vigorously. Then pat it dry completely.
- If a dressing was placed on the wound, a clean dressing should be applied at least daily and whenever you clean the wound.
- You can apply antibiotic ointment such as Bacitracin® ointment to the wound each time you change the dressing.
- Avoid use of the injured part as much as possible. If the wound is near a joint, try not to bend the joint too much.
- Elevate the injured part above your heart whenever possible to relieve throbbing.
- If you had sutures put in, you should see your doctor in 2-3 days to have the wound checked for any signs or symptoms of infection.
- Some sutures will dissolve by themselves. Others will need to be removed. Make an appointment with your family doctor to have the stitches removed on the date instructed by the doctor.
- The doctor may have prescribed an antibiotic medicine. The medicine should be taken until it is completely gone, even if you are feeling better. If you stop taking the medicine early, the infection may not be completely gone, and the medicine may not work the next time.

RETURN TO THE EMERGENCY DEPARTMENT OR CONTACT YOUR PRIMARY CARE PROVIDER IF ANY OF THE FOLLOWING OCCUR:

- Your wound becomes red, warm, swollen or more painful.
- Red streaks appear from the wound.
- You develop a fever or shaking chills.
- Pus or bad smelling fluid comes out of the wound.

Revised 4/04