# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: *James Ross*   SBI#: *167506*

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

06-78

DATE: *April 20, 2005*

---

Attached are copies of your inmate account statement for the months of *October 1, 2004* to *March 31, 2005*

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | (-7.62) |
| Nov | (-7.62) |
| Dec | (-7.62) |
| Jan | (-7.62) |
| Feb | 103.71 |
| March | 82.24 |

Average daily balances/6 months: *24.81*

Attachments
CC: File

*Stacy Shane*
4/20/05

*Notary Public*
4/22/05

FILED
FEB 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Exhibit C

**Individual Statement**

Date Printed: 4/20/2005                                                                 Page 1 of 1

**For Month of March 2005**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $90.41 |
|---|---|---|---|---|---|---|
| 00167506 | Ross | James | | | | |

Current Location: SU/1        Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/3/2005 | ($20.44) | $0.00 | $0.00 | $69.97 | 76523 | | | |
| Pay-To | 3/4/2005 | ($69.97) | $0.00 | $0.00 | $0.00 | 77197 | | CVOP | |
| Canteen | 3/8/2005 | $20.44 | $0.00 | $0.00 | $20.44 | 78660 | | REFUND | |
| Canteen | 3/10/2005 | $82.19 | $0.00 | $0.00 | $102.63 | 79862 | | REFUND | |

Ending Mth Balance: $102.63

Division of Child Support
P.O Box 904
New Castle, De 19720

I have know Acount to my money know reciept.