OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 6, 2006

TO:   James E. Ross, Jr.
      SBI #00167506
      DCC
            AND

      James E. Ross, Jr.
      233 N. New Street
      Dover, DE 19901

**RE:   New Complaint Received - Civil Action 06-78 UNA
        James E. Ross, Jr. v. Thomas Carroll, et.al.**

Dear Mr. Ross:

    We are in receipt of a new civil action submitted by you, to which we have assigned Civil Action Number 06-78. Please be advised that these papers do not contain a date of completion or an original signature. Your complaint indicates that you are incarcerated at DCC, while the envelope containing your papers filed with the Court came from 233 N. New Street, Dover, DE 19901. Please advise the Court in writing of the current address where you reside. Also, please sign and date the enclosed copy of your complaint and return it to the Clerk's Office within 30 days.

    If you desire to proceed in forma pauperis (without prepayment of the filing fee), regardless of whether you are incarcerated, an affidavit to proceed as a pauper is required. Your papers did not contain an Application to Proceed Without Prepayment of Fee (pauper application). Should you decide to pay the filing fee, the fee is $250.00. If you pay the filing fee an affidavit of poverty is not required. Otherwise, please complete, sign and return to the Clerk of Court, the enclosed application for in forma pauperis, within 30 days of the date of this letter.

    When your Complaint and affidavit of pauper status is filed, it will be submitted to a judge for determination as to your standing to proceed as a pauper. If this status is granted,

pursuant to an Order, you will be responsible to provide sufficient copies of the Complaint and Order (one for **each** person to be served) and USM 285 Marshal's Service Forms to effect service. Only then will the U.S. Marshal serve the persons noted on the USM 285 forms with the Complaint and Order.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rbe                                    PETER T. DALLEO
                                        CLERK


cc: Docket, CA 06-78 UNA

Enclosure:  AO Form 240 - Application to Proceed Without Prepayment
             of Fees.
            Copy of Complaint for signature and date, and return.
            U.S. Marshal Forms 285 (3)
            Copy of Complaint, for signature, date and return to
             Clerk of Court