In the Superior Court of the State of Delaware
In and For New Castle County

REDACTED

State of Delaware

V.

James E. Ross Jr.

CASE 0503018674

## Notice of Motion to Dismiss

To Attorney General's Office
Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, De 19801

Please Take Notice that the attached Motion
to Dismiss will be presented to the Court
at the Courts Convenience.

Brian Bartly
Assistant Public Defender
James E. Ross Jr.
James E Ross
Date Sept 2005

Acting in the lawful performance of duties;
Shall be guilty of a class D. Felony.

2  Witnesses.

In accordance to the law the prosecutor needs
to fullfill certain criteria to convict an individual
and in the case when testify April 1, 2005 that
Mr Officer L-t. Bramble can truly state. He's a Witness
And Investigator and the Arresting officer. Officer
Work a different Shieft. Incident Accured 8:00
to 4:00 day Shieft. Incident Accured Approximately 11:13,

B) There is testimony made by the Investigater
L-t Bramble. April 1, 2005 Pre-Liminary hearing
that he saw defendant Assaulting each officer.
It then should have been five officers. Officer
Mrs Williams And officer who took me to the
holding cell.

C) There the Investigater fails to mention
or make References to any Statements or
Testimony which would Support the Victims

D) Mr L-t Bramble Testify In Defendants
Pre-Liminary hearing. Officers Mrs William
And officer who took Defendant to holding
Cell, Should have been mention or make
References to Statements or testimony
which would Support the Victims.

3.) <u>Reports of Physical or Mental Examination:</u>
The Indictment Charges the defendant with
Assault In a Detention Facility, ~~with which~~ which
would consist of Injury to the Victim,
the Important of medical Reports is to help
Show the <u>degree of Injuries, the exstent.</u>
were the Injuries are <u>located</u>, And <u>how the</u>
<u>Injuries where Inflicted.</u> And many case an
Injury could show <u>what caused the Injury.</u>

E But In this case, the prosecution have even
Failed to provide a basic medical Report to
Support there claims of Injuries.

F And by not providing the Medical Reports,
the prosecution has made It difficult the
defence to prove Its case, that the Victims
Injuries are self Inflicted, during the
Struggle.

G Also the Investigator has testified under
Oath, that the Victim did Infact Stated
that the Victims were treated, for their In-
jurys

Therefore, leave the defence to wonder if
the prosecution Maybe with-holding Import-
ant evidence.

Weapon

4. In This Case The Use of hands. L-t Bramble Stated In Pre-liminary April 2005 the Use of hands and ~~Bramble~~ Around was the cause of Attack on Victim, In the Rule 16, It said Documents And tangible Objects. Will be per-mitted upon reasonable Notice today is Sept-18, 2005. Defendent has not recieve Any exsisting evidence. No Arrange for mutually con-venient time for Inspection.

H) In Pre-liminary hearing L-t Bramble the Investigator. had not mention a Weapon. Just the Use of Defendants hands. And I haven't recieved the decovery Motion Reported.

I) The evidence In the motion For deccovery would be very Important to defence case. to help show that, the Injuries was caused by Defendant. to the Victims.

J) do to the Fact that this Incident took place In a detention Facility, which 3-Officers And The Officers had complete control of the enviroment were the Incident Accured. their Should not be Any Reason to Not have ~~be~~ Decovery Reports And evidence to prove Assault.

5. <u>Photographs, Video, or documents</u>:
There are No "Photographs, Video or documented
proof of Any Kind to Support that A crime
was even committed, other then the Victim,
Who's falsely Accusing the defendant.

<u>Conflicting testimony.</u>
When the Issue of evidence or lack their of.
the case could become A he say/she say.
Just the Word of the Victims claim that
they was Assaulted by Defendant.

K.) If their was evidence In this Case that
defense could Show that the testimony,
or Affidavit of Victims. Would be consistent
with evidence.

1) If the defence would be able to Show Un-
consistantes In the Victims action, Accordin
to the Dates of the decover motion Sept 15, 2005,
their is No Statements of the Victims.

m) By moveing Away From Staff, how can Defendant
Assum an aggressive posture toward staff.
moveing Away AND moveing towards are to
different movements. the Victims are lieing. It
become Clear NONE of the Victims were Assaulted.

N). The defendant ARGUES that the InjURIES cause
were NOT InTeNtioNally caUSe By DefeNdaNt
It defendant was mAsed how can He possibley
See what Was goiNg on ARouNd DefeNdaNt.
theiR is KNow medical REPoRT. It would be
Impossible to Show Exhibits, ANd consistances
with ANY evidence.

O)
If the DefeNdaNt was mAse FoR makeiNg AN
ASSUMiNg AN Aggressive posture towards
sTaff then why would he be moveiNg Away
fRom sTaff.

7) CircumstaNtiaL Evidence:
The pRosecutoR has NoT responsed, to the MotioN.
DiscoveRY oRdeR by 9-15-05. IncludiNg MedicaL
RecoRds. It was oRdered this 20th day of JuNe
2005. That: ANd siNce theiR is KNow MedicaL
RePoRts. It would be In possible to pRove
offeNse beyoNd A ReasoNable doubt. It is NoT
uNusuaL IN a cRimiNaL case to Rely upoN CIR-
cumstaNtaiL EvideNce to waRRaNt a CoN-
victioN, But It would the pRoof of Facts
oR CiRcumstaNces FRom which the existaNce oR
NoN-existeNce of other Facts mAy ReasoNably
be InfeRRed. So the ciRcumstaNces In the case must lead yo
to CoN-clude beyoNd a ReasoNable doubt that the Accused committa
the offeNse chaNged, aNd theiR just Not eNough to suppoRt the pRosecutoR
case of ciRcumstaNtaiL EvideNce aNd eveNs suRRoundiNg the In-

Conclousion:

8) Because of lack of an eye witness. And any
credibility to the Victims Account to what
took place on 3-22-05. As well as the lack
of Any credible or tangible evidence. the
State can - Not meet its burden of proof
Beyond a Reasonable Doudt according to section.
301.

There fore, defendant Requests that this
Honorable court dismisses the Indictment
Against him.

Very truly Yours

C.C. James Ross Jr

9-18-2005

Assistant Public Defende
Sept    2005

Dear Counselor:

7-19-05

Renee:

James E Ross Jr

I am a Detainey In the Department of Correction D.C.C In Smyrna. I was Charged with 3 Charges of Assault out side the Instatution. I Defendant James Ross JR SBI CC167506 Have Know write-ups In side the Instatution, I've been house In the Shoe Building Sense 3-22-05. I haven't been convicted of Any Charges not even a write-up I'm force to serve time like I've been Sentence by A Judge. But I don't have a Status Sheet Because I haven't been convicted or Sentence by A judge. I'm Force to serve time on Level-5 In the Shoe houseing Unit S.H.U 18 DU9. The Counselor Saids I'm a Rest But haven't Shown me Any paper work to support her Saying. what you mean by I'm a Rest, I have know Instatutional-write-ups. I'm being mis treated. I'm locked-up 24 Hours a day. AND Hour Rec 3-days out of A week sometimes twic 15-Dollars every two Weeks Commissary. every time I leave the Cell Im handcuff From Behind And leave the tier Im Shackle. I ask myself how much longer am I going to be punish. AND I'm Not even Sentence by A judge. I Re- ceive one Phone Call a Week. NO T.V. Sincerly stated

cc

C James E Ross Jr

Truck on Sister.



## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

BRIAN J. BARTLEY
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5135

June 21, 2005

Richard J. Zemble
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801

RE:   State of Delaware v. James E. Ross
      ID No. 0503018674

Dear Mr. Zemble:

Please provide me with a copy of any and all medical records for any treatment provided to any of the three victims for injuries allegedly caused by the Defendant in the indicted assaults.

Very truly yours,

Brian J. Bartley
Assistant Public Defender

BJB/ef
Cc: Mr. James E. Ross

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE              :
                              :
        V.                    :      ID NO. 0503018674
                              :
JAMES E ROSS,
        DEFENDANT

ORDER SCHEDULING TRIAL

IT IS HEREBY ORDERED THIS 20TH DAY OF JUNE, 2005, THAT:

1)  TRIAL IS SCHEDULED FOR Tuesday, 10/18/2005.
    NO CONTINUANCE WILL BE GRANTED ABSENT EXCEPTIONAL
    CIRCUMSTANCES.  COUNSEL AND DEFENDANT MUST ATTEND THE
    CALENDAR CALL ON THE DAY OF TRIAL AT 9:00 A.M. UNLESS
    PREVIOUSLY EXCUSED BY THE CRIMINAL ASSIGNMENT JUDGE.

2)  THIS MATTER IS A CATEGORY #2 CASE.  COPIES OF ANY
    MOTIONS AND/OR CORRESPONDENCE REGARDING THIS CASE
    SHALL BE DIRECTED TO THE CRIMINAL ASSIGNMENT JUDGE.

3)  COUNSEL MUST IMMEDIATELY TAKE ALL STEPS TO NOTIFY
    WITNESSES AND DEFENDANT OF THE TRIAL DATE.  THERE
    WILL BE NO FURTHER SPECIAL NOTIFICATION FROM THE COURT
    UNLESS THE COURT (ATTN: ELIZABETH BRENHOCH) IS ADVISED IN
    WRITING WITHIN TWO WEEKS OF THE DATE OF THIS ORDER OF
    THE UNAVAILABILITY OF WITNESSES OR ANY OTHER VALID
    PROBLEMS, THE ABOVE TRIAL DATE WILL REMAIN FIRM.

4)  COUNSEL SHALL ATTEND THE TRIAL CALENDAR CALL AT 9:15
    A.M. ON THE THURSDAY BEFORE THE TRIAL DATE UNLESS
    EXCUSED BY THE CRIMINAL ASSIGNMENT JUDGE.

_____
JUDGE CALVIN L. SCOTT

OC:  PROTHONOTARY
CC:  RICHARD J ZEMBLE , DEPUTY ATTORNEY GENERAL
     BRIAN J BARTLEY    , ESQ.

Discovery order by 9/15/04, including
medical records



## PUBLIC DEFENDER OF THE STATE OF DELAWARE
ELBERT N. CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. BOX 8911
WILMINGTON, DELAWARE 19801

**LAWRENCE M. SULLIVAN**
**PUBLIC DEFENDER**

**ANGELO FALASCA**
**CHIEF DEPUTY**

**BRIAN J. BARTLEY**
**ASSISTANT PUBLIC DEFENDER**

TELEPHONE
(302) 577-5135

May 11, 2005

James E. Ross, Jr., Inmate
SBI No. 00167506
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    RE:   State of Delaware v. James E. Ross, Jr.
          ID No. 0503018674

Dear Mr. Ross:

    Please find enclosed a copy of your Rule 16 Discovery packet
that was sent to me by the State which consist of the following
documents:

    Rule 16 Response
    Indictment
    AG Office RAP Sheet
    Police Officer's Affidavit.

    Your Case Review/Arraignment is scheduled for May 31, 2005.

                              Very truly yours,

                              Brian J. Bartley
                              Assistant Public Defender

BJB/ef
Enclosure



M. JANE BRADY
ATTORNEY GENERAL

## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

NEW CASTLE COUNTY
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

KENT COUNTY
102 West Water Street
Dover, DE 19901
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

SUSSEX COUNTY
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-4698

PLEASE REPLY TO :

May 2, 2005

New Castle County - Criminal Division

Counsel of Record
c/o Prothonotary
New Castle County Courthouse
500 N. King Street, Suite #500
Wilmington, DE 19801

### RE:    STATE V. JAMES ROSS

Dear Counsel:

Pursuant to Superior Court Criminal Rule 16, the following information concerning the above captioned case is being supplied. The offenses occurred on March 22, 2005 at approximately 11:00 a..m. at 875 Smyrna Landing Road, Smyrna, Delaware and were investigated by the Department of Corrections. Supplements to this discovery will be provided as noted below:

Rule 16(a)(1)(A): Relevant written, recorded or oral statements made by defendant or any juvenile or adult co-defendant in response to interrogation by a person then known by the defendant to be a state agent:

**See enclosed police reports.**

Rule 16(a)(1)(B): Defendant's Prior Record.

**Enclosed is a copy of defendant's known criminal history record as same is maintained in the Attorney General's Office Case Tracking System. Although this is the single best source of such data available within the State, I caution you that such information is occasionally incomplete or inaccurate. I therefore suggest that you discuss this matter with your client who should be able to correct any erroneous data and complete the record as needed. In addition, I intend to discuss any**

discrepancies with you prior to trial.

Rule 16 (a)(1)(C): Documents and Tangible Objects.

Inspection of documents and tangible objects will be permitted upon reasonable notice and during normal business hours. Please contact my office to arrange for a mutually convenient time for inspection.

Rule 16(a)(1)(D): Reports of Examinations and Tests.

Results or reports of mental or physical examinations and scientific tests or experiments which the State intends to use during its case-in-chief, or material to the defense:

**None at this time.**

Rule 16(a)(1)(E) Expert Witnesses.

The identity and substance of the opinions of expert witnesses:

**None at this time.**

Please be advised that this response, together with any acknowledgments of information to be supplied when received, constitute the State's entire response to its discovery obligations under Rule 16 and/or any written request filed by the defendant. If, prior to or during trial additional evidence or material is discovered which is subject to discovery shall be disclosed immediately. Further discovery - except to the extent referred to herein - is objected to as being outside the scope of the State's obligation under Rule 16. Should you wish to pursue the matter further, please file a motion to compel further response as provided by Rule 16.

State's Reciprocal Discovery Request:

Pursuant to Superior Court Criminal Rule 16(b), please provide me with the following:

1.      An opportunity to inspect and copy or photograph any books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial.

2.      An opportunity to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at trial or which were prepared by a witness whom the defendant intends to call at trial when the results or reports relate to that witness' testimony.

3. Disclosure of any evidence the defendant may present at trial under Rules 702, 703 or 705 of the Delaware Uniform Rules of Evidence, including the identity of the witness and the substance of the opinions to be expressed.

Please be advised that your failure to respond will be presumed to mean that you have no materials discoverable under Rule 16(b) and that the State will rely upon that presumption.

Plea Offer:

The State has not discussed a plea with the victim(s) and therefore tentatively makes the following plea offer:

**None at this time.**

If your client is inclined to accept an offer, please advise and the State will discuss the plea with the victim and make a firm offer.

If the defendant has other pending charges not specifically referred to herein, they should not be considered a part of this plea offer, In addition, if the defendant should be arrested for any additional charges prior to entry of this plea, the offer should be considered withdrawn.

Sincerely yours,

Richard J. Zemble
Deputy Attorney General

RJZ/dck
Enclosure

Adult Complaint and Warrant
In the Justice of the Peace Court
In and for the
State of Delaware

State of Delaware vs. **JAMES E. ROSS JUNIOR**

I, LT. BRAMBLE (20000) of CVOP CENTRAL VIOLATION OF PROBATION CTR, do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the laws of the State of Delaware by committing criminal acts in **New Castle** county on or about the date, or dates, and at or about the location, or locations, as indicated in Exhibit A hereto attached and made a part hereof.

Wherefore, your affiant prays that the above-named accused may be forthwith approached and held to answer this complaint consisting of **3** charges, and to be further dealt with as the law directs.



Sworn to and subscribed to before me this 26th day of March AD, 2005.

Judge/Commissioner/Court Official

(To be completed by the Judge/Commissioner/Court Official)
A. _____ The crime was committed by a child.
B. _____ A misdemeanor was committed against a child.
C. _____ A misdemeanor was committed by one family member against another family member.
D. _____ Other: Explain _____

Warrant

To any constable or other authorized person:

Whereas, the foregoing complaint consisting of **3** charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take **JAMES E. ROSS JUNIOR** accused, and bring same before

### Justice of the Peace Court 11, FORTHWITH, to answer said charges.

GIVEN UNDER MY HAND, this 26th day of March AD, 2005.

_____
Judge/Commissioner/Court Official

Executed on _____ by _____
Case Number: **05 03 018674**   Warrant Number: 68 05 000357

State of Delaware vs. **JAMES E. ROSS JUNIOR**                    Case: 05 03 018674

## Exhibit B

SBI Number: **00167506**                                Also Known As:
Date of Birth/Age:          **1963 (41)**        Sex: **Male**                                        Race: **Black**
Eye Color: **Brown**          Hair Color: **Black**                    Height: **5'9"**      Weight: **165 lbs**
Driver's License:**DE - 0069907**                        Social Security Number:

Address: **344 WEST WAY DR**                            Next of Kin, Address, Employer
      **DOVER, DE 19901**                            **SHIRLEY S WEEKS**
                                                **41 FORREST CRK**
Phone:  **(302) 734-1891**                            **DOVER, DE 19904**
                                                **Phone: (302) 734-8873**

Employer:

Date and Times of Offense: **03/22/2005 at 1113**
Location of Offense: **875 Smyrna Landing RD - Central Violation of Probation Unit - Smyrna, 19977**

Your affiant LT. BRAMBLE can truly state that: 1.) I am a Lieutenant with the Delaware Department of Correction at the Central Violation of Probation Unit and have been employed by the Department of Correction for 17 years and 2 months. 2.)On 03/02/2005, Offender James Ross (DOB 09/14/1963 SBI#00167506) was housed on pod 6 at the Central Violation of Probation Unit at 875 Smyrna Landing Road, Smyrna, DE. 3.)On this date at approximately 1100 hrs., Offender James Ross became non-compliant with Central Violation of Probation Unit housing rules by refusing to stand up for count. 4.)Offender James Ross remained laying on his bed while the 1100 hrs headcount was being conducted and was issued a program violation for his actions. 5.)At approximately 1113 hrs., Offender James Ross again became non-compliant with Central Violation of Probation Unit housing rules by refusing to go to the chow hall with the rest of pod 6. 6.)Back up was called for by Correctional Officer Stephen Wagner and the following Officers responded, Staff Lieutenant Robert May, Lieutenant Donald Kuneman, and Sergeant Armond Divirgilis.xOffender James Ross was given verbal orders to comply with housing rules and when he refused was ordered to go to a holding cell, Offender James Ross ceased being a passive resistor and became an active resistor by moving away from staff and assuming an aggressive posture toward staff. 7.)Offender James Ross was capstunned by Lieutenant Kuneman which had no effect on Offender Ross. Offender Ross then became combative with staff and refusing to comply with directives. While being combative with staff, Offender Ross was capstunned a second time and again without results. 8.)Offender Ross was taken to the ground in an attempt to subdue him. During the struggle, Offender Ross attempted to break the left middle and left ring fingers of Staff Lieutenant Robert May.
9.)The following Officers sustained injuries during the struggle to subdue and handcuff Offender James Ross.
Staff Lieutenant Robert May received injuries to both the left ring and middle fingers, abrasions to the left hand and to both wrists. Lieutenant Donald Kuneman received abrasions to the right arm.

---
                                        Affiant
            Sworn and subscribed before me this 26th day of March AD, 2005

---

$/5 ̄7$

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE )
                           )
    V.                 )    INDICTMENT BY THE GRAND JURY
                           )    I.D.#0503018674
JAMES ROSS )

The Grand Jury charges JAMES ROSS with the following offenses;

### COUNT I. A FELONY         #N _____

ASSAULT IN A DETENTION FACILITY in violation of Title 11, Section 1254 of the Delaware Code of 1974, as amended.

JAMES ROSS, on or about the 22nd day of March, 2005, in the County of New Castle, State of Delaware, while being confined in a detention facility, did intentionally cause physical injury to Donald J. Kuneman, a correctional officer or other state employee of a detention facility acting in the lawful performance of his duties.

### COUNT II. A FELONY         #N _____

ASSAULT IN A DETENTION FACILITY in violation of Title 11, Section 1254 of the Delaware Code of 1974, as amended.

JAMES ROSS, on or about the 22nd day of March, 2005, in the County of New Castle, State of Delaware, while being confined in a detention facility, did intentionally cause physical injury to Armond Divirgilis, a correctional officer or other state employee of a detention facility acting in the lawful performance of his duties.

### COUNT III. A FELONY         #N _____

ASSAULT IN A DETENTION FACILITY in violation of Title 11, Section 1254 of the

State of Delaware vs. JAMES E. ROSS JUNIOR                    Case: 05 03 018674

## Exhibit A

Charge Sequence: 001   Police Complaint Number: 68 05 000002      Arrest Number: _____
Charge: **Assault in a Detention Facility-Injury to Another** In Violation of 11 Del.C. § 1254 000A F D
Location: 875 Smyrna Landing RD - Central Violation of Probation Unit - Smyrna, 19977
TO WIT: JAMES E ROSS, J, on or about the 22nd day of MARCH, 2005, in the County of NEW
CASTLE, State of Delaware, did being a person confined in a detention facility cause physical injury
to DONALD J KUNEMAN.

Charge Sequence: 002   Police Complaint Number: 68 05 000002      Arrest Number: _____
Charge: **Assault in a Detention Facility-Injury to Another** In Violation of 11 Del.C. § 1254 000A F D
Location: 875 Smyrna Landing RD - Central Violation of Probation Unit - Smyrna, 19977
TO WIT: JAMES E ROSS, J, on or about the 22nd day of MARCH, 2005, in the County of NEW
CASTLE, State of Delaware, did being a person confined in a detention facility cause physical injury
to ARMOND DIVIRGILIS.

Charge Sequence: 003   Police Complaint Number: 68 05 000002      Arrest Number: _____
Charge: **Assault in a Detention Facility-Injury to Another** In Violation of 11 Del.C. § 1254 000A F D
Location: 875 Smyrna Landing RD - Central Violation of Probation Unit - Smyrna, 19977
TO WIT: JAMES E ROSS, J, on or about the 22nd day of MARCH, 2005, in the County of NEW
CASTLE, State of Delaware, did being a person confined in a detention facility cause physical injury
to ROBERT L MAY.

Delaware Code of 1974, as amended.

JAMES ROSS, on or about the 22nd day of March, 2005, in the County of New Castle, State

of Delaware, while being confined in a detention facility, did intentionally cause physical injury to

Robert L. May, a correctional officer or other state employee of a detention facility acting in the

lawful performance of his duties.

A TRUE BILL

_____
(FOREPERSON)

_____
ATTORNEY GENERAL

_____
DEPUTY ATTORNEY GENERAL

State of Delaware vs. **JAMES E. ROSS JUNIOR**                    Case: 05 03 018674
Sergeant Armond Divirgilis received abrasions and a contusion to the left cheek, bruising behind
the left eye, and chemical burns as a result of the OC (capstun) spray.

Affiant: LT. BRAMBLE (20000) of CVOP CENTRAL VIOLATION OF PROBATION CTR

| Victims: | Date of Birth | Relationship Victim to Defendant |
|---|---|---|
| ROBERT L MAY | | Otherwise Known |
| ARMOND DIVIRGILIS | | Otherwise Known |
| DONALD J KUNEMAN | | Otherwise Known |

---

Affiant
Sworn and subscribed before me this 26th day of March AD, 2005

---

Judge/Commissioner/Court Official



### SUPERIOR COURT
#### OF THE
### STATE OF DELAWARE

**SHARON D. AGNEW**
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY  COURT HOUSE
500 N. KING STREET
LOWER LEVEL 1, SUITE 500
WILMINGTON, DE 19801-3746
(302) 255-0800

## MEMORANDUM

| To: *Brian Bartley* | Date *6/2/05* |
|---|---|
| State v. *James E. Ross Jr.* | Case No. *05C3015674* |
| Next Proceeding, Date & Time: *FCR  6/20/05  1:45 pm* | |
| **Letter/Application from Defendant received by the Court on:** *Petition* | |
| *for Reduction of Bail & Motion to Dismiss* | |
| *Indictment.* | |
| | |
| | |
| | |

Attached is a letter written to the Court by the defendant and filed with the Prothonotary's Office. Since you are counsel of record, we are referring this letter to you for whatever action you deem appropriate. The defendant's letter has not been reviewed by a Judicial Officer. The Court will not retain a copy of the defendant's letter.

Superior Court Criminal Rule 47 provides in pertinent part: "The court will not consider pro se applications by defendants who are represented by counsel....."

Please advise your client that further communications regarding this case should be directed to you.

| Referred by: *S. Napier* | Copies to: *D. Bartley*  **File - Defendant** |
|---|---|

c:\wp8\prose form.wpd
Revised 4/2003

Page 1                    STATEMENT Prepare

1. Your Honor, I would like to Address the Court.
2. And the jury In my behalf.
3. My Name is James E Ross Jr.
4. I wrote the Judge a letter.
5. I am able to Pay 1000.00.
6. Towards the 1500.00.
7. Balance that I owe.
8. And to Pay the rest In 2-weeks of my release
9. From the Central V.O.P. Center.

---

1. AT my last Court Appearance the Judge Stated.
2. IF I Paid my Fines AND Costs In Full.
3. Then the balance of my probation would be discharged.
4. Finish out of the System.

1. I have Know motive to Assault 3-Probation Officers.
2. These said charges are False AND Untrue with out evidence and mirit.
3. I was just Awaiting placement For the work Release Center.
4. After the Incident Accure. I was Charged. Five days later after the Incident.

In the Superior Court of the State of Delaware
In and for New Castle County

State of Delaware

V

James E Ross Jr

CASE # 0503.018674

ORDER

HAVING Heard and considered the Defendants
Notice Rule (16³) For Review Motion to Dismiss
It is Hereby ordered that this matter will be
set down for hearing on _____ , 2005
:00 m.

IT IS ORDERED on this Date of
May _____ , 2005.

In the Superior Court of the State of Delaware
In and For New Castle County

State of Delaware    :    Case No 0503018674

        V.

James E. Ross Jr    :

Certificate of Service

I certify that I have caused that on this
day of Sept    2005 to Copys of the attached
Notice Rule (16 ᵈ) For Review to be served
upon the Following address Indicated, by
United States Mail, Postage pre paid on.


Attorney General's office
Department of Justice
Carvel State office Building
820 N French Street
Wilmington, De 19801

9-18-05

CR. A. No. 0503018674

Dear Mr Brian,

I haven't heared from You. Were is My Motion for descovery Order by 9-15-05 And Medical Reports. How am I Defendant going to prepare my Defense. I Need to Know. I don't have nothing, have You recieved Any evidence. I Need this Intromation, beforehand Mr Kenneth L Holland #164800 Case A No 041120102 Just won a trial case of a Assault. The same officers accuse him. I have the rule 16 and Police Report. I haven't heard from You. Have You contacted the Nurse that Visit me The day After the Incident Accured. She state She Saw everything. She was a Witness. She Visit me on the 23 day of March 2005. The office that Took me to the holding Cell. And office Larry Pops Who Waan me that the officers Involve Plan to Bail-Bood me. I havnt Recieved Anything From You last Date June 20, 2005. Please contact me.

Truly Yours

Read my motion
take to my Judge

LOVE YOU NAY

Smile

Dear Nay,

Hi Sister, whats Up. First I pray For
me and you cause you stayed In with me. AND
Believe In me, the truth will Allway Shine
I truly mis You AND Love You. Thank God For
You Praise God. I WON my trial tell larey I
Said thanks For Supporting me.

Nay I've been bless but still I must Contenue
the Battle, I have Know Level-5 time
But I'm still house In the Shoe 18 CUII they
Change my Block, Level-4 Refuse to except
me. So they are doing their own thing with
me. times have really Change.

I So glad to have God on my SIDE. Nay
Will you Call here to get me out of the
MAX Build. AND Call Kevin Howard LAWYER
about the motion For Sentence REVIEW
I Should have been dis Change From
Probation waiting on Level-5 All this
time In MAX. thats A lawsuite Its
Self.
Tell Kevin I have Know more Pending Charges
and that I Should be brought back
In Front of my Original Judge.
Please Nay Call take this Motion to Kevin
And my Original Judge.

Law Office of
**YOUNG, MALMBERG & HOWARD, P.A.**
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kevin M. Howard
Khoward@youngmalmberg

Phone: (302) 672-5600
Fax: (302) 672-7336

August 26, 2005

Mr. James Ross
SBI No. 167506
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Ross:

Enclosed is a copy of an Order signed by Judge Witham on our Motion for Sentence Review. He states that you have pending changes in New Castle County at this time. When we hear anything further, we will be in contact with you.

Very truly yours,

YOUNG, MALMBERG & HOWARD, P.A.

**KEVIN M. HOWARD, ESQUIRE**

KMH/bls

*CALL KEVIN FOR ME Please*

IN THE ___Superior___ COURT OF THE STATE OF DELAWARE
IN AND FOR_____COUNTY

IN THE MATTER OF THE PETITION OF )    C.A. No.
                                 )    Habeas Corpus

The State of Delaware,

You are Commanded:

To have                who is allegedly detained in your custody, before the Superior Court of the State of Delaware, at the County Court House at               Delaware immediately after the receipt of this Writ; and to abide any order which the Court shall make concerning Petitioner.

And further, to certify fully in writing under oath the true cause of said detention, and to have there a copy of all process or orders, if any, under which he is detained and also this Writ.

_____
                                  *Prothonotary*

Dated: _____

To the above named Respondent:

*In case of your failure to produce_____as above commanded, and fully certify in writing under oath the true cause of his detention, with a copy of all process or orders, if any, under which he is detained, within 3 days after service hereof upon you if the place where he is detained is not more than 20 miles from the County Court House, or within 6 days if such place is more than 20 miles, you may be adjudged to be in contempt of court.*

_____
                                  *Prothonotary*

State of Delaware)
         )     ss.
New Castle County)

_____, Sheriff of _____
County, deposes and says that he served personally upon _____
_____ _____ the original Writ of
Habeas Corpus of which the within is a true copy, by leaving the
original Writ with _____

on _____,
19_____:

SWORN TO AND SUBSCRIBED before me, _____,
19_____.


                                     _____

                                         Prothonotary

IN THE _Superior_ COURT OF THE STATE OF DELAWARE
IN AND FOR_____COUNTY

IN THE MATTER OF                    §
                                    §    C.A. No.
_____             §
                                    §
for a writ of habeas corpus.        §

## MEMORANDUM IN SUPPORT OF WRIT OF HABEAS CORPUS

The above defendant submits this memorandum in support of his petition for writ of habeas corpus. Petitioner states the following in support:

1.  The criminal action number in this case is _____

_____.

2.  Your petitioner is being unlawfully restrained of his liberty, in violation of the laws of the State of Delaware, by reason of the Respondent and V.O.P's refusal to accept the Petitioner into Level IV facility to carry out Court Order Respondent Thomas Carroll's oppressive action of refusing to allow petitioner to serve level IV sentence, continues to house him at Level V despite available space at level IV is unlawfully restraining him of his liberty in violation of his 8th, 14th amendment rights and in violation of Court Order

WHEREFORE, petitioner prays the petition issue and the writ granted. Petitioner further requests the Court to Suspend level V sentence and discharge him from Respondents custody for failing to abide by Court Order.

_James E Ross Jr 00167506_
Delaware Correctional Center
Smyrna, DE  19977

Dated:_____

3

The Respondent and V.O.P Officials, Refusal to allow the Petitioner Into Level-4 Facility Citing that they Refuse to accept Mr. Ross Into their Facility. Thomas Carroll has Refused to allow the Petitioner to carry out Superior Court sentence order, and In so doing continues to house him at Level-5 even though Level-4 space was Availible. Thus unlawfully Restraining Petitioner of liberty In Voilation of his 8th and 14th Constitutional Amendment Rights, cruel and unusual punishment as Well as his equal protection Rights.

Wherefore, petitioner prays the petition Issue and the writ granted, Petitioner Request the Court to suspend his Level-4 Sentence and discharge him From Respondents Custody, for failure to abide by Court Order.

James E Ross Jr

Date  11 -   - 05

SBI 00167506

*Exhibits A*

## Offender Status Sheet

Date: 11/07/2005

| | | | | | | |
|---|---|---|---|---|---|---|
| **SBI #:** | 00167506 | **Name:** JAMES E ROSS | | | | |
| **Location(s):** DCC | | **Level(s):** 4H | **Race:** BLACK | **DOB:** /1963 | | |
| **AKA:** | JAMES E ROSS; JAMES E ROSS; JAMES E ROSS; JAMES E ROSSBEY; JEROME ROSS | | | | | |
| **Offender Type:** Sentenced | | | **Officer(s):** | | | |

Level: 4H

**Start Date:** 03/22/2005     **MED:** 03/21/2006     **STRD:** 02/25/2006     **ADJ:** 02/25/2006     **PED:**     **Statutory Days Earned:** 24.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y M D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|
| 0303007243 | VK0303103702 | VIOL O/PROBATN | Current | | | | | | |
| U7 | Mary M Johnston | STANDARD  11/01/2005 03/22/2005 | | 1  0  0 | 03/22/2005 | 03/21/2006 | 02/25/2006 | 02/25/2006 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VK0303103702 | 4H | CRT1 | Other Conditions: | AS TO VN03-03-1037 (VOP = PWITD) SENTENCED TO 4 YEARS LEVEL 5, SUSPENDED FOR 1 YEAR LEVEL 4 HOME CONFINEMENT, WHICH IS SUSPENDED AFTER PAYMENT IN FULL OF $1,800, HOLD AT LEVEL 5 UNTIL SPACE IS AVAILABLE AT LEVEL 4 HC. ** DISCHARGED ONCE FINANCIAL OBLIGATIONS ARE PAID IN FULL. DH |

Exhibits B

**TO:** _James E. Ross_    **SBI:** _167506_

**DATE:** _11/7/05_

**FROM:**    **CLASSIFICATION OFFICE**

**RE:**    **INITIAL CLASSIFICATION**

This is to inform you that the Multi-Disciplinary Team (MDT) has classified you to _____ MAX _____ Security Level. You will be required to complete your treatment plan and follow institutional rules. Negative behavior, excessive write-ups, or failure to complete your treatment plan will result in a higher security level. Your individual treatment plan is listed below and your assigned counselor will monitor your progress. Direct questions to your Counselor.

**NOTE: This classification is subject to higher review.**

**TREATMENT PLAN**

MAX Programs

_____

_____

_____

_____

**Inmate Signature:** _James E Ross_

**Date:** _____

**Next Review:** _N/A_

**RA Score:** _N/A_

Three Part Form
Original: Records
Pink: File
Yellow: Inmate
FORM# 961 (3 pt)

I Don't have Level 5
time, not Level 4-1
, not Level-1
Level

Exhibit C

**Individual Statement**

Date Printed: 4/20/2005

Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $90.41 | |
|-----|-----------|-----------|-----|--------|------------------|--------|--|
| 00167506 | Ross | James | | | | | |

Current Location: SU/1    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|--------|--------------|-------|-----------|
| Canteen | 3/3/2005 | ($20.44) | $0.00 | $0.00 | $69.97 | 76523 | | | |
| Pay-To | 3/4/2005 | ($69.97) | $0.00 | $0.00 | $0.00 | 77197 | | CVOP | |
| Canteen | 3/8/2005 | $20.44 | $0.00 | $0.00 | $20.44 | 78860 | | REFUND | |
| Canteen | 3/10/2005 | $82.19 | $0.00 | $0.00 | $102.63 | 79862 | | REFUND | |

Ending Mth Balance: $102.63

Division of Child Support
P.O Box 904
New Castle, De 19720

I have Know ACount to my Money Know Reciept.

Nay : Take Care of all my Paper Work Ive Sent to You. OK Please Send me a money order

Call And Check up on my Request.          Call
I Need that Origenal Sentence order      ✓

REQUEST FOR MATERIALS FROM PROTHONOTARY

TO: Superior Court   Kent _____ County

DATE REQUESTED: _12 - 9 - 05_

INDICTMENT NUMBER(S): 6503018674  5003005736 PWITC

OFFENSE(S): 0303007243-VK0303103701- Viol o/Probatn
_____

DATE ARREST: _3-11-03_

DATE OF BIRTH: _9-14-63_

Please send the following:

    1. Court docket sheets       [ ] plain  [✓] Certified

    2. Court docket Numbers      [✓] 500 3005736 PWITD

    3. Indictment Sheet          [✓]

    4. Other _origenal Sentence order_  [✓]
            _Plea Agreement_

                                        Plea Agreement
                                        Origenal Sentence order
Please send materials to the following:

        —James E Ross Jr  sbi 00167506

    Unit SHU 19 CL12
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, De 19977
                    James E Ross Jr
                        Signature

In the Superior Court of the State of Delaware
In and For _____ County

James E Ross Jr
          v
State of Delaware

Case 056 3018674
     0303007243

Notice Rule 35 Correction of Illegal Senten
here In For the rediction of Sentence.

To Attorney General's office
Department of Justice
Carvel State office Building
820 N French Street
Wilmington, De 19801

Please Take Notice that the Attached
Motion to Correct Sentence will be
Presented to the Court at the Courts
Convenience.

Brian Bartly
Assistant Public Defend
James E Ross Jr
Date 12-   -05

The Following documents OR Attach.
ExHabitt.

In the Superior Court of the State of Delaware,
In and For _____ County.

James E Ross Jr
    V                                CASE #0503018674
State of Delaware

Notice of rule 35 Correction of Illegal Sentence
hereIn for the reduction of Sentence.

To Attorney General's Office
Department of Justice
____ Water Street
Dever, De 19904

Please Take Notice that the attached Motion
to Correct Sentence. Will be presented to the
Court at the Courts Convenience.

Assistant Public Defen
James E Ross Jr

Date 12-   - 2005

The Following document or attach.
Exhibit

①

In the Superior Court of the State of Delaware
In and for _____ County.

James E. Ross Jr                    # 0303007243

V.                          CASE  IK 0303103701

State of Delaware                    Viol of/Probation

Rule 35, Correction of Illegal Sentence,
herein For the reduction of sentence,

Dear Counsel:

A.         Pursuant to Superior Rule 35,
Correction or Reduction of Sentence, on
Nov 1, 2005, I defendant James Ross Jr was
before Judge Mary Johnston, found defendant
In Violation, and was sentence Nov 1, 2005,

B. SEE Status Sheet Exhibit A, as to VN03-03-10
VOP= PWITD  SENTENCED to 4 years Level-5,
Suspended For 1-year Level 4 Home Confinemen
C. The Report was not present at the hearing
The Report Ms Williams wrote the report
But wasn't there at 11:00 hrs, the grounds on
witch the Violation stands, failure to stand
For Count, because of Illness Medical Issue
D. Medical Issue such as standing For Count
or excuse by Unit Officer, Officer Wagner



D. OFFICER Wagner. Stephen Wagner, He was to Issued a program violation. For Failure to stand For Count. Officer Stephen Wagner or Reporter Mrs William didn't Appear For Nov 1, 2005 Violation hearing.

E. I defandant was NEVER Issue a Write-up For failure to stand For Count, witch is A rule Violation, Not A program Violatio I was only awiating space For WORK RElease program, was my last Sentence ORder. Ioilation of Probation 2-18-05 by Judge William L Witham/Kent County Superior Court. Origenal Judge. My Origenal Sentenceing Judge.

F. Not my trial Judge Honorable MARy Johnston Who deny defendant his Right to Jurisdiction My trial was held I JURISdiction New Castle County witch Defendant was Found to be INNOCENT of all Changes.

G. Defendant Rights was Violated of the Constitution And laws of this State. that the Court Im-posing such sentence was without Jurisdiction to do so, or that such Sentence was IN excess of the maximum sentence authorized by law or is otherwise subject to collateral Attack, may File A Motion at any time

(3)

Which Imposed such sentence to Vacate, set aside, or correct the same.

H. The Judge was rendered with out Jurisdiction or that the sentence Imposed was Illegal or other wise subject to collateral Attack, or that there was such a denial or Infringemen of the constitutional Rights of defendant as to render the Judgement subject to collater emal Attack, the Court Shall Vacate and set aside the Judgement and shall dischARge the defendant or re-sentence him or grant A new trial or correct the Sentence as may Appear Appropriate.

The Court need not entertain a second Motion or ** 773 successive motions for Smimilar relief on behalf of the Same Defendant.

Date 12- -2005
JAmes E Ross JR.

In the Superior Court of the State of Delaware
In and for _____ County

James E. Ross Jr.

V.

State of Delaware

Case #0505018004
Case 0303000245
0303000243

Certificate of Service

I certify that I have caused that on this _____ day of Dec, 2005, two copies of the attached Notice of Motion for Correction of Sentence to be served upon the following address Indicated, by United States Mail, postage prepaid on:

Attorney General's Office
Department of Justice
102 W. Water Street
Dover, De 19904

Office of Probation
511 Maple Parkway
Dover, De 19901

Assistant Public Defender

James E. Ross Jr.

Date _____

In the Superior Court of the State of Delaware
In and For _____ County

James E Rossi Jr                          0503018694
    V                                 CASE 0303007243
State of Delaware

Certificate of Service

I certify that I have caused that on this ____
day of Dec, 2005 two Copies of the Attached
Notice of Motion for Correction of Sentence
to be served upon the following address
Indicated, by United States Mail, postage
Prepaid on:

Attorney General's Office
Department of Justice
820 N French Street
Wilmington, Delaware
        19801

                    Assistant Public Defend
                    James E Rossi Jr
                Date

In the Superior Court of the State of Delaware
In and For _____ County

James E. Ross Jr.                        #0503018674
        V                        Case# 030300 7243
State of Delaware:


## ORDER

Haveing Heard and considered the Defendant's
Motion For Correction of Sentence, IT
Is Here by ordered that this matter will
be set down for a hearing on _____
2005 at ___ :00.m.
        It is Ordered on this ___ day of ___
_____ 2005.


_____
                        Judge

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

State of Delaware       :  Case No. 0303007243
              :
              :
James E. Ross, Jr.       :

## O R D E R

**HAVING HEARD** and considered the Defendant's Motion for Review of Sentence, IT

IS HEREBY ordered that this matter will be set down for a hearing on _____, 2005 at

_____ :00 ___.m.

**IT IS ORDERED** on this ___ day of _____, 2005.

_____
JUDGE

In the Superior Court of the State of Delaware
In and for New Castle County

State of Delaware          (
          V                (
James E Ross Jr            (          CR.A NO 0503C18674
                           (
                           (

Motion to Dismiss Indictment
lack of credible evidence

Comes Now the Defendant James E Ross Jr
moves this Honorable court to Dismiss the
Indictment Against the defendant. Charging him
with (3) count of Assault In A Detention facility.
the grounds are as followed;

1) Pursuant to Delaware code section 301 (B).
No Person may be convicted of an offense
Unless each element of the offense listed
In the Indictment is proven beyond a
Reasonable doubt.

A.) Delaware Law defines the offense of Assault
In a Detention facility in pertient part, as follows:

Any person who, being confined In a Detention
facility, Intentionally causes physical Injury to A
correctional officer, other state Employee of a
detention facility,



# SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*
—————

AUDREY F. BACINO
*Assistant Clerk*
DEBORAH L. WEBB
*Chief Deputy Clerk*
LISA A. SEMANS
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

December 2, 2005

SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

—————

(302) 739-4155
(302) 739-4156
(302) 739-8091

Kevin J. O'Connell, Esquire
Office of the Public Defender
Carvel State Office Building
820 N. French Street
Wilmington, DE  19801

> Re:  *James E. Ross, Jr. v. State, No. 589, 2005*
> **(Cr. ID No. 0303007243)**

Dear Counselor:

On November 28, 2005, Mr. James E. Ross, Jr. filed a notice of appeal from a violation of probation sentencing order by Judge Johnston dated November 1, 2005, in the above captioned matter. A copy of Mr. Ross' notice of appeal is enclosed for your review.

The Public Defender's office has informed the Clerk's Office that you represented Mr. Ross at the violation of probation hearing on November 1, 2005. Therefore, the Court requests you to file a written statement on or before **December 16, 2005,** indicating that you recognize your continuing obligation under Supreme Court Rule 26(a) to represent Mr. Ross in the above appeal. Please include with your statement a formal notice of appeal and directions to the court reporter, if appropriate.

Very truly yours,

*Deborah L. Webb*

cc:    Mr. James E. Ross, Jr.
       Loren C. Meyers, Esquire
        (with a copy of Mr. Ross' notice of appeal)
       Prothonotary, New Castle County

IN THE SUPREME COURT OF THE STATE OF DELAWARE

589 , 2005

PRO SE
(DCC #00167506)

JAMES E. ROSS JR.
Defendant Below,
Appellant,

v.

L. C. MEYERS

STATE OF DELAWARE,
Plaintiff Below,
Appellee.

DF $ 00.00

2005

1    Nov  29    Notice of appeal from the Order dated 11/01/05 in the
Superior Court in and for New Castle County, by Judge
Johnston, in Cr. I.D. No. 0303007243, with designation
of no transcript. (served by mail 11/14/05) (filed
11/28/05) (mjd)

2    Dec  02    Letter dated 12/2/05 from Chief Deputy Clerk to Kevin
J. O'Connell, Esquire, requesting that recgnize his
continuing obligation on or before 12/16/05. (dlw)

The Respondent and V.O.P officials, Refusal to allow the Petitioner Into Level-4 Facility Citing that they Refuse to accept Mr. Ross Into their facility. Thomas Carroll has Refused to allow the Petitioner to carry out Superior Court sentence order, and In so doing continues to house him at Level-5 even though Level-4 space was available, Thus unlawfully Restraining Petitioner at liberty In Violation of his 8th and 14th Constitutional amendment Rights, cruel and unusual punishment as Well as his equal protection Rights.

Wherefore, petitioner prays the petition Issue and the writ granted, Petitioner Request the Court to suspend his Level-4 Sentence and discharge him From Respondents Custody, for failure to abide by Court Order.

James E Ross Jr

date  11- -05

SBI 00167506

**TO:** _James E. Ross_   **SBI:** _16756_

**DATE:** _11/7/05_

**FROM:**   **CLASSIFICATION OFFICE**

**RE:**   **INITIAL CLASSIFICATION**

This is to inform you that the Multi-Disciplinary Team (MDT) has classified you to _____ max _____ Security Level. You will be required to complete your treatment plan and follow institutional rules. Negative behavior, excessive write-ups, or failure to complete your treatment plan will result in a higher security level. Your individual treatment plan is listed below and your assigned counselor will monitor your progress. Direct questions to your Counselor.

**NOTE: This classification is subject to higher review.**

### TREATMENT PLAN

_MAX Programs_

_____

_____

_____

_____

**Inmate Signature:** _James E Ross_

**Date:** _____

**Next Review:** _N/A_
**RA Score:** _N/A_

**Three Part Form**
**Original: Records**
**Pink: File**
**Yellow: Inmate**
FORM# 961 (3 pt)

_I Don't have Level-5_
_time. Just Level 4-4_
_Level 4-4_
_Level-4 year_

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY

NAME _James Ross_                    _8:30_ AM / PM

SENTENCING DATE _____    REPORT TO

VOP DATE _Dec. 23, 2005_            COURT ROOM

CONTEMPT OF COURT _____     #_____

                                    Courthouse
                                    38 The Green
ID# _0303007243_                    Dover, DE 19901

**BE IN COURT WITH YOUR ATTORNEY ON THE ABOVE DATE. IF YOU
HAVE QUESTIONS, CALL THE PROTHONOTARY'S OFFICE AT 739-3184.**

DOC. #02 03 10 02 07 01

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Ross, James          SBI# 167506

HOUSING UNIT: Shu cull     DATE 11/7/05     TIME: _____

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|------------------------|-------|----------|----------------------------|
|      | Radio                  | P     | 1        | Poor                       |
|      | Bible                  | P     | 1        | Poor                       |
|      | Headphones / Sony      | P     | 1        | Poor                       |
|      | Toothbrush / Blue      | P     | 1        | Poor                       |
|      | Envelopes (Paperwork)  | P     | 4        | Poor                       |

John Door
**Officer's Name (Print Clearly)**

12-8
**Shift**

**Officer's Signature Who Inventoried Property**

_____
**Supervisor's Name (Print Clearly)**

_____
**Shift**

**Supervisor's Signature Reviewing Inventory**

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)    (Date)         (Time)         (Person Receiving Property)              Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)    (Date)         (Time)         (Person Receiving Property)              Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)    (Date)         (Time)         (Person Receiving Property)              Unit

Revised: 4/01/03    ** S- State Property    P- Personal Property          FORM# 537-A

SMYRNA, DELAWARE

REMOVAL OF PERSONAL ITEMS

Unauthorized: [  ]

Excessive: [  ]

INMATE NAME: _____    DATE: _____
            (Please Print)

SBI#: _____    UNIT: _____

I wish to have my personal belongings removed from the Delaware Correctional Center in the
following manner as listed below: (Please check one and initial).

_____ 1.    I authorize the following person to pick up any items. This person will provide
             identification and sign a receipt for all items received. If the items are not
             picked up in 30 days after signing this form, I authorize the institution to
             dispose of the personal items at the departments discretion.

        NAME: _____    ADDRESS: _____
                                                    (STREET or P.O. BOX)

        DATE ITEMS WILL BE PICKED UP. _____    _____
                                                       (CITY/TOWN)  (STATE)  (ZIP)

_____ 2.    I authorize the item(s) to be sent to the following address at my expense.

        NAME: _____    ADDRESS: _____
                                                    (STREET or P.O. BOX)

        I WANT THE ITEM(S) INSURED: YES____ NO____    _____
                                                       (CITY/TOWN)  (STATE)  (ZIP)

_____ 3.    I authorize the institution to donate my personal items to a charitable organization.


I, _____, do hereby remise, release and forever discharge
   (Print Inmate's Name)
for myself, my successors, assigns, heirs, executors, and administators, the Delaware
Correctional Center, the Department of Corrections, and the State of Delaware, their officers,
agents, servants, successors, and assigns, of and from all manner of actions, suits, debts,
dues, accounts, bonds, contracts, agreements, claims, and demands whatsoever; in law or in
equity which I have not, ever had, or may have concerning the handling of my personal
property in storage at the Delaware Correctional Center, and it's disposal by the method I
have selected as listed above.



_____, WITNESS: _____
(Inmate's Signature)

DATE: _____    DATE: _____



FORM #: 208 (3-part)
Revised: 7/95

To: Honorable Judge: William L Witham Jr (Kent Coun
Mary M. Johnston ( New Castle

Records Dept. D.C.C.

JAMES E Ross.
11- 14- 05

CASE # 0303067243
VK0303103702

SBI 00167506
SHU 18 C011

-/ James E Ross Jr is writeing Inconcern of
my Level-5 time, and Credit the Month of
Feb, 2005 towards my 1-year Sentence I
am Now serving.

-/ Inmate was returned to Level-5 Feb 8
2005. Sentence Judge William L Witham Jr.
Imprisonment Effective 02-08-2005
(Sentence Date 02-18-05.) MAXIMIMUM EXPIRATION
Date 02-07-2006.

Can you Please Credit the Month of =Feb 08,2005
towards my Level-5 Sentence. Please
Thank you very much.           Sincerly Yours
11-14-05
James E Ross Jr

P.S. I RECIEVED a status sheet For the same sentence
Start Date: 03/22/2005  med: 3/21/2006
STRD: 02- 25- 2006.
Judge Mary M Johnson, the Month of =Feb 8,
2005, Should be add toward my Level-5
Sentence.                    ↗ NON-credit
I only stayed at Level-4 facility For 3-Weeks
( March 2, 2005 until March 22, 2005.) Thank You

Report #
22667

Date: 03/24/2005



DEPARTMENT OF CORRECTION
BUREAU OF COMMUNITY CORRECTION
CVOP Central Violation of Probation Center
875 Symrna Landing Road
SMYRNA DE, 19977
Phone#: 302-659-6100

VIOLATION REPORT – LEVEL - IV
CASELOAD TYPE - 5 -Hold for Plummer

**To :** Honorable WILLIAM L WITHAM J
Kent County Superior Court

IN RE: ROSS, JAMES E J                    SBI#: 00167606

RACE: Black                SEX: Male        DATE: 03/23/2005

DOB :      1963

| | | |
|---|---|---|
| CASE TYPE | : Detentioner | SENTENCING DATE : 02/18/2005 |
| JUDGE/COURT | : Honorable WILLIAM L WITHAM J | MAXIMUM EXPIRATION DATE : 02/07/2006 |
| | Kent County Superior Court | PAROLE RELEASE DATE : N/A |
| FINE | : N/A | IMPRISONMENT EFFECTIVE : 02/08/2005 |
| COSTS | : N/A | PROBATION EFFECTIVE DATE : |
| VCF | : N/A | IMPRISONMENT IMPOSED : 4 Yr(s) |
| RESTITUTION | : N/A | IMPRISONMENT SUSPENDED : 4 Yr(s) |
| DRUG EDUCATION FUND: N/A | | PROBATION IMPOSED : N/A |

CHARGE(S): 0303007243-VK0303103701 - Viol O/Probatn

SPECIAL CONDITIONS:                          CONDITION COMMENTS:

ADDRESS      :344 W-WING DR, DOVER DE- 19901
EMPLOYMENT:N/A
SERVICE REQUESTED:YES      TYPE: Summons

Submitted by: _____
Williams, Doreen M
(Probation/Parole Officer)

Date Status
sHeet
11-03-2005

ON MARCH 22, 2005 I was Charged.
ON MAY 9, three officers Inter my Cell. early
mourning After Breakfast. I could Faintly see.
I RE-member the one officer Inter said
see I you RE-member this.
the same thing the Counselor Ask me MARCH 22.
When I was Returned to Level-5.
They put pillow over my Face to stop me
From seeing What ever they was doing I Pass
out. When I wake up I could Remember the
First officer Intering the Cell by his Words
see It You Remember this.
He Ask me was I Violent, I said Know
then said You don't RE-member What happen
I said (yes) answer to question.

Officer Shock me down In the Mouth
of Oct, can Remember What Day Next
day After officer got Assaulted by getting
spitted on In the Face by Smooth. In side
Cell Next to me. After that Incident
off Shock both Cell down Next day AND
remove my hair Which is my DNA, didn't
take Nothing else just my Hair I was
saveing to buRN when I get release.

11-03-2005    Home Con Fine ment. I Should have
been discharged. Straight. The set-up for A-CRIMe

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

James E Ross Jr

Defendant Below,
Appellant,

No. 0303007243 VK0303103702

V.

State of Delaware

Plaintiff Below,
Appellee.

## NOTICE OF APPEAL

To: Clerk of the Supreme Court

PLEASE TAKE NOTICE that _____James E Ross Jr_____,

Defendent , below appellant, does hereby appeal to the Supreme Court

of the State of Delaware, from the order _____Judge Mary M Johnston_____

of the _____Superior_____ Court, in and for _____New Castle_____, County, by

Judge Mary M. Johnston dated _____11 - 1 - 2005_____, in Case Number

0303007243 _____ in that court. A copy of the decision sought to be reviewed

is attached hereto.

Form Rev. 4/1/98

The name and address of the attorney below for appellee is

_Pro'se_____. the party against whom the

appeal is taken is __*State of Delaware*__.

The name and address of the attorney below for the party against

whom the appeal is not taken is _____*N/A*_____. The party

against whom the appeal is not taken is _____*N/A*_____.

**PLEASE TAKE FURTHER NOTICE** that appellant hereby designates

the transcript in accordance with Rules 7(c)(6) and 9(e)(ii) in the following

manner:

_____*N/A*_____

[or]    _____

Dated: _____        _____

_____

Attorney for _____

_____ Below-Appellant

Form Rev. 4/1/98                    -2-

## SUPREME COURT OF DELAWARE

CATHY L. HOWARD
  *Clerk*

AUDREY F. BACINO
  *Assistant Clerk*
DEBORAH L. WEBB
  *Chief Deputy Clerk*
LISA A. SEMANS
  *Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
  *Senior Court Clerk*

SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

December 2, 2005

Kevin J. O'Connell, Esquire
Office of the Public Defender
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

> Re:  *James E. Ross, Jr. v. State, No. 589, 2005*
>      **(Cr. ID No. 0303007243)**

Dear Counselor:

On November 28, 2005, Mr. James E. Ross, Jr. filed a notice of appeal from a violation of probation sentencing order by Judge Johnston dated November 1, 2005, in the above captioned matter. A copy of Mr. Ross' notice of appeal is enclosed for your review.

The Public Defender's office has informed the Clerk's Office that you represented Mr. Ross at the violation of probation hearing on November 1, 2005. Therefore, the Court requests you to file a written statement on or before **December 16, 2005,** indicating that you recognize your continuing obligation under Supreme Court Rule 26(a) to represent Mr. Ross in the above appeal. Please include with your statement a formal notice of appeal and directions to the court reporter, if appropriate.

Very truly yours,

Deborah L. Webb

cc:    Mr. James E. Ross, Jr.
       Loren C. Meyers, Esquire
        (with a copy of Mr. Ross' notice of appeal)
       Prothonotary, New Castle County

IN THE SUPREME COURT OF THE STATE OF DELAWARE

589 , 2005

PRO SE
(DCC #00167506)

JAMES E. ROSS JR.
            Defendant Below,
            Appellant,
      v.

L. C. MEYERS

STATE OF DELAWARE,
            Plaintiff Below,
            Appellee.

DF $ 00.00

2005

1    Nov  29      Notice of appeal from the Order dated 11/01/05 in the
                  Superior Court in and for New Castle County, by Judge
                  Johnston, in Cr. I.D. No. 0303007243, with designation
                  of no transcript. (served by mail 11/14/05) (filed
                  11/28/05) (mjd)

2    Dec  02      Letter dated 12/2/05 from Chief Deputy Clerk to Kevin
                  J. O'Connell, Esquire, requesting that recgnize his
                  continuing obligation on or before 12/16/05. (dlw)

The Respondent and V.O.P officials, Refusal to allow the Petitioner Into Level-4 Facilit Citing that they Refuse to Accept Mr. Ross Into their Facility. Thomas Carroll has Refused to allow the Petitioner to carry out Superior Court sentence order, And In so doing continues to house him at Level-5 even though Level-4 space wa availible, Thus unlawfully Restraining Petitioner of liberty In Voilation of his 8Th and 14th Constitutional amendmen Rights, cruel and unusual punishment as Well as his equal protection Rights.

Wherefore, petitioner prays the petition Issue and the writ granted, Petitioner Request the Court to suspend his Level-4 Sentence And discharge him from Respondents Custody, for failure to abide by Court Order.

James E Ross Jr

Date   11 -     -05

SBI 00167506

*Exhibits B*

TO: _____    SBI: _____

DATE: _____

FROM:    CLASSIFICATION OFFICE

RE:    INITIAL CLASSIFICATION

This is to inform you that the Multi-Disciplinary Team (MDT) has classified you to _____ Security Level. You will be required to complete your treatment plan and follow institutional rules. Negative behavior, excessive write-ups, or failure to complete your treatment plan will result in a higher security level.    Your individual treatment plan is listed below and your assigned counselor will monitor your progress. Direct questions to your Counselor.

**NOTE: This classification is subject to higher review.**

## TREATMENT PLAN

_MAX _____

_____

_____

_____

Inmate Signature: _____

Date: _____

**Next Review:** _____

**RA Score:** _____

Three Part Form
Original: Records
Pink: File
Yellow: Inmate
FORM# 961 (3 pt)

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY

NAME _James Ross_                    _8:30_ AM / ~~PM~~

SENTENCING DATE _____    REPORT TO

VOP DATE _Dec. 23, 2005_             COURT ROOM

CONTEMPT OF COURT _____      # _____

ID# _0303007243_                     **Courthouse**
                                     **38 The Green**
                                     **Dover, DE 19901**

*BE IN COURT WITH YOUR ATTORNEY ON THE ABOVE DATE. IF YOU*
*HAVE QUESTIONS, CALL THE PROTHONOTARY'S OFFICE AT 739-3184.*

DOC. #02 03 10 02 07 01

INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Ross, James                          SBI# 167506

HOUSING UNIT: Shu Cull        DATE 11/7/05        TIME: _____

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|----------------------|-------|----------|----------------------------|
| ____ | Radio | P | 1 | Fair |
| ____ | Bible | P | 1 | Poor |
| ____ | Headphones / Sony | P | 1 | Fair |
| ____ | Toothbrush / Blue | P | 1 | Fair |
| ____ | Envelopes (Paperwork) | P | 4 | Fair |

Officer's Name (Print Clearly): John Door

Shift: 12-8

Officer's Signature Who Inventoried Property

Supervisor's Name (Print Clearly)

Shift

Supervisor's Signature Reviewing Inventory

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   Unit

**Record of Transfer of Property**

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within _____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   Unit

Revised: 4/01/03     ** S- State Property     P- Personal Property          FORM# 537-A

SMYRNA, DELAWARE                                    Unauthorized: [  ]

REMOVAL OF PERSONAL ITEMS                           Excessive: [  ]

INMATE NAME: _Ross James_                                    DATE: _7 Nov 05_
             (Please Print)
SBI#: _0011 + 500_                             UNIT:  _K/12_

I wish to have my personal belongings removed from the Delaware Correctional Center in the
following manner as listed below: (Please check one and initial).

_____1.  I authorize the following person to pick up any items. This person will provide
         identification and sign a receipt for all items received. If the items are not
         picked up in 30 days after signing this form, I authorize the institution to
         dispose of the personal items at the departments discretion.

         NAME:_____ ADDRESS:_____
                                              (STREET or P.O. BOX)

         DATE ITEMS WILL BE PICKED UP._____
                                              (CITY/TOWN)  (STATE)  (ZIP)

_____2.  I authorize the item(s)to be sent to the following address at my expense.

         NAME: _James E Ross Jr_ ADDRESS: _91 Old Forge Dr_
                                              (STREET or P.O. BOX)

         I WANT THE ITEM(S) INSURED: YES____ NO____   _Dover, Delaware 1991_
                                              (CITY/TOWN)  (STATE)  (ZIP)

_____3.  I authorize the institution to donate my personal items to a charitable organization.

I, _James Ross_                    , do hereby remise, release and forever discharge
    (Print Inmate's Name)
for myself, my successors, assigns, heirs, executors, and administators, the Delaware
Correctional Center, the Department of Corrections, and the State of Delaware, their officers,
agents, servants, successors, and assigns, of and from all manner of actions, suits, debts,
dues, accounts, bonds, contracts, agreements, claims, and demands whatsoever; in law or in
equity which I have not, ever had, or may have concerning the handling of my personal
property in storage at the Delaware Correctional Center, and it's disposal by the method I
have selected as listed above.

X_____ , WITNESS:_____
  (Inmate's Signature)

DATE: _7 Nov 05_                          DATE: _7 Nov 05_

**FORM #: 208 (3-part)**
**Revised: 7/95**

## SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*
DEBORAH L. WEBB
*Chief Deputy Clerk*
LISA A. SEMANS
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

December 2, 2005

SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

Kevin J. O'Connell, Esquire
Office of the Public Defender
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

> Re:  *James E. Ross, Jr. v. State, No. 589, 2005*
>      **(Cr. ID No. 0303007243)**

Dear Counselor:

On November 28, 2005, Mr. James E. Ross, Jr. filed a notice of appeal from a violation of probation sentencing order by Judge Johnston dated November 1, 2005, in the above captioned matter. A copy of Mr. Ross' notice of appeal is enclosed for your review.

The Public Defender's office has informed the Clerk's Office that you represented Mr. Ross at the violation of probation hearing on November 1, 2005. Therefore, the Court requests you to file a written statement on or before **December 16, 2005,** indicating that you recognize your continuing obligation under Supreme Court Rule 26(a) to represent Mr. Ross in the above appeal. Please include with your statement a formal notice of appeal and directions to the court reporter, if appropriate.

Very truly yours,

Deborah L. Webb

cc:   Mr. James E. Ross, Jr.
      Loren C. Meyers, Esquire
      (with a copy of Mr. Ross' notice of appeal)
      Prothonotary, New Castle County

IN THE SUPREME COURT OF THE STATE OF DELAWARE

589 , 2005

PRO SE
(DCC #00167506)

JAMES E. ROSS JR.
    Defendant Below,
    Appellant,
v.

L. C. MEYERS

STATE OF DELAWARE,
    Plaintiff Below,
    Appellee.

DF $ 00.00

2005

1    Nov   29    Notice of appeal from the Order dated 11/01/05 in the
                 Superior Court in and for New Castle County, by Judge
                 Johnston, in Cr. I.D. No. 0303007243, with designation
                 of no transcript. (served by mail 11/14/05) (filed
                 11/28/05) (mjd)

2    Dec   02    Letter dated 12/2/05 from Chief Deputy Clerk to Kevin
                 J. O'Connell, Esquire, requesting that recgnize his
                 continuing obligation on or before 12/16/05. (dlw)

IN THE SUPREME COURT OF THE STATE OF DELAWARE

James E Ross Jr,
Defendant Below,
Appellant,

No. 0303007343 VRC 303103702

V.

State of Delaware
Plaintiff Below,
Appellee.

**NOTICE OF APPEAL**

To: Clerk of the Supreme Court

**PLEASE TAKE NOTICE** that James E Ross Jr,

Defendent, below appellant, does hereby appeal to the Supreme Court

of the State of Delaware, from the order Judge Mary M Johnston

of the Superior Court, in and for New Castle, County, by

Judge Mary M. Johnston, dated 11-1-2005, in Case Number

0303007343 in that court. A copy of the decision sought to be reviewed

is attached hereto.

Form Rev. 4/1/98

The name and address of the attorney below for appellee is

_Pro'se_____. the party against whom the

appeal is taken is ____State of Delaware____.

The name and address of the attorney below for the party against

whom the appeal is not taken is _____N/A_____. The party

against whom the appeal is not taken is _____N/A_____.

**PLEASE TAKE FURTHER NOTICE** that appellant hereby designates

the transcript in accordance with Rules 7(c)(6) and 9(e)(ii) in the following

manner:

_____N/A_____

[or] _____

Dated: _____     _____

                              _____

                              Attorney for _____

                              _____ Below-Appellant

In the Supreme Court of the State of Delaware

James E. Ross Jr

V                                    Case # 0303007243
                                          VK0303103702

State of Delaware

Certificate of Service

I certify that I have caused that on this
day of 11-14-05 to Copy of the attached
Notice of Appeal Upon the Following address
Indicated by United states Mail, Postage
prepaid on:

Attorney Generals office
Department of Justice
Carvel State office Building
820 N French St.
Wilmington, Delaware

Brian J. Bartley
Assistant Public Defender
Elbert N. Carvel State office Building
820 North French St, Third Floor
P. O. Box 8911
Wilmington, Delaware 19801

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

James E Ross Jr ,

Defendant Below,
Appellant,

V.

State of Delaware,

Plaintiff Below,
Appellee.

No. 0303007243 VKC303103702

## NOTICE OF APPEAL

To: Clerk of the Supreme Court

**PLEASE TAKE NOTICE** that ___James E Ross Jr___,

Defendent , below appellant, does hereby appeal to the Supreme Court

of the State of Delaware, from the order ___Judge Mary M Johnston___

of the ___Superior___ Court, in and for ___New Castle___, County, by

___Judge Mary M. Johnston___ dated ___11 - 1 - 2005___, in Case Number

___0303007243___ in that court. A copy of the decision sought to be reviewed

is attached hereto.

Form Rev. 4/1/98

The name and address of the attorney below for appellee is

_Pro'se_ _____. the party against whom the

appeal is taken is ___ _State of Delaware_ .

The name and address of the attorney below for the party against

whom the appeal is not taken is ____ _N/A_ ____. The party

against whom the appeal is not taken is ____ _N/A_ ____.

**PLEASE TAKE FURTHER NOTICE** that appellant hereby designates

the transcript in accordance with Rules 7(c)(6) and 9(e)(ii) in the following

manner:

_____ _N/A_ _____

[or] _____

Dated: _____      _____

_____

Attorney for _____

_____ Below-Appellant

In the Supreme Court of the State of Delaware

James E. Ross Jr

V

State of Delaware

Case # 0303007243
VK 0303103702

## Certificate of Service

I certify that I have caused that on this day of 11-14-05 to Copy of the attached Notice of Appeal Upon the Following address Indicated by United States Mail, Postage prepaid on.

Attorney Generals Office
Department of Justice
Carvel State office Building
820 N French St.
Wilmington, Delaware

Brian J. Bartley
Assistant Public Defender
Elbert N. Carvel State office Building
820 North French St. Third Floor
P.O. Box 8911
Wilmington, Delaware 19801

IN THE _Superior_ COURT OF THE STATE OF DELAWARE
IN AND FOR_____COUNTY

IN THE MATTER OF THE PETITION OF )    C.A. No.
                                 )    Habeas Corpus

The State of Delaware,

You are Commanded:

To have                    who is allegedly detained in your custody, before the Superior Court of the State of Delaware, at the County Court House at                 Delaware immediately after the receipt of this Writ; and to abide any order which the Court shall make concerning Petitioner.

And further, to certify fully in writing under oath the true cause of said detention, and to have there a copy of all process or orders, if any, under which he is detained and also this Writ.

_____
_Prothonotary_

Dated: _____

To the above named Respondent:

_In case of your failure to produce_____as above commanded, and fully certify in writing under oath the true cause of his detention, with a copy of all process or orders, if any, under which he is detained, within 3 days after service hereof upon you if the place where he is detained is not more than 20 miles from the County Court House, or within 6 days if such place is more than 20 miles, you may be adjudged to be in contempt of court._

_____
_Prothonotary_

State of Delaware)
          )     ss.
New Castle County)

_____ _____, Sheriff of _____
County, deposes and says that he served personally upon _____
_____ the original Writ of
Habeas Corpus of which the within is a true copy, by leaving the
original Writ with _____ _____
_____,
on _____,
19_____.

SWORN TO AND SUBSCRIBED before me, _____,
19_____.

                               _____
                                    Prothonotary

IN THE _Superior_ COURT OF THE STATE OF DELAWARE
IN AND FOR_____COUNTY

IN THE MATTER OF                    §
                                    §    C.A. No.
                                    §
_____       §
for a writ of habeas corpus.        §

## MEMORANDUM IN SUPPORT OF WRIT OF HABEAS CORPUS

The above defendant submits this memorandum in support of his petition for writ of habeas corpus. Petitioner states the following in support:

1.    The criminal action number in this case is _____

_____.

2.    Your petitioner is being unlawfully restrained of his liberty, in violation of the laws of the State of Delaware, by reason of _the Respondent and V.O.P's refusal to accept the Petitioner into Level IV facility to carry out Court Order. Respondent Thomas Carroll's oppressive action of refusing to allow petitioner to serve level IV sentence, continues to house him at Level V despite available space at level IV is unlawfully restraining him of his liberty in violation his 8/14th amendment right and in violation of Court Order._

WHEREFORE, petitioner prays the petition issue and the writ granted. _Petitioner further requests the Court to Suspend level sentence and discharge him from Respondent's custody for failing to abide by Court Order._

_James E Ross Jr 00167506_
Delaware Correctional Center
Smyrna, DE  19977

Dated:_____

3

The Respondent and V.O.P. Officials, REFusal to allow the Petitioner Into Level-4 Facility Citing that they Refuse to Accept Mr. Ross Into their Facility. Thomas Carroll has REFused to allow the Petitioner to carry out Superior Court sentence order, And In so doing continues to house him at Level-5 even though Level-4 space was availible, Thus unlawfully Restraining Petitioner of liberty In Voilation of his 8th and 14th Constitutional Amendment Rights, cruel and unusual punishment as well as his equal protection Rights.

Wherefore, petitioner prays the petition Issue and the writ granted, Petitioner REquest to Court to suspend his Level-4 Sentence And discharge him from Respondents Custody, for failure to abide by Court ORder.

James E Ross JR

Date    11 -    -05

SBI 00167506

Exhibits A

18 CO 11

## Offender Status Sheet

Date: 11/07/2005

| | | | | | | |
|---|---|---|---|---|---|---|
| **SBI #:** | 00167506 | **Name:** JAMES E ROSS | | | | |
| **Location(s):** DCC | | **Level(s):** 4H | **Race:** BLACK | **DOB:** | 1963 | |
| **AKA:** | JAMES E ROSS; JAMES E ROSS; JAMES E ROSS; JAMES E ROSSBEY; JEROME ROSS | | | | | |
| **Offender Type:** Sentenced | | | **Officer(s):** | | | |

**Level:** 4H

Start Date: 03/22/2005    MED: 03/21/2006    STRD: 02/25/2006    ADJ: 02/25/2006    PED:    Statutory Days Earned: 24.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y M D | Start Dt | MED | STRD | Adj Date | CR | Wk |
|---|---|---|---|---|---|---|---|---|---|---|
| 0303007243 | VK0303103702 | VIOL O/PROBATN | Current | | | | | | | |
| U7 | Mary M Johnston | STANDARD   11/01/2005 03/22/2005 | | 1  0  0 | 03/22/2005 | 03/21/2006 | 02/25/2006 | 02/25/2006 | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| VK0303103702 | 4H | CRT1 | Other Conditions: | AS TO VN03-03-1037 (VOP = PWITD)  SENTENCED TO 4 YEARS LEVEL 5, SUSPENDED FOR 1 YEAR LEVEL 4 HOME CONFINEMENT.  WHICH IS SUSPENDED AFTER PAYMENT IN FULL OF $1,800.  HOLD AT LEVEL 5 UNTIL SPACE IS AVAILABLE AT LEVEL 4 HC. ** DISCHARGED ONCE FINANCIAL OBLIGATIONS ARE PAID IN FULL.  DH |

*Exhibits B*

**TO:** _James E. Koss_    **SBI:** _167506_

**DATE:** _11/7/05_

**FROM:**    **CLASSIFICATION OFFICE**

**RE:**    **INITIAL CLASSIFICATION**

This is to inform you that the Multi-Disciplinary Team (MDT) has classified you to _____ MAX _____ Security Level.  You will be required to complete your treatment plan and follow institutional rules.  Negative behavior, excessive write-ups, or failure to complete your treatment plan will result in a higher security level.  Your individual treatment plan is listed below and your assigned counselor will monitor your progress. Direct questions to your Counselor.

**NOTE: This classification is subject to higher review.**

### TREATMENT PLAN

_# MAX Programs_

**Inmate Signature:** _James E Koss_

**Date:** _____

**Next Review:** _N/A_
**RA Score:** _N/A_

**Three Part Form**
**Original: Records**
**Pink: File**
**Yellow: Inmate**
 FORM# 961 (3 pt)

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

JAMES E. ROSS, JR.,

| | |
|---|---|
| Defendant Below,<br>Appellant, | )<br>)<br>) |
| | ) |
| v. | )   No. 589, 2005 |
| | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Plaintiff Below,<br>Appellee. | )<br>) |

#### FORMAL NOTICE OF APPEAL

TO:   LOREN C. MEYERS, ESQUIRE
      Deputy Attorney General
      Department of Justice
      State Office Building
      820 North French Street
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that James E. Ross, Jr. , defendant below-appellant, does hereby appeal to the Supreme Court of the State of Delaware, from the violation of probation sentence imposed on November 1, 2005, in the Superior Court of the State of Delaware by the Honorable Mary M. Johnston in Criminal Action ID No. 0303007243 in that Court. The name and address of the attorney below for Appellee is: Loren C. Meyers, Deputy Attorney General, Department of Justice, State Office Building, 820 North French Street, Wilmington, Delaware. The party against whom the appeal is taken is the State of Delaware.

The Order being appealed from is hereby attached.

**PLEASE TAKE FURTHER NOTICE** that appellate hereby designates the portions of the record and transcript in accordance with Rule 7(c) (6) and 9(e)(ii) in the following manner.

Designation set forth on attached Exhibit A.

Dated: 12|14|05

BRIAN J. BARTLEY
Assistant Public Defender
STATE ID No. 2029
Carvel State Office Building
820 N French Street
Wilmington, DE 19801

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

STATE OF DELAWARE

    VS.

JAMES E ROSS

Alias: See attached list of alias names.

DOB:    /1963
SBI: 00167506

CASE NUMBER:                CRIMINAL ACTION NUMBER:
0303007243                 VK03-03-1037-01
                               VIOL O/PROBATN
                                 ORIG. CHARGE:
                               ATT. PWITD NSII(F)

COMMITMENT

## MODIFIED VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS  1ST DAY OF NOVEMBER, 2005, IT IS THE ORDER OF
THE COURT THAT:  the order dated February 18, 2005 is
hereby modified as follows: The defendant is found  in
violation. Defendant is sentenced as follows:

 AS TO VK03-03-1037-01 : TIS 11 Del.C.05310001FC
VIOL O/PROBATN - FOUND IN VIOLATION

Effective February  8, 2005  the defendant is sentenced
as follows:

 - The defendant is placed in the custody of the Department
of Correction for 4 year(s) at supervision level 5

 - Suspended for 1 year(s)  at supervision  level 4 <u>WORK
RELEASE</u>

 - Hold at supervision level 3

 - Until space is available at supervision level 4 <u>WORK
RELEASE</u>

 Probation is concurrent to any probation now serving.

## SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
     VS.
JAMES E ROSS
DOB:    /1963
SBI: 00167506

                        CASE NUMBER:
                          0303007243

Upon full payment of court obligations, level 4 program is
suspended.

### NOTES

The substance abuse evaluation and treatment ordered on the
original sentence are hereby eliminated.

======================================
The VOP Sentence Order dated February 18, 2005 is hereby
modified to change the hold level from 5 to 3 pending
placement at work release. Upon payment in full of all
financial obligations, this probation is discharged as
unimproved.

SO ORDERED.

Johnston, J.

                               _____

                               JUDGE MARY M JOHNSTON

<u>LIST OF ALIAS NAMES</u>

STATE OF DELAWARE
     VS.
JAMES E ROSS
DOB:     /1963
SBI: 00167506

                          CASE NUMBER:
                                0303007243


JAMES E ROSSBEY
JEROME ROSS

IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

JAMES E. ROSS, JR.,                     )
                                        )
        Defendant Below,                )
        Appellant,                      )
                                        )
        v.                              )       No.  589, 2005
                                        )
STATE OF DELAWARE,                      )
                                        )
        Plaintiff Below,                ) .
        Appellee.                       )

### DIRECTIONS TO COURT REPORTER TO PROCEEDINGS
### BELOW TO BE TRANSCRIBED PURSUANT TO RULE 9(e)

TO:   MICHELE HONAKER AND DOMENIC VERECHIA
      Superior Court Reporters
      New Castle County Courthouse
      500 N King Street
      Wilmington, DE 19801

        Appellant does hereby direct the proceedings in
State of Delaware vs. James E. Ross, Jr., Criminal Action
ID No. 0303007243 in the Superior Court of the State of
Delaware, In and For New Castle County, to be transcribed
as follows:

        1.    The transcript of the Violation of Probation
Hearing and Sentencing heard on November 1, 2005 before the
Honorable Mary M. Johnston.

2.    The transcript of the Verdict and subsequent colloquy between Court and Counsel in the Trial in Case ID No. 0503018674 before the Honorable Mary M. Johnston. Trial was held on October 27 and 28, 2005.

I hereby certify that transcription of the above-listed portions of the proceedings below is essential to the prosecution of this appeal.

Dated: 12/14/05

BRIAN J. BARTLEY
Assistant Public Defender
State ID No. 2029
State Office Building
820 North French Street
Wilmington, DE 19801

EXHIBIT A

## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### EXPERT SERVICES

| Client Name James E Ross Jr | Incarcerated? Yes | Court (circle one) |
| | Location DCC | SC CCP FC JP |
| PD File # NONE    DUC Number 0303007243 | Lead Charge VOP | Capital Case |
| NCC    KC    SC | | Yes    No |
| Assigned Attorney Brian J Bartley | Assigned PFE | Hearing Date 11-1-05 |
| Name of Expert Michele Hoover | | |

**Medical/Forensics/ Psychological and other Allied Fields of Study.** (Check all that apply):
☐ Court Appearance: Type of hearing _____
☐ Evaluation (circle one) EED, NGRI, GBMI, Competency, Other/explain _____
☐ Written Report
☐ Records Review
☐ Other/explain

**Fees:** based on the above request, the maximum allowable fees have been established for this case as follows:
Evaluation, consultation, report _____ (travel included)
Court appearance:    ½ day _____ full day _____ (travel included)
Records review _____
Interview _____
Other/explain _____

| Interpreters | Miscellaneous |
| Language Needed: _____ | ☐ Records |
| ___The Spanish interpreter employed by the office is not available. | ☐ Copies |
| Purpose: | ☐ Photos |
| ☐ Interview | ☐ Other/explain _____ |
| ☐ Court Appearance, type hearing _____ | ☐ Cost _____ |
| ☐ Other/explain _____ | ☐ Polygraph (Attach Client Consent Form and specific questions and documents necessary for the exam) |

**Transcripts:** note the name of each court reporter involved, the dates they are transcribing and the cost:

| | Date(s) of Hearing | Court Reporter | Estimated Cost |
|---|---|---|---|
| ☐ Preliminary Hearing | | | |
| ☑ VOP | 11-1-05 | Michele Hoover | $100.00 |
| ☐ Sentencing | | | |
| ☐ Other _____ | | | |
| ☐ Trial | | | |
| ☐ Trial | | | |
| ☐ Trial | | | |
| ☐ Trial | | | |

(Attach a separate sheet if necessary for additional trial dates. Include hearing date(s), name of court reporter, and cost).

Justification for the Request:    Appeal

| Requestor Name: Brian J Bartley | Phone Number (302) 577-5155 | Date 12-8-05 |
| Local Office Review/Name: | Phone Number (302) | Date Approved    yes    no |
| Main Office Review/Name: | Phone Number (302) 577 5117 | Date Approved    yes    no |
| Reason Denied | Purchase Order # | Requestor Notified by |
| ☐ Can be done inter-office, ☐ No funds, ☐ Other | Appropriation | ☐ Fax  ☐ Mail  ☑ Personal |

**Requestor Instructions** – The status of your request can be found in the PD database under expert requests. Once approved, the requestor shall notify the expert. For Medical/Forensics/Psychological and other Allied Fields of Study the expert will receive this form, billing instructions and a purchase order. Payment to the expert will not exceed the established amount. If additional services are needed a new expert services form must be submitted. **NOTIFY THE EXPERT AND THE MAIN OFFICE IMMEDIATELY IF SERVICES ARE CANCELLED. THE EXPERT IS ENTITLED TO BILL THE OFFICE AT 50% IF NOT NOTIFIED 48 HOURS IN ADVANCE.**

**PUBLIC DEFENDER OF THE STATE OF DELAWARE**
**EXPERT SERVICES**

| Client Name _Charles E. Ross, Jr_ | Incarcerated? _yes_ Location _DCC_ | | | Court (circle one) SC CCP FC JP |
|---|---|---|---|---|
| PD File # _200516424_   DUC Number _0503018674_ (NCC)   KC   SC | Lead Charge _Aslt Det Facil_ | | | Capital Case Yes   (No) |
| Assigned Attorney _Brian K Bartley_ | Assigned PFE | | Hearing Date _10-27 & 10-28-05_ | |
| Name of Expert: _Domenic, Herechia_ | | | | |

**Medical/Forensics/ Psychological and other Allied Fields of Study.**   (Check all that apply):

☐ Court Appearance: Type of hearing _____

☐ Evaluation (circle one) EED, NGRI, GBMI, Competency, Other/explain _____

☐ Written Report

☐ Records Review

☐ Other/explain

**Fees:** based on the above request, the maximum allowable fees have been established for this case as follows:

Evaluation, consultation, report _____ (travel included)

Court appearance:    ½ day _____ full day _____ (travel included)

Records review _____

Interview _____

Other/explain _____

| **Interpreters** | **Miscellaneous** |
|---|---|
| Language Needed: _____ | ☐ Records |
| ___The Spanish interpreter employed by the office is not available. | ☐ Copies |
| Purpose: | ☐ Photos |
| ☐ Interview | ☐ Other/explain _____ |
| ☐ Court Appearance, type hearing _____ | ☐ Cost _____ |
| ☐ Other/explain _____ | ☐ Polygraph (Attach Client Consent Form and specific questions and documents necessary for the exam) |

**Transcripts: note the name of each court reporter involved, the dates they are transcribing and the cost:**

| | Date(s) of Hearing | Court Reporter | Estimated Cost |
|---|---|---|---|
| ☐ Preliminary Hearing | | | |
| ☐ VOP | | | |
| ☐ Sentencing | | | |
| ☐ Other _____ | | | |
| ☑ Trial _Verdict_ | _10-27/28-05_ | _Domenic Virechia_ | _#75.00_ |
| ☐ Trial | | | |
| ☐ Trial | | | |
| ☐ Trial | | | |

(Attach a separate sheet if necessary for additional trial dates. Include hearing date(s), name of court reporter, and cost).

Justification for the Request: _Appeal of VOP_

| Requestor Name: _Brian K Bartley_ | Phone Number (302) _577-5135_ | Date _12-8-05_ |
|---|---|---|
| Local Office Review/Name: | Phone Number (302) | Date Approved   yes   no |
| Main Office Review/Name: | Phone Number (302) _577 511_ | Date   _12-12-05_ Approved   yes   no |
| Reason Denied ☐ Can be done inter-office, ☐ No funds, ☐ Other | Purchase Order # Appropriation | Requestor Notified by ☐ Fax  ☐ Mail  ☒ Personal |

**Requestor Instructions** – The status of your request can be found in the PD database under expert requests. Once approved, the requestor shall notify the expert. For Medical/Forensics/Psychological and other Allied Fields of Study the expert will receive this form, billing instructions and a purchase order. Payment to the expert will not exceed the established amount. If additional services are needed a new expert services form must be submitted.
**NOTIFY THE EXPERT AND THE MAIN OFFICE IMMEDIATELY IF SERVICES ARE CANCELLED. THE EXPERT IS ENTITLED TO BILL THE OFFICE AT 50% IF NOT NOTIFIED 48 HOURS IN ADVANCE.**

IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

JAMES E. ROSS, JR.,                    )
                                       )
    Defendant Below,                   )
    Appellant,                         )
                                       ) .
    v.                                 )     No.   589, 2005
                                       )
STATE OF DELAWARE,                     )
                                       )
    Plaintiff Below,                   )
    Appellee.                          )

## AFFIDAVIT OF MAILING

**BE IT REMEMBERED** that on this 14th day of December 2005, personally appeared before me, a Notary Public for the State and County aforesaid, Elaine Folsom, a secretary for the Public Defender's Office, who being by me duly sworn did depose and say as follows:

    1.   That she caused to be delivered by Public Defender's runner, two copies of Appellant's Notice of Appeal and two copies of Directions to Court Reporter to Proceedings Below to be Transcribed Pursuant to Rule 9(e) in the above-captioned matter to   Loren C. Meyers, Esquire, Deputy Attorney General, Department of Justice, State Office Building, 820 North French Street, Wilmington, Delaware 19801.

2.    That she caused to be delivered by Public Defender's runner, two copies of Appellant's Directions to the Court Reporter to Proceedings Below to be Transcribed Pursuant to Rule 9(e) in the above-captioned matter to Michele Honaker and Dominic Verechia, Superior Court reporters, New Castle County Courthouse, 500 King Street, Wilmington, Delaware 19801.

Elaine Folsom

**SWORN TO AND SUBSCRIBED** by me the day and year aforesaid.

ATTORNEY AT LAW



## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

BRIAN J. BARTLEY
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5135

BY FAX ONLY
302-653-5023

December 7, 2005

Department of Corrections Records
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE:   State of Delaware v. James E. Ross, Jr.
      ID No. 0303007243

To Records:

Please find enclosed a copy of the Modified Violation of
Probation Sentencing Order dated November 1, 2005 in connection
with case number 0303007243.

You will note that the Level 4 sentence is for work release
but that the Judge specifically ordered (at page 1) that the
defendant be held at Level 3 pending availability of space at
supervision Level 4 work release.

You will also note that the attached Sentence Order provides
that "The VOP Sentence Order dated February 18, 2005 is hereby
modified to change the hold level from 5 to 3 pending placement at
work release".

Speaking with someone from Records this morning, I was advised
that a copy of the Sentence Order was not in Mr. Ross' file.
Please release Mr. Ross immediately upon receipt of this
communication.

Mr. Ross' Assault In A Detention Facility charges resulted in
an outright acquittal after a Jury Trial on October 28, 2005.

Department of Corrections Records
Delaware Correctional Center
December 7, 2005
Page 2


      Please find enclosed a copy of the JIC printout showing that
a release was faxed to DCC on October 28, 2005.

      Finally, I understand that Mr. Ross continues to be held at
SHU.   If there is any basis for his continued detention, would
you please advise me by either FAX at 302-577-3995 or E-mail at
Brian.Bartley@State.DE.US.

      Thank you.

                              Very truly yours,


                              Brian J. Bartley
                              Assistant Public Defender

BJB/ef
cc:  Kevin Howard, Esquire by FAX at 302-672-7336
     James E. Ross, Jr. by State Mail

```
Position cursor or enter screen value to select
GC701A                    ***** Courts Case Management *****
Dec  7,05                      - Browse Docket -                        1 more >


Name: ROSS JAMES E.                          SBI#: 00167506  DOB:       1963
Age Of Case: 256  Status: SA CC       Crt: S  Loc: N  Company Ind:
   Event    Date    Ref
-- ------ ---------- ----  ---------------------------------------------------
01 TRIORD 06/20/2005 · 13 ORDER SCHEDULING TRIAL FILED.
02 DISORD 06/20/2005   14 DISCOVERY ORDER FILED:  STATE MUST PROVIDE OUTSTANDIN
03 SUBMLD 09/26/2005   15 SUBPOENA(S) MAILED FOR JURY TRIAL ON 10/18/05 @ 8:45
04 SUBRET 10/05/2005   19 SUBPOENA(S) RETURNED.
05 AFFIDA 10/17/2005   17 AFFIDAVIT FILED.  REFERRED TO COUNSEL OF RECORD FOR R
06 TJT    10/18/2005      TRIAL CALENDAR-CONTINUED. DEFENSE REQUEST.
07 TRIORD 10/18/2005   16 ORDER SCHEDULING TRIAL FILED VIA E-MAIL.
08 RTCMEM 10/19/2005   18 REFERRAL TO COUNSEL MEMORANDUM FILED.
09 TJT    10/27/2005      TRIAL CALENDAR- WENT TO TRIAL JURY
10 CHARJU 10/28/2005   20 CHARGE TO THE JURY FILED.
11 JTRIAL 10/28/2005   21 JURY TRIAL HELD BEFORE JUDGE JOHNSTON AND JURY ON 10/
12 RELESE 10/28/2005   22 RELEASE FAXED TO DCC
                       *** End of Data ***
Case#: 0503018674_ Date: _____  Event: _____  Crt S  Detail _  Sel: __
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn CASE  DETL  SCHED CHARG bkwrd SENT  PRINT WANTP  < >  main
```

In the Superior Court of the State of Delaware
In and For New Castle County

James E Ross Jr.

V

State of Delaware

CASE # CSC3C18674

## Affidavit

On 3-22-05 I had at that date, only been In
the Facility For three Week 3-2-05 untill 3-22-05
AT Breakfast I eat AND RETURN to my Pod.
I began Feeling sick From that Mournings Breakfast
so I feeled out a sick Call slip.
I was later told by the Nurse.
I wouldn't see the Doctor.
For several Days.
She told me to lie down.
And wait to see If what I eat Pass through me.
I Then Followed the Nurse Instructions
At 11:00 A.m I was lying on my Bunk.
Which Is Place near the back of the Pod.
When the Pod Officer came around For Count.
The rules Require.
that everyone stand In Front of the Bunks.
I was told by the Nurse to lye down.
Medical Issues Allways over ride houseing rules
such as standing For Count.

I

0503018674



At 11:13 a.m. chow was called.
For my houseing Unit.
I was still lyeing down.
OFFiceR saw me still lyeing down.
He came over to me.
Told me to get up and go to chow.
I then exsplain to OFFiceR Wagner
That I'm feeling Very ill
AND I do not wisH to go to chow.
OFFiceR called FoR Assistance.
three OFFiceRs InteR the Pod.
OFFiceR Staff L-t Robert MAy.
L-t KuNemAN.
AND SeRgeNt Amond Divirgilis.
I tryed to set-up AND Exsplain.
L-t MAy AND SeRgeNt Amond.
CAme oN the siDe of my BuNk I was Face-in'
AND ask, whAt's the PRoblem.
I sat-up In pain AND stARt Exsplaining
Lt Donald KuNemAN CAp-stun me.
FRom the Foot of the BuNk, weRe He Stood.
I was Shock AND AfRaid so I got down
Because If L-t Robert MAy AND SeRgent Amond
was to pull me, I would hAve SeRiously
been InjuRe. The BuNk oR 5 Foot High.
3-Feet ApaRt.

... I got down and heard the Officer Say Report
.. to the hold Area.
.. I Started hidding towards the door.
.. I walked About 33 feet.
.. And feel And Officer Crab me.
.. And through his arm Around my Neck.
.. While the other Officer Crab my Arm
.. And started handcuffing me.
.. Officer got one handcuff On.
.. Lt Robert may crip began getting tighter
.. I stoped walking AND said I was going
.. to the holding Area.
.. Officer Lt Robert May said Its Not that easy.
.. And started Chokeing me.
.. I tryed to turn but the choke hold was to tight
.. me And officer Lt May start falling to the Floor
.. Lt Kuneman sprayed me Direcetly In my face.
.. I put my face to the Floor.
.. Lt Robert may hands were Around my Neck.
.. And one trapped under my Boby.

Counsoler Mrs Williams Enter the Pod.
I could Faintly see her.
I held my hands out to her with the one
hand cuff Attached
She began to Pull my arm
trying to pull me out
She Dragged me across L-t Robert left hand
that was trapped Under my Body.
It was to Know Avail
I started to pass out lose Consciousness.
Counselor Mrs williams lift my arm It Fell to the Floor
Counselor Mrs williams again lift my arm It Fill to
the Floor.
I could Faintly see another Officer enter
the Pod
Officer Flint
L-t Robert May look at him And Release his
Choke hold
I was then able to get my hands behind me.
Officer Flint got down handcuff my other Arm
Pick me up off the Floor.
Start takeing me off the Pod.
Office L-t Kuneman tryed to assisted him
Officer took me to the holding Cell.
I have Know Ideal how L-t Kuneman
got hurt.

Dear Mr. Bailey.

CR. A. No., 0503018674

I'm writing to you in regards to his witnesses I would request you summon to court, or subpeana the

1.) Doreen Williams, a probation officer who works with in the Central Violation of Probation Center.

Mrs. Williams, Exhibit proves proof that I've been charged with to many counts of assault, as shown on pages 3 of 5 and 2 of 5, of the Violation Report #22667

In the report, the officer Williams, states: officers that attempted to get him off his bed, causing injuries to at least two officers, — — ( And I was clearly charged with three ). —

2.) Officer Flent, a Correctional officer with in the Central Violation of Probation Center, located at 875 Smyrna Landing Rd, Smyrna, Del 19977, Both officers where eye-witnesses to the account

Truely your!

x James E Bass Jr

S.B.I.# 00167506

Date; _____

C.C.

10431



CVCP Central Violation of Probation Center
875 Smyrna Landing Road
SMYRNA, DE 19977
Phone No. 302-659-6100

## ADMINISTRATIVE WARRANT - Standard

Warrant Date: 03/22/2005

**RE:** Ross, James E J                **SBI#:** 00167506      **R/S:** B / M      **DOB:** /1963

**Judge/Court :** The Honorable WILLIAM L WITHAM / Kent County Superior Court

**Charge(s)** : 0303007243 - VK0303103701 - VIOL O/PROBATN

The above named offender is under Level IV supervision by the Department of Correction and is alleged to be in violation of their conditions of supervision.

I, **Records, Mike**                ,a Probation/Parole Officer of the Department of Correction, do hereby deputize any Sheriff, Constable, or Peace Officer of the State of Delaware to arrest and detain:

**Ross, James E J**                     ,persuant to 11 Del. Code, 4334(b) and/or 4352(a).

**Warrant Comments:** The offender was at CVOP since 3/2/05 awaiting placement at a Work Release bed. The sentence effective date was 3/2/05.

In addition to the admin warrant, new charges are being considered on this offender at this time.

**IT IS ALLEGED THAT THE FOLLOWING CONDITION(S) OF SUPERVISION HAS (HAVE) BEEN VIOLATED:**

**Condition # :** VC3   You Must Abide By All The Rules And Regulations Of The County Community Correction Center And/Or The Residential Treatment Program As Described In The Orientation Manual.
On 3/22/05, this offender was to stand for the 1100 headcount before chow began. He refused several orders to get off his bed and stand. He then fought with officers that attempted to get him off his bed, causing injury to at least two officers. This is disorderly/assaultive behavior that goes against the rules of this facility.

**A VOP HAS BEEN SUBMITTED REQUESTING A CAPIAS BE ISSUED . (Circle One) YES     NO**
Administrative Warrant must be faxed to the sentencing judge and the Pre-Sentence office upon arrest.

SIGNED: _____                DATE: 3/22/05
Records, Mike

---

LEVEL 4          BAIL AUTHORIZATION

HOLD WITHOUT BAIL UNTIL THE VIOLATION HEARING ON : April 8, 2005, @ 9 AM

SO ORDERED: _____                DATE: 3-24-2005



OC: PROTHONOTARY
XC: PROBATION & PAROLE-FAX
DOC-FAX

NC.873    C02

Report #
22771



CVOP Central Violation of Probation Center
875 Symrna Landing Road
SMYRNA DE, 19977
Phone#: 302-659-6100

**EXHIBIT B**

Date: 03/29/2005

IN RE: Ross, James E J                     SBI #: 00167506                     DATE: 03/29/2005

Case/Charge(S): 0303007243 - IK03031037 - ATT> PWITD

## NATURE AND CIRCUMSTANCES OF VIOLATION

It has been alleged that the following conditions of supervision have been violated :

[X]    **VC1**    You Shall Not Commit And/Or Be Convicted Of Any Criminal Offense During The Supervision Period. This includes the charges of Escape After Conviction, Escape 3rd and Motor Vechicle offenses

## Comments:

**VC1**    On 3/22/05, Offender James Ross was instructed to stand for the 1100 hrs. headccunt before chow was to begin, he refused several orders to get off his bed and stand. He then fought with Officers that attempted to get him off his bed, causing injury to at least two Officers.

This is deemed as Disorderly/Assaultive Behavior that goes directly against the rules of this facility.

*******ADDENDUM**********

On 3/26/05, Offender James Ross was arrested and charged with 3 counts of Assault in a Detention Facility-Injury to Another.
These charges are pending.

REFER TO VOP REPORT # 22667 FAXED TO SCKC ON 3/24/05.  A VOP HEARING IS SCHEDULED FOR 4/8/05 AT 9AM BEFORE JUDGE WILLIAM L. WITHAM.

Approved

Supervisor

PROBATIONARY
COUNT MENT

Williams, Doreen M
Probation/Parole officer
RECEIVED

Report #
22667



Date: 03/24/2005

DEPARTMENT OF CORRECTION
BUREAU OF COMMUNITY CORRECTION
CVOP Central Violation of Probation Center
875 Symrna Landing Road
SMYRNA DE, 19977
Phone#: 302-659-6100

VIOLATION REPORT – LEVEL - IV
CASELOAD TYPE - 5 -Hold for Plummer

To : Honorable  WILLIAM L WITHAM J
Kent County Superior Court

IN RE: ROSS, JAMES E J                    SBI#: 00167506

RACE: Black                SEX: Male      DATE: 03/23/2005

DOB : __  1963

| | | | |
|---|---|---|---|
| CASE TYPE : Detentioner | | SENTENCING DATE : | 02/18/2005 |
| JUDGE/COURT : Honorable WILLIAM L WITHAM J | | MAXIMUM EXPIRATION DATE : | 02/07/2006 |
| | Kent County Superior Court | PAROLE RELEASE DATE : | N/A |
| FINE : N/A | | IMPRISONMENT EFFECTIVE : | 02/08/2005 |
| COSTS : N/A | | PROBATION EFFECTIVE DATE : | |
| VCF : N/A | | IMPRISONMENT IMPOSED : | 4 Yr(s) |
| RESTITUTION : N/A | | IMPRISONMENT SUSPENDED : | 4 Yr(s) |
| DRUG EDUCATION FUND: N/A | | PROBATION IMPOSED : | N/A |

CHARGE(S): 0303007243-VK0303103701 - Viol O/Probatn

SPECIAL CONDITIONS:                    CONDITION COMMENTS:

ADDRESS    :344 W-WING DR, DOVER DE- 19901
EMPLOYMENT N/A
SERVICE REQUESTED YES    TYPE: Summons

Submitted by: _____
                        Williams, Doreen M
                        (Probation/Parole Officer)

NO. 854   533

IN RE   : Ross, James E J                    SBI # : 00167506              DATE : 03/23/2005

CHARGE(S): 0303007343-VK0303103701 - Viol O/Probatn

## EXHIBIT B

It has been alleged that the following conditions of supervision have been violated:

**VC3**    **You Must Abide By All The Rules And Regulations Of The County Community Correction Center And/Or The Residential Treatment Program As Described In The Orientation Manual.**

On 3/22/05, Offender James Ross was instructed to stand for the 1100 hrs headcount before chow began. He refused several orders to get off his bed and stand. He then fought with Officers that attempted to get him off his bed, causing injury to at least two officers.

This is deemed as Disorderly/Assaultive behavior that goes directly against the rules of this facility.

This report has been reviewed and approved by
Records, Mike   on 03/24/2005.

Approved                    Records, Mike                        Williams, Doreen M
                              Supervisor                        Probation/Parole officer

No. 854    D24

IN RE    : Ross, James E J                    SBI # : 00167506          DATE : 03/23/2005

CHARGE(S): 0303007243-VK0303103701 - Viol O/Probatn

## HISTORY OF SUPERVISION / VIOLATION SUMMARY

Your Honor, Mr. Ross was before the court on 2/18/05 for a Violation of probation hearing. He was found in violation on the instant offense of Attempted PWITD NSII (F). He was sentenced to 4 years level 5 suspended for 1 year at level 4 Work Release. Hold at level 5.

Mr. Ross arrived at CVOP on 3/2/05 to await placement at level 4 Work Release.

On 3/22/05, Mr. Ross was instructed to stand for the 1100 hrs. headcount before chow began. He refused several orders to get off his bed and stand. Back-up was called and he then fought with Officers that attempted to get him off his bed, causing injury to at least two officers. Cap-Stun was used in an attempt to regain control of the situation, but it seemed to have no adverse affect on Mr. Ross.
Eventually, Mr. Ross was escorted to a holding cell.

Members of the Department's CERT Team were called to transport Mr. Ross to DCC for security reasons and to await a VOP hearing.

Mr. Ross has a very extensive criminal history that consists of 58 arrests for 119 charges. Of the 101 criminal charges, the more serious ones include: Resisting Arrest(1/05; 3/01; 4/85;); Poss. of Drug Para.(3/01); Poss. of a Narc. SCH II CS (7/99); Conspiracy 2nd(6/98); Assault 2nd (6/98); Assault 3rd(3/97); Robbery 2nd (12/92); Offensive Touching (9/88; 1/87); Shoplifting (3/92, 7/89, 10/88, 12/87, 1/87, 10/84)

Mr. Ross has been classified as a Career Criminal Candidate. There are also 6 different VOP's on file, which may imply that there is an issue of authoritive problems.

There is a balance of $1,871.00 on this case which is included in the total owed to SCKC of $5,743.80
There is also a balance of $448.00 owed to CCPKC and $75.00 to JP# 7.

## RECOMMENDATION

If found in Violation, it is recommended that the sentence be revoked and he be sentenced to serve a term 4 years Level 5 suspended after 1 year for 3 years at Level 4 Work Release, suspended after 1 year for 18 months Level 3 probation.

This report has been reviewed and approved by
Records, Mike   on 03/24/2005.

Supervisor:              Records, Mike              Officer:         Williams, Doreen M

No. 554          525

## SERVICE REQUEST

IN THE          Kent County Superior Court          COURT OF THE STATE OF DELAWARE

OFFENDER: ROSS, JAMES E J                                     SBI#: 00167506

CHARGE(S): 0303007243-VK0303103701 - Viol O/Probatn

It is alleged that Ross, James E J has violated the following conditions of supervison :

☒ VC3     You Must Abide By All The Rules And Regulations Of The County Community Correction Center And/Or The Residential
          Treatment Program As Described In The Orientation Manual.

Identifying information Is attached as Exhibit A. The facts of the alleged Violation are attached as Exhibit B

Service Requested: YES    Type: Summons

Address: DCC Delaware Correctional Center, Smyrna Landing Road, SMYRNA, DE-19977

Bail Amount:                          Type : NO BAIL

Williams, Doreen M          03/24/2005

Probation/Parole officer

### SO ORDERED

Honorable  WILLIAM L WITHAM J                          03/24/2005

Capias return: ___  _____          (Forthwith or specified time)

Ball Amount: ___  .  _____     Secured  . . _____  Cash only _____  Unsecured _____

Original: Prothonotary

Copy   : Probation/Parole Officer

## EXHIBIT A

The following information is furnished with respect to the subject for whom a capias or warrant is requested.

| NAME: ROSS, JAMES E J | | | | SBI#: 00167506 | |
|---|---|---|---|---|---|

OFFENSES: Viol O/Probatn (M)
CAUTION CODE: NO    Reasons if YES: N/A

| RACE: BLACK | | SEX: Male | HEIGHT: 5'09" | WEIGHT: 165 LBS |
|---|---|---|---|---|
| EYES: Unknown | HAIR: Unknown | | SKIN : | |
| FBI : | SOC : | FPC : N/A | | DOB . __ 1/1963 |

ADDRESS : 344 W-Wing Dr Dover DE 19901

| OLN : 0069907 | OLS : DE | VYR : |
|---|---|---|
| VMS : N/A | OLY : | VMO : N/A |

SMT: Scar Eyebrow, Right Area

| | | |
|---|---|---|
| Scar Head | Scar Back | Scar Arm, Right |
| Scar Thigh, Right | Scar Eyebrow, Left Area | Scar Chest |
| Scar Arm, Right | Scar Eyebrow, Right Area | Scar Back |
| Scar Chest | Scar Head | Scar Eyebrow, Left Area |
| Scar Back | Scar Thigh, Right | Scar Eyebrow, Right Area |
| Scar Eyebrow, Left Area | Scar Arm, Right | Scar Head |
| Scar Eyebrow, Right Area | Scar Chest | Scar Thigh, Right |
| Scar Head | Scar Back | Scar Arm, Right |
| Scar Thigh, Right | Scar Eyebrow, Left Area | Scar Chest |
| Scar Arm, Right | Scar Eyebrow, Right Area | Scar Back |
| Scar Chest | Scar Head | Scar Eyebrow, Left Area |
| | Scar Thigh, Right | |

### ALIAS INFORMATION

NAME:  Ross, James E J (Alias)          Rossbey, James E (Alias)
       Ross, Jerome  (Alias)            Ross, James E (Alias)

DOB :    /1963      /1967

SOC :

If additional information is needed for apprehension of this probationer/parolee,
Please contact the undersigned officer at :

**Probation/Parole Office**
CVOP Central Violation of Probation Center
875 Symrna Landing Road
SMYRNA DE, 19977
Phone#: 302-659-6100

Williams, Doreen M
**Probation/Parole Officer**
**Bureau of Community Corrections**

Adult Complaint and Warrant
## In the Justice of the Peace Court
In and for the
## State of Delaware

### State of Delaware vs. **JAMES E ROSS**

I, LT. BRAMBLE (20000) of CVOP CENTRAL VIOLATION OF PROBATION CTR, do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the laws of the State of Delaware by committing criminal acts in **New Castle** county on or about the date, or dates, and at or about the location, or locations, as indicated in Exhibit A hereto attached and made a part hereof.

Wherefore, your affiant prays that the above-named accused may be forthwith approached and held to answer this complaint consisting of **3** charges, and to be further dealt with as the law directs.



X_____
Affiant

Sworn to and/subscribed to before me this 26th day of March AD, 2005.

Judge/Commissioner/Court Official

(To be completed by the Judge/Commissioner/Court Official)

A. _____ The crime was committed by a child.
B. _____ A misdemeanor was committed against a child.
C. _____ A misdemeanor was committed by one family member against another family member.
D. _____ Other: Explain

Warrant

To any constable or other authorized person:

Whereas, the foregoing complaint consisting of **3** charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take **JAMES E ROSS** accused, and bring same before

### **Justice of the Peace Court 11, FORTHWITH, to answer said charges.**

GIVEN UNDER MY HAND, this 26th day of March AD, 2005.

_____
Judge/Commissioner/Court Official

Executed on _____ by _____
Case Number: **05 03 018674**   Warrant Number: 68 05 000357

State of Delaware vs. **JAMES E ROSS**Case: **05 03 018674**

## Exhibit A

Charge Sequence: 1                    Police Complaint Number: 68 05 000002    Arrest Number: _____ ___
Charge: Assault in a Detention Facility-Injury to Another In Violation of 11 Del.C. § 1254 000A F D
Location: 875  Smyrna Landing RD Central Violation of Probation Unit, Smyrna  19977 1 S PADDOCK RD HOUSING POD
6

TO WIT: JAMES E ROSS, J, on or about the 22nd day of MARCH, 2005, in the County of NEW CASTLE, State of Delaware,
did being a person confined in a detention facility cause physical injury to DONALD J KUNEMAN.


Charge Sequence: 2                    Police Complaint Number: 68 05 000002    Arrest Number: _____
Charge: Assault in a Detention Facility-Injury to Another In Violation of 11 Del.C. § 1254 000A F D
Location: 875  Smyrna Landing RD Central Violation of Probation Unit, Smyrna  19977 1 S PADDOCK RD HOUSING POD
6

TO WIT: JAMES E ROSS, J, on or about the 22nd day of MARCH, 2005, in the County of NEW CASTLE, State of Delaware,
did being a person confined in a detention facility cause physical injury to ARMOND  DIVIRGILIS.


Charge Sequence: 3                    Police Complaint Number: 68 05 000002    Arrest Number: _____
Charge: Assault in a Detention Facility-Injury to Another In Violation of 11 Del.C. § 1254 000A F D
Location: 875  Smyrna Landing RD Central Violation of Probation Unit, Smyrna  19977 1 S PADDOCK RD HOUSING POD
6

TO WIT: JAMES E ROSS, J, on or about the 22nd day of MARCH, 2005, in the County of NEW CASTLE, State of Delaware,
did being a person confined in a detention facility cause physical injury to ROBERT L MAY.

State of Delaware vs. **JAMES E ROSS**Case: 05 03 018674

# Exhibit B

SBI Number: **00167506**                                        Also Known As:
Date of Birth/Age:          **, 1963 /41**          Sex: **Male**                                        Race: **Black**
Eye Color: **Brown**              Hair Color: **Black**              Height: **5'9"**              Weight: **165 lbs**
Driver's License: **DE - 0069907**                              Social Security Number: :

Address:  **875  Smyrna Landing RD**              Next of Kin, Address, Employer
          **Central Violation of Probation**       **SHIRLEY S  WEEKS**
          **Smyrna, DE 19977**                     **41  FORREST CRK**
Phone:                                             **DOVER, DE 199040000**
                                                   **(302) 734-8873**

Employer:

Date and Times of Offense: **03/22/2005 at 1113**
Location of Offense: **875  Smyrna Landing RD Central Violation of Probation Unit, Smyrna  19977 1 S PADDOCK RD HOUSING POD 6**

Your affiant LT. BRAMBLE can truly state that: 1.) I am a Lieutenant with the Delaware Department of Correction at the Central Violation of Probation Unit and have been employed by the Department of Correction for 17 years and 2 months. 2.)On 03/02/2005, Offender James Ross (DOB 09/14/1963 SBI#00167506) was housed on pod 6 at the Central Violation of Probation Unit at 875 Smyrna Landing Road, Smyrna, DE. 3.)On this date at approximately 1100 hrs., Offender James Ross became non-compliant with Central Violation of Probation Unit housing rules by refusing to stand up for count. 4.)Offender James Ross remained laying on his bed while the 1100 hrs headcount was being conducted and was issued a program violation for his actions.
5.)At approximately 1113 hrs., Offender James Ross again became non-compliant with Central Violation of Probation Unit housing rules by refusing to go to the chow hall with the rest of pod 6. 6.)Back up was called for by Correctional Officer Stephen Wagner and the following Officers responded, Staff Lieutenant Robert May, Lieutenant Donald Kuneman, and Sergeant Armond Divirgilis. Offender James Ross was given verbal orders to comply with housing rules and when he refused was ordered to go to a holding cell, Offender James Ross ceased being a passive resistor and became an active resistor by moving away from staff and assuming an aggressive posture toward staff. 7.)Offender James Ross was capstunned by Lieutenant Kuneman which had no effect on Offender Ross. Offender Ross then became combative with staff and refusing to comply with directives. While being combative with staff, Offender Ross was capstunned a second time and again without results. 8.)Offender Ross was taken to the ground in an attempt to subdue him. During the struggle, Offender Ross attempted to break the left middle and left ring fingers of Staff Lieutenant Robert May. 9.)The following Officers sustained injuries during the struggle to subdue and handcuff Offender James Ross. Staff Lieutenant Robert May received injuries to both the left ring and middle fingers, abrasions to the left hand and to both wrists. Lieutenant Donald Kuneman received abrasions to the right arm. Sergeant Armond Divirgilis received abrasions and a contusion to the left cheek, bruising behind the left eye, and chemical burns as a result of the OC (capstun) spray.

Affiant: LT. BRAMBLE (20000) of CVOP CENTRAL VIOLATION OF PROBATION CTR
Victims:                          Date of Birth                  Relationship Victim to Defendant
ROBERT L MAY                                                     Otherwise Known
ARMOND DIVIRGILIS                                               Otherwise Known
DONALD J KUNEMAN                                                Otherwise Known

---
Affiant

Sworn and subscribed before me this 26th day of March AD, 2005

---
Judge/Commissioner/Court Official

State of Delaware vs. **JAMES E ROSS**Case: **05 03 018674**

_____  _____
Affiant
Sworn and subscribed before me this 26th day of March AD, 2005

_____  _____
Judge/Commissioner/Court Official

my case All my Assault                    Oct 4. 2005

CASE # 5097013822  Date 7-26-97

CASE # 5097013837
            Same CASE Different #
case # 5097013822
CASE # 5096022830
CASE # 50960222829
CASE # 5096013303  Assault ThiRD DisP= GLTY
                                DisP = 03/06/97

    you have :

felony 1.) first degree assault = reduced to 2nd degree -
        - (509 701 3822 / 6-29-98
    2.) third degree assault = guilty with "no" condi-
Misdemeanor tion, you may want to ask your lawye
        about this charge - (509 601 3303 / 3/6/97
felony 3.) Conspiracy 2nd degree: - I dont see any
        where that you have been found guilty of a
        conspiracy. and it has the same date as 6-29-9
felony 4.) Robbery 2nd degree.

THIS IS THE CHARGE RECORD OF:
      JAMES       E ROSS            J        DOB      /1963 SBI # 00167506

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| | | | | VIOL O/PROBATN DISP=VF DISP=07/25/03 |
| ( DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013822 ASSAULT FIRST DEGREE INTENTIONAL RECKLESS SERIOUS INJURY DURING COMMISSION FEL | REDUCED TO: ASSAULT 2ND DISP=PGLI DISP=06/29/98 SENT=06/29/98 CONF:3Y SUSP AFT:1Y CONCURRENT VIOL O/PROBATN DISP=VF DISP=04/30/99 SENT=04/30/99 CONF:3Y SUSP AFT:2Y CREDIT DAYS: 30 CONCURRENT |
| ɔ DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013822 OFFENSIVE TOUCHING | DISP=NOLP29 DISP=06/29/98 |
| ) DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013822 BURGLARY SECOND DEGREE DWELLING | DISP=NOLP29 DISP=06/29/98 |
| ɔ DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013822 CRIMINAL MISCHIEF UNDER $1000 DAMAGE PROPERTY | DISP=NOLP29 DISP=06/29/98 |
| ɔ DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013822 BURGLARY SECOND DEGREE DWELLING | DISP=NOLP29 DISP=06/29/98 |
| ) DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013822 BURGLARY SECOND DEGREE | DISP=NOLP29 DISP=06/29/98 |

THIS IS THE CHARGE RECORD OF:
    JAMES        E ROSS            J        DOB        /1963 SBI # 00167506

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| | | | DWELLING | |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013822 ASSAULT FIRST DEGREE INTENTIONAL SERIOUS INJURY WEAPON DANGEROUS INSTRUMENT | DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 CONSPIRACY SECOND DEGREE AGREEMENT TO ENGAGE | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 ASSAULT SECOND DEGREE RECKLESSLY OR INTENTIONALLY CAUSES PHYS INJ WEAPON | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 OFFENSIVE TOUCHING | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 BURGLARY SECOND DEGREE DWELLING | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER | JAMES E ROSS J ATTORNEY: VELLA | 07/26/97 07/26/97 | 5097013822 CRIMINAL | DISP=BOPC DISP=08/08/97 |

THIS IS THE CHARGE RECORD OF:
      JAMES        E ROSS              J       DOB       /1963 SBI # 00167506

| Arr. Agy./<br>AG Case # | Name (inc Alias)/<br>Attorney | DOA/<br>DOO | Complaint #/<br>Charge | Disposition |
|---|---|---|---|---|
| KC97000789 | ANDREW JOHN | | MISCHIEF<br>UNDER $1000<br>DAMAGE<br>PROPERTY | DISP=NOLP29<br>DISP=06/29/98 |
| DOVER PD<br>DOVER<br>KC97000789 | JAMES E ROSS J<br>ATTORNEY: VELLA<br>ANDREW JOHN | 07/26/97<br>07/26/97 | 5097013822<br>CRIMINAL<br>TRESPASS<br>SECOND DEGREE | DISP=BOPC<br>DISP=08/08/97<br>DISP=NOLP29<br>DISP=06/29/98 |
| DEPT. OF<br>JUSTICE KENT<br>DOVER<br>KC97000132 | JAMES E ROSS J<br>ATTORNEY: WELCH<br>STEPHEN R JR | 02/11/97<br>11/13/96 | 5096022830<br>DELIVERY OF A<br>NARCOTIC<br>SCHEDULE II<br>CONTROLLED<br>SUBSTANCE | DISP=NOLP27<br>DISP=07/17/97 |
| DEPT. OF<br>JUSTICE KENT<br>DOVER<br>KC97000132 | JAMES E ROSS J<br>ATTORNEY: WELCH<br>STEPHEN R JR | 02/11/97<br>11/13/96 | 5096022829<br>DELIVERY OF A<br>NARCOTIC<br>SCHEDULE II<br>CONTROLLED<br>SUBSTANCE | |
| DOVER PD<br>DOVER | JAMES E ROSS J<br>ATTORNEY: NONE | 07/29/96<br>07/29/96 | 5096013303<br>ASSAULT THIRD<br>DEGREE<br>INTENTIONALLY<br>RECKLESSLY<br>CAUSE<br>PHYSICAL<br>INJURY | DISP=GLTY<br>DISP=03/06/97 |
| DOVER PD<br>DOVER<br>KC92000702 | JAMES E ROSS J<br>ATTORNEY: APOSTOLIC<br>JAMES V | 07/15/92<br>06/06/92 | 5092011195<br>CONSPIRACY<br>SECOND DEGREE<br>AGREEMENT TO<br>ENGAGE | DISP=NOLP02<br>DISP=09/01/92 |
| DOVER PD<br>DOVER<br>KC92000702 | JAMES E ROSS J<br>ATTORNEY: APOSTOLIC<br>JAMES V | 07/15/92<br>06/06/92 | 5092011195<br>DELIVERY OF A<br>NARCOTIC<br>SCHEDULE II<br>CONTROLLED . | DISP=NOLP02<br>DISP=09/01/92 |

THIS IS THE CHARGE RECORD OF:
    JAMES        E ROSS           J        DOB      /1963 SBI # 00167506

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| | | | PROBATION | SENT=06/02/94 CONCURRENT |
| Wilmington P Wilmington | JAMES E ROSS J ATTORNEY: NONE | 08/15/89 | 3089052077 CONSPIRACY SECOND DEGREE | DISP=NOLP29 DISP=07/27/90 |
| Wilmington P Wilmington | JAMES E ROSS J ATTORNEY: NONE | 08/15/89 | 3089052077 ROBBERY SECOND DEGREE | DISP=GLTY DISP=12/01/92 SENT=07/27/90 PC/REST/EVAL SUB ABUS/DIR COUNSLNG, TEST/TREAT/ASSG N  JOB TRAIN/NO DRUGS/ALCHL/OBT N GED/DRUG TESTING |
| DOVER PD DOVER | JAMES E ROSS J ATTORNEY: NONE | 04/19/89 04/19/89 | 5089004919 SHOPLIFTING UNDER $500 | DISP=PG DISP=07/06/89 SENT=07/06/89 CONF:1Y IMP. BEGINS 7/06/89. CREDIT FOR TWO DAYS. |
| TROOP 3 STAT POLICE WOODSIDE | JAMES E ROSS J ATTORNEY: NONE | 04/16/89 04/16/89 | SPD77795 50MPH ON 2 LANE ROADWAYS | DISP=GLTY DISP=05/31/89 SENT=05/31/89 FINE:$49.00 VCF:$7.35 CC:$15.00 SUSP:$15.00 |
| TROOP 3 STAT POLICE WOODSIDE | JAMES E ROSS J ATTORNEY: NONE | 04/16/89 04/16/89 | SPD77796 DRIVE WHILE LICENSE HAS EXPIRED | DISP=GLTY DISP=05/31/89 SENT=05/31/89 FINE:$25.00 SUSP:$25.00 VCF:$3.75 CC:$15.00 SUSP:$15.00 |
| DOVER PD | JAMES E ROSS J | 02/28/89 | DV92255 | DISP=NOLP29 |



PUBLIC DEFENDER OF THE STATE OF DELAWARE
ELBERT N. CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. BOX 8911
WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

BRIAN J. BARTLEY
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5135

June 21, 2005

Richard J. Zemble
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801

    RE:  State of Delaware v. James E. Ross
           ID No. 0503018674

Dear Mr. Zemble:

        Please provide me with a copy of any and all medical records
for any treatment provided to any of the three victims for injuries
allegedly caused by the Defendant in the indicted assaults.

Very truly yours,

Brian J. Bartley
Assistant Public Defender

BJB/ef
Cc: Mr. James E. Ross

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE     :
            :
   V.        :  ID NO. 0503018674
            :

JAMES E ROSS,
   DEFENDANT

## ORDER SCHEDULING TRIAL

IT IS HEREBY ORDERED THIS 20TH DAY OF JUNE, 2005, THAT:

1) TRIAL IS SCHEDULED FOR Tuesday, 10/18/2005.
  NO CONTINUANCE WILL BE GRANTED ABSENT EXCEPTIONAL
  CIRCUMSTANCES. COUNSEL AND DEFENDANT MUST ATTEND THE
  CALENDAR CALL ON THE DAY OF TRIAL AT 9:00 A.M. UNLESS
  PREVIOUSLY EXCUSED BY THE CRIMINAL ASSIGNMENT JUDGE.

2) THIS MATTER IS A CATEGORY #2 CASE. COPIES OF ANY
  MOTIONS AND/OR CORRESPONDENCE REGARDING THIS CASE
  SHALL BE DIRECTED TO THE CRIMINAL ASSIGNMENT JUDGE.

3) COUNSEL MUST IMMEDIATELY TAKE ALL STEPS TO NOTIFY
  WITNESSES AND DEFENDANT OF THE TRIAL DATE. THERE
  WILL BE NO FURTHER SPECIAL NOTIFICATION FROM THE COURT
  UNLESS THE COURT (ATTN: ELIZABETH BRENHOCH) IS ADVISED IN
  WRITING WITHIN TWO WEEKS OF THE DATE OF THIS ORDER OF
  THE UNAVAILABILITY OF WITNESSES OR ANY OTHER VALID
  PROBLEMS, THE ABOVE TRIAL DATE WILL REMAIN FIRM.

4) COUNSEL SHALL ATTEND THE TRIAL CALENDAR CALL AT 9:15
  A.M. ON THE THURSDAY BEFORE THE TRIAL DATE UNLESS
  EXCUSED BY THE CRIMINAL ASSIGNMENT JUDGE.

JUDGE CALVIN L. SCOTT

OC: PROTHONOTARY
CC: RICHARD J ZEMBLE , DEPUTY ATTORNEY GENERAL
  BRIAN J BARTLEY  , ESQ.

Discovery order by 9/15/04, including
medical records

In the Superior Court of the State of Delaware
In and For New Castle County

State of Delaware        :        Case No. 0503018674

        V.                       :

James E. Ross Jr         :

## Certificate of Service

I certify, that I have caused that on this
day of May 10- -2005 to Copys of the attached
Notice Rule (16 b) For Review to be served
upon the Following address Indicated, by
United States Mail, Postage pre paid on:


Attorney General's office
Department of Justice
Carvel State office Building
820 N French Street
Wilmington, De 19801

In the Superior Court of the State of Delaware
In and for New Castle County

James E Ross Jr
V
State of Delaware

Case 0503018674
0303007243

Notice Rule 35 Correction of Illegal Senten
here In For the reduction of Sentence.

To Attorney Generals office
Department of Justice
Carvel State office Building
820 N French Street
Wilmington, De 19801

Please Take Notice that the Attached
Motion to Correct Sentence will be
Presented to the Court At the Courts
Convenience.

Brian Bartly
Assistant Public Defen
James E Ross Jr
Date 12-9-05

The Following documents OR Attach.

In the Superior Court i the State of Delaware,
In and For _____ County

James E Ross Jr
        V
    State of Delaware

Case # 0503018674

Notice of rule 35 Correction of Illegal Sentence
here In For the reduction of Sentence.

To Attorney General's Office
Department of Justice
Gu water Street
Dover, De 19904

Please Take Notice that the attached Notice
to Correct Sentence. Will be presented to the
Court at the Courts Convenience.

Assistant Public De
James E Ross Jr

Date 12-  - 2005

The Following document or attach.
Ex Hibit

①

In the Superior Court of the State of Delaware
In and For _____ County

James E Ross Jr                    # 0303007243
        V.                  CASE VK 0303103701
State of Delaware           Viol O/Probatn


        Rule 35, Correction of Illegal Sentence,
herein For the reduction of sentence,


    Dear Counsel:


A.              Pursuant to Superier Rule 35.
    Correction or Reduction of Sentence. on
    Nov 1, 2005, I defendant James Ross Jr was
    before Judge Mary Johnston, found defendant
    In Violation, and was sentence Nov 1, 2005,

B. SEE Status Sheet Exhibit A, as to VN03-03-1
   VOP = PWITD SENTENCED to 4 years Level-5.
   Suspended For 1-year Level 4 Home confinemer
C. The Report was not Present at the hearing.
   The Report Ms Williams, wrote the report
   But wasn't there at 11:00 hrs, the grounds on
   witch the Violation stands, Failure to Stand
   For Count, because of Illness Medical Issue
D. Medical Issue such as standing For Count
   or excuse by Unit Officer, Officer Wagner

②

D. OFFiceR Wagner. Stephen Wagner, He was
to Issued a program violation. FoR Failure
to Stand FoR Count. OFFiceR Stephen Wagner
oR RepoRteR Mrs William didn't Appear FoR
Nov 1, 2005 Violation heaRiNg.

E. I defandant was NeveR Issue A writE-
up FoR failure to stand FoR Count, witch
is A rule Violation, Not A program Violatio
I was only awiating space FoR WoRK
RElease program, was my last SentEnce
oRder, Voilation of Probation 2-18-05
by Judge William L Witham / Kent County
SupeRioR Court. CRigenaL Judge. My CRigenaL
SentEnceing Judge.

F. Not my trial Judge HonoRable MaRy Johnston
Who deny defendant his Right to Jurisdiction
My trial was held I Jurisdiction New Castle
County witch Defendant was Found to be
INNTcENT of all Charges.

G. Defendant Rights was Violated of the Constitution
And laws of this State. that the Court Im-
posing such sentence was with out
Jurisdiction to do so, or that such Sentence
was IN excess of the maximum sentence
authoRized by law or is otherwise subject
to collateral attack, may File A Motion. at any tin

③

which Inposed such sentence to Vacate,
set aside, or correct the same.
H. The Judge was rendered with out Jurisdiction
or that the sentence Imposed was Illegal
or other wise subject to collateral Attack, or
that there was such a denial or Infringemen
of the constitutional Rights of defendant
as to render the Judgement subject to collater
enal Attack, the Court Shall Vacate and set
aside the Judgement And shall discharge the
defendant or re-sentence him or grant A new
trial or correct the Sentence as may Appear
Appropriate.

The Court need not entertain a second
Motion or ** 773 successive motions For
smimilar relief on behalf of the Same
Defendant.

Date 12- -2005
James E Ross Jr.

_____

In the Superior Court of the State of Delaware
In and For _____ County.

James E. Ross Jr                    #0503018604
V.                                  Case 0303007243
State of Delaware                   0303007243

Certificate of Service

I certify that I have caused that on this _____
day of Dec, 2005, two copies of the Attached
Notice of Motion for Correction of Sentence
to be served upon the Following address
Indicated, by United States Mail, postage
prepaid on:

Attorney General's Office. Office of Public Def..
Department of Justice   511 Maple Parkw..
162 W. Water Street    Dover, De 19901
Dover, De 19904

                                Assistant Public Defenc..
                                James E Ross Jr
                    Date _____

In the Superior Court of the State of Delaware
In and For _____ County

James E Ross Jr                    0503015624
     V                         SWE 0303007243
State of Delaware

Certificate of Service

I certify that I have caused that on this _____
day of Dec, 2005 two Copies of the Attached
Notice of Motion for Correction of Sentence
to be Served upon the following address
Indicated, by United States Mail, postage
Prepaid on:

Attorney General's office
Department of Justice
820 N French Street
Wilmington, Delaware
              19801

                          Assistant Public Defense
                          James E Ross Jr
              Date

In the Superior Court of the State of Delaware
In and For _____ County

James E. Ross Jr.                    050301 S674
        V                Case 0303007243
State of Delaware

## ORDER

Haveing Heard and considered the Defendants
Motion for Correction of Sentence, IT
Is Here by ordered that this matter will
be set down for a hearing on _____
2005 at ___ :__ .m.
        It is Ordered on this ___ day of ___
___ 2005.

_____
                    Judge

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

State of Delaware          :     Case No. 0303007243
                                :

James E. Ross, Jr.              :

## O R D E R

**HAVING HEARD** and considered the Defendant's Motion for Review of Sentence, IT

IS HEREBY ordered that this matter will be set down for a hearing on _____, 2005 at

_____ :00 ___ .m.

**IT IS ORDERED** on this ___ day of _____, 2005.


_____
JUDGE

ExHabit D



Legal Mail

IM= James E Floss Jr
SBI# 00167506 UNIT: SHU/9CL12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Superior Court
office of the Prothonotary
500 N. King Street Suite 500
Wilmington, Delaware
19801-3796

UNITED STATES POSTAGE
02 1P
0002386401    DEC 14 2005
$ 00.60°
PITNEY BOWES
MAILED FROM ZIP CODE 19977

In the Superior Court of the State of Delaware
In And For New Castle County

James E Ross Jr.

V                           CASE # CS03C18674

State of Delaware

## Affidavit

On 3-22-05 I had at that date, only been In
the Facility For three Week 3-2-05 untill 3-22-05.
At Breckfast I eat AND RETURN to my Pod.
I began Feeling sick From that Mournings Breakfast
So I Feeled out a sick call slip.
I was later told by the Nurse.
I wouldn't see the Doctor.
For several Days.
She told me to lie down.
And wait to see If what I eat Pass through me.
I Then Followed the Nurse Instructions
At 11:00 a.m. I was lying on my Bunk.
Which Is Place near the back of the Pod.
When the Pod Officer came around For Count.
The rules Require.
that everyone stand In Front of the Bunks.
I was told by the Nurse to lye down.
Medical Issues Allways over ride houseing rules
such as standing For Count.



At 11:13 a.m. chow was called.
For my houseing Unit.
I was still lyeing down.
OFFiceR saw me still lyeing down
He came over to me.
Told me to get up and go to chow.
I then exsplain to CFFiceR WagneR
That I'm Feeling Very ill
AND I do not wish to go to chow.
OFFiceR called FoR Assistance.
three OFFiceRs InteR the Pod.
OFFiceR Staff L-t Robert MAy.
L-t KuNeMAN.
AND SeRgeNt Amond DiviRgili's.
I tRyed to set-up AND ExsplaiN.
L-t MAy And SeRgent Amond.
CAme oN the siDe oF my BuNk I was Face-in
AND ask, whAt's the PRoblem.
I sat-up IN pain AND stARt ExsplaiNing
Lt Donald KuNemAN CAp-stuN me.
FRom the Foot of the BuNk, weRe He Stood.
I was Shock AND AFRaid so I got down
Because IF L-t Robert MAy And SeRgent Amond
was to pull me, I would hAve SeRiously
been InjuRe. The BuNk oR 5 Foot High.
3-Feet ApaRt.

I got down and heard the officer say report to the hold area.

I started hidding towards the door.

I walked about 33 feet.

And feel and officer crab me.

And through his arm around my Neck.

While the other officer crab my arm and started hand cuffing me.

Officer got one handcuff on.

L-t Robert may crip began getting tighter.

I stoped walking and said I was going to the holding area.

Officer L-t Robert May said Its not that easy.

And started chokeing me.

I tryed to turn but the choke hold was to tight me and officer L-t may start falling to the Floor

L-t Kuneman sprayed me Directly In my face.

I put my Face to the Floor.

L-t Robert may hands were around my Neck.

And one trapped under my Boby.

Counsoler Mrs Williams Enter the Pod.
I could Faintly see her.
I held my hands out to her with the one
hand cuff Attached.
She began to Pull my arm
trying to pull me out
She Dragged me across L-t Robert left hand
that was trapped Under my Body.
It was to Know Avail
I started to pass out lose Consciousness.
Counselor Mrs williams lift my arm It Fell to the Floor
Counselor Mrs williams again lift my arm It Fill to
the Floor.
I could Faintly see another Officer enter
the Pod
Officer Flint
L-t Robert May look at him AND Release his
Choke hold
I was then able to get my hands behind me.
Officer Flint got down handcuff my other ARM
Pick me up off the Floor.
Start takeing me off the Pod.
Office L-t Kuneman tryed to assisted him
Officer took me to the holding cell.
I have Know Ideal how L-t Kuneman
got hurt.

Dear Mr. Bartley.

CR. A. No., 0503018674

I'm writing to you in regards to two witnesses
I would request you summon to court, or subpena the

1.) Doreen Williams, a probation officer who works
with in the Central Violation of Probation Center.
    Mrs. Williams, Exhibit proves proof that
I've been charged with to many counts of assault,
as shown on pages 3 of 5 and 2 of 5, of the
Violation Report #22667
    In the report, the officer Williams, states:
officers that attempted to get him off his bed,
causing injuries to at least two officers. —
— (And I was clearly charged with three). —

2.) Officer Flent, a Correctional officer with in
the Central Violation of Probation Center, located
at 875 Smyrna Landing Rd, Smyrna, Del 19977.
    Both officers where eye-witnesses to the account

Date; _____

Truely your!
x James E. Bass Jr
S.B.I# 00167506

C.C.

10431



CVOP Central Violation of Probation Center
875 Smyrna Landing Road
SMYRNA, DE 19977
Phone No. 302-659-6100

## ADMINISTRATIVE WARRANT - Standard

Warrant Date: 03/22/2005

RE: Ross, James E J    SBI#: 00167606    R/S: B / M    DOB: /1963

Judge/Court : The Honorable WILLIAM L WITHAM / Kent County Superior Court

Charge(s) : 0303007243 - VK0303103701 - VIOL O/PROBATN

The above named offender is under Level IV supervision by the Department of Correction and is alleged to be in violation of their conditions of supervision.

I, Records, Mike , a Probation/Parole Officer of the Department of Correction, do hereby deputize any Sheriff, Constable, or Peace Officer of the State of Delaware to arrest and detain:

Ross, James E J , persuant to 11 Del. Code, 4334(b) and/or 4352(a).

Warrant Comments: The offender was at CVOP since 3/2/05 awaiting placement at a Work Release bed. The sentence effective date was 3/2/05.

In addition to the admin warrant, new charges are being considered on this offender at this time.

IT IS ALLEGED THAT THE FOLLOWING CONDITION(S) OF SUPERVISION HAS (HAVE) BEEN VIOLATED:

Condition # : VC3 You Must Abide By All The Rules And Regulations Of The County Community Correction Center And/Or The Residential Treatment Program As Described In The Orientation Manual.

On 3/22/05, this offender was to stand for the 1100 headcount before chow began. He refused several orders to get him off his bed and stand. He then fought with officers that attempted to get him off his bed, causing injury to at least two officers. This is disorderly/assaultive behavior that goes against the rules of this facility.

A VOP HAS BEEN SUBMITTED REQUESTING A CAPIAS BE ISSUED . (Circle One)  YES    NO
Administrative Warrant must be faxed to the sentencing judge and the Pre-Sentence office upon arrest.

SIGNED: _____    DATE: 3/22/05

Records, Mike

LEVEL 4    BAIL AUTHORIZATION

HOLD WITHOUT BAIL UNTIL THE VIOLATION HEARING ON : April 8, 2005 @ 9 AM

SO ORDERED: _____    DATE: 3-24-2005

OC: PROTHONOTARY
XC: PROBATION & PAROLE-FAX
DOC-FAX

23/29/2225    11:48    CENTRAL V C P 659 6603 → 97396717                                    NO. 973    002
                                                                                           Date: 03/29/2005

Report #
22771



CVOP Central Violation of Probation Center
875 Symrna Landing Road
SMYRNA DE, 19977
Phone#: 302-659-8100

## EXHIBIT B

IN RE: Ross, James E J                                SBI #: 00167506              DATE: 03/29/2005

Case/Charge(S): 0303007243 - IK03031037 - ATT> PWITD

## NATURE AND CIRCUMSTANCES OF VIOLATION

It has been alleged that the following conditions of supervision have been violated :

[X]   VC1      You Shall Not Commit And/Or Be Convicted Of Any Criminal Offense During The Supervision Period.
               This includes the charges of Escape After Conviction, Escape 3rd and Motor Vechicle offenses

## Comments:

**VC1**   On 3/22/05, Offender James Ross was instructed to stand for the 1100 hrs. headcount before chow was to
          begin. he refused several orders to get off his bed and stand. He then fought with Officers that attempted to
          get him off his bed, causing injury to at least two Officers.

          This is deemed as Disorderly/Assaultive Behavior that goes directly against the rules of this facility.

*******ADDENDUM**********

On 3/26/05, Offender James Ross was arrested and charged with 3 counts of Assault in a Detention Facility-
Injury to Another.
These charges are pending.

REFER TO VOP REPORT # 22667 FAXED TO SCKC ON 3/24/05.   A VOP HEARING IS SCHEDULED FOR
4/8/05 AT 9AM BEFORE JUDGE WILLIAM L. WITHAM.

Approved

Supervisor

Williams, Doreen M
Probation/Parole officer

Report #
22667



Date: 03/24/2005

### DEPARTMENT OF CORRECTION
### BUREAU OF COMMUNITY CORRECTION
CVOP Central Violation of Probation Center
875 Symrna Landing Road
SMYRNA DE, 19977
Phone#: 302-659-6100

VIOLATION REPORT – LEVEL - IV
CASELOAD TYPE - 5 -Hold for Plummer

**To** : Honorable WILLIAM L WITHAM J
Kent County Superior Court

IN RE: ROSS, JAMES E J

RACE: Black                    SEX: Male

DOB :        1963

SBI#: 00167506
DATE: 03/23/2005

| | | | |
|---|---|---|---|
| CASE TYPE | : Detentioner | SENTENCING DATE | : 02/18/2005 |
| JUDGE/COURT | : Honorable WILLIAM L WITHAM J | MAXIMUM EXPIRATION DATE : | 02/07/2006 |
| | Kent County Superior Court | PAROLE RELEASE DATE : | N/A |
| FINE | : N/A | IMPRISONMENT EFFECTIVE : | 02/06/2005 |
| COSTS | : N/A | PROBATION EFFECTIVE DATE : | |
| VCF | : N/A | IMPRISONMENT IMPOSED : | 4 Yr(s) |
| RESTITUTION | : N/A | IMPRISONMENT SUSPENDED : | 4 Yr(s) |
| DRUG EDUCATION FUND: N/A | | PROBATION IMPOSED : | N/A |

CHARGE(S):   0303007243-VK0303103701 - Viol O/Probatn

SPECIAL CONDITIONS:                    CONDITION COMMENTS:

**ADDRESS**     :344 W-WING DR, DOVER DE- 19901
**EMPLOYMENT** N/A
**SERVICE REQUESTED** YES     **TYPE:** Summons

Submitted by: _____
Williams, Doreen M
(Probation/Parole Officer)

IN RE    : Ross, James E J                          SBI # : 00167506              DATE : 03/23/2005

CHARGE(S): 0303007343-VK0303103701 - Viot O/Probatn

---

## EXHIBIT B

It has been alleged that the following conditions of supervision have been violated:

**VC3**    You Must Abide By All The Rules And Regulations Of The County Community Correction Center And/Or The Residential Treatment Program As Described In The Orientation Manual.

On 3/22/05, Offender James Ross was instructed to stand for the 1100 hrs.headcount before chow began. He refused several orders to get off his bed and stand. He then fought with Officers that attampted to get him off his bed, causing injury to at least two officers.

This is deemed as Disorderly/Assaultive behavior that goes directly against the rules of this facility.

This report has been reviewed and approved by
Records, Mike  on 03/24/2005.

Approved                    Records, Mike                           Williams, Doreen M
                            Supervisor                              Probation/Parole officer

IN RE    : Ross, James E J                          SBI # : 00167506              DATE : 03/23/2005

CHARGE(S): 0303007243-VK0303103701 - Viol O/Probatn

## HISTORY OF SUPERVISION / VIOLATION SUMMARY

Your Honor, Mr. Ross was before the court on 2/18/05 for a Violation of probation hearing. He was found in violation on the instant offense of Attempted PWITD NSII (F). He was sentenced to 4 years level 5 suspended for 1 year at level 4 Work Release. Hold at level 5.

Mr. Ross arrived at CVOP on 3/2/05 to await placement at level 4 Work Release.

On 3/22/05, Mr. Ross was instructed to stand for the 1100 hrs. headcount before chow began. He refused several orders to get off his bed and stand. Back-up was called and he then fought with Officers that attempted to get him off his bed, causing injury to at least two officers. Cap-Stun was used in an attempt to regain control of the situation, but it seemed to have no adverse affect on Mr. Ross.
Eventually, Mr. Ross was escorted to a holding cell.

Members of the Department's CERT Team were called to transport Mr. Ross to DCC for security reasons and to await a VOP hearing.

Mr. Ross has a very extensive criminal history that consists of 58 arrests for 119 charges. Of the 101 criminal charges, the more serious ones include: Resisting Arrest(1/05; 3/01; 4/85;); Poss. of Drug Para.(3/01); Poss. of a Narc. SCH II CS (7/99); Conspiracy 2nd(6/98); Assault 2nd (6/98); Assault 3rd(3/97); Robbery 2nd (12/92); Offensive Touching (9/88; 1/87); Shoplifting (3/92, 7/89, 10/88, 12/87, 1/87, 10/84)

Mr. Ross has been classified as a Career Criminal Candidate. There are also 6 different VOP's on file, which may imply that there is an issue of authoritive problems.

There is a balance of $1,871.00 on this case which is included in the total owed to SCKC of $5,743.80
There is also a balance of $448.00 owed to CCPKC and $75.00 to JP# 7.

## RECOMMENDATION

If found in Violation, it is recommended that the sentence be revoked and he be sentenced to serve a term 4 years Level 5 suspended after 1 year for 3 years at Level 4 Work Release, suspended after 1 year for 18 months Level 3 probation.

> **This report has been reviewed and approved by**
> **Records, Mike  on 03/24/2005.**

Supervisor:                     Records, Mike                  Officer:        Williams, Doreen M

NL.554    505

## SERVICE REQUEST

| IN THE | Kent County Superior Court | COURT OF THE STATE OF DELAWARE |

OFFENDER: ROSS, JAMES E J                                    SBI#: 00167506

CHARGE(S): 0303007243-VK0303103701 - Viol O/Probatn

It is alleged that **Ross, James E J** has violated the following conditions of supervison :

☒ **VC3**   You Must Abide By All The Rules And Regulations Of The County Community Correction Center And/Or The Residential Treatment Program As Described In The Orientation Manual.

Identifying information is attached as Exhibit A. The facts of the alleged Violation are attached as Exhibit B

Service Requested: YES    Type: Summons

Address: DCC Delaware Correctional Center, Smyrna Landing Road, SMYRNA, DE-19977

Bail Amount:                              Type :  NO BAIL

Williams, Doreen M          03/24/2005

Probation/Parole officer

SO ORDERED

Honorable WILLIAM L WITHAM J                    03/24/2005

Capias return: ___  _____        (Forthwith or specified time)

Bail Amount: ___  _____    Secured _____  Cash only _____  Unsecured _____

Original: Prothonotary

Copy  : Probation/Parole Officer

## EXHIBIT A

The following information is furnished with respect to the subject for whom a capias or warrant is requested.

| NAME: ROSS, JAMES E J | | | SBI#: 00167506 |
|---|---|---|---|

OFFENSES: Viol O/Probatn (M)

CAUTION CODE:NO    Reasons if YES: N/A

| RACE:BLACK | | SEX: Male | HEIGHT: 5'09" | WEIGHT: 165 LBS |
|---|---|---|---|---|
| EYES: Unknown | HAIR: Unknown | | SKIN : | |
| FBI : | SOC : | FPC : N/A | | DOB : 1963 |

ADDRESS : 344 W-Wing Dr Dover DE 19901

| OLN : 0069907 | OLS : DE | VYR : |
|---|---|---|
| VMS : N/A | OLY : | VMO : N/A |

| SMT: Scar Eyebrow, Right Area | Scar Back | Scar Arm, Right |
|---|---|---|
| Scar Head | Scar Eyebrow, Left Area | Scar Chest |
| Scar Thigh, Right | Scar Eyebrow, Right Area | Scar Back |
| Scar Arm, Right | Scar Head | Scar Eyebrow, Left Area |
| Scar Chest | Scar Thigh, Right | Scar Eyebrow, Right Area |
| Scar Back | Scar Arm, Right | Scar Head |
| Scar Eyebrow, Left Area | Scar Chest | Scar Thigh, Right |
| Scar Eyebrow, Right Area | Scar Back | Scar Arm, Right |
| Scar Head | Scar Eyebrow, Left Area | Scar Chest |
| Scar Thigh, Right | Scar Eyebrow, Right Area | Scar Back |
| Scar Arm, Right | Scar Head | Scar Eyebrow, Left Area |
| Scar Chest | Scar Thigh, Right | |

**ALIAS INFORMATION**

**NAME:** Ross, James E J (Alias)      Rossbey, James E (Alias)
Ross, Jerome (Alias)      Ross, James E (Alias)

**DOB :** 1963      1/1967

**SOC :**

If additional information is needed for apprehension of this probationer/parolee,
Please contact the undersigned officer at :

**Probation/Parole Office**
CVOP Central Violation of Probation Center
875 Symrna Landing Road
SMYRNA DE, 19977
Phone#: 302-659-6100

Williams, Doreen M
**Probation/Parole Officer**
**Bureau of Community Corrections**

Adult Complaint and Warrant
In the Justice of the Peace Court
In and for the
State of Delaware

### State of Delaware vs. **JAMES E ROSS**

I, LT. BRAMBLE (20000) of CVOP CENTRAL VIOLATION OF PROBATION CTR, do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the laws of the State of Delaware by committing criminal acts in **New Castle** county on or about the date, or dates, and at or about the location, or locations, as indicated in Exhibit A hereto attached and made a part hereof.

Wherefore, your affiant prays that the above-named accused may be forthwith approached and held to answer this complaint consisting of **3** charges, and to be further dealt with as the law directs.



Sworn to and subscribed to before me this 26th day of March AD, 2005.

Affiant

Judge/Commissioner/Court Official

(To be completed by the Judge/Commissioner/Court Official)
A. _____ The crime was committed by a child.
B. _____ A misdemeanor was committed against a child.
C. _____ A misdemeanor was committed by one/family member against another family member.
D. _____ Other: Explain

Warrant

To any constable or other authorized person:

Whereas, the foregoing complaint consisting of **3** charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take **JAMES E ROSS** accused, and bring same before

### Justice of the Peace Court 11, FORTHWITH, to answer said charges.

GIVEN UNDER MY HAND, this 26th day of March AD, 2005.

Judge/Commissioner/Court Official

Executed on _____ by _____
Case Number: **05 03 018674**  Warrant Number: 68 05 000357

State of Delaware vs. **JAMES E ROSS** Case: **05 03 018674**

# Exhibit A

Charge Sequence: 1                    Police Complaint Number: 68 05 000002    Arrest Number: _____
Charge: Assault in a Detention Facility-Injury to Another In Violation of 11 Del.C. § 1254 000A F D
Location: 875 Smyrna Landing RD Central Violation of Probation Unit, Smyrna 19977 1 S PADDOCK RD HOUSING POD 6

TO WIT: JAMES E ROSS, J, on or about the 22nd day of MARCH, 2005, in the County of NEW CASTLE, State of Delaware, did being a person confined in a detention facility cause physical injury to DONALD J KUNEMAN.


Charge Sequence: 2                    Police Complaint Number: 68 05 000002    Arrest Number: _____
Charge: Assault in a Detention Facility-Injury to Another In Violation of 11 Del.C. § 1254 000A F D
Location: 875 Smyrna Landing RD Central Violation of Probation Unit, Smyrna 19977 1 S PADDOCK RD HOUSING POD 6

TO WIT: JAMES E ROSS, J, on or about the 22nd day of MARCH, 2005, in the County of NEW CASTLE, State of Delaware, did being a person confined in a detention facility cause physical injury to ARMOND DIVIRGILIS.


Charge Sequence: 3                    Police Complaint Number: 68 05 000002    Arrest Number: _____
Charge: Assault in a Detention Facility-Injury to Another In Violation of 11 Del.C. § 1254 000A F D
Location: 875 Smyrna Landing RD Central Violation of Probation Unit, Smyrna 19977 1 S PADDOCK RD HOUSING POD 6

TO WIT: JAMES E ROSS, J, on or about the 22nd day of MARCH, 2005, in the County of NEW CASTLE, State of Delaware, did being a person confined in a detention facility cause physical injury to ROBERT L MAY.

State of Delaware vs. **JAMES E ROSS** Case: 05 03 018674

## Exhibit B

SBI Number: **00167506**                                                              Also Known As:
Date of Birth/Age:          **1963 /41**          Sex: **Male**                                                Race: **Black**
Eye Color: **Brown**              Hair Color: **Black**                      Height: **5'9"**                  Weight: **165 lbs**
Driver's License: **DE - 0069907**                                              Social Security Number:

Address: **875 Smyrna Landing RD**                          Next of Kin, Address, Employer
            **Central Violation of Probation**              **SHIRLEY S WEEKS**
            **Smyrna, DE 19977**                            **41 FORREST CRK**
Phone:                                                      **DOVER, DE 199040000**
                                                            **(302) 734-8873**

Employer:

Date and Times of Offense: **03/22/2005 at 1113**
Location of Offense: **875 Smyrna Landing RD Central Violation of Probation Unit, Smyrna 19977 1 S PADDOCK RD HOUSING POD 6**

Your affiant LT. BRAMBLE can truly state that: 1.) I am a Lieutenant with the Delaware Department of Correction at the Central Violation of Probation Unit and have been employed by the Department of Correction for 17 years and 2 months. 2.)On 03/02/2005, Offender James Ross (DOB 09/14/1963 SBI#00167506) was housed on pod 6 at the Central Violation of Probation Unit at 875 Smyrna Landing Road, Smyrna, DE. 3.)On this date at approximately 1100 hrs., Offender James Ross became non-compliant with Central Violation of Probation Unit housing rules by refusing to stand up for count. 4.)Offender James Ross remained laying on his bed while the 1100 hrs headcount was being conducted and was issued a program violation for his actions.

5.)At approximately 1113 hrs., Offender James Ross again became non-compliant with Central Violation of Probation Unit housing rules by refusing to go to the chow hall with the rest of pod 6. 6.)Back up was called for by Correctional Officer Stephen Wagner and the following Officers responded, Staff Lieutenant Robert May, Lieutenant Donald Kuneman, and Sergeant Armond Divirgilis. Offender James Ross was given verbal orders to comply with housing rules and when he refused was ordered to go to a holding cell, Offender James Ross ceased being a passive resistor and became an active resistor by moving away from staff and assuming an aggressive posture toward staff. 7.)Offender James Ross was capstunned by Lieutenant Kuneman which had no effect on Offender Ross. Offender Ross then became combative with staff and refusing to comply with directives. While being combative with staff, Offender Ross was capstunned a second time and again without results. 8.)Offender Ross was taken to the ground in an attempt to subdue him. During the struggle, Offender Ross attempted to break the left middle and left ring fingers of Staff Lieutenant Robert May. 9.)The following Officers sustained injuries during the struggle to subdue and handcuff Offender James Ross. Staff Lieutenant Robert May received injuries to both the left ring and middle fingers, abrasions to the left hand and to both wrists. Lieutenant Donald Kuneman received abrasions to the right arm. Sergeant Armond Divirgilis received abrasions and a contusion to the left cheek, bruising behind the left eye, and chemical burns as a result of the OC (capstun) spray.

Affiant: LT. BRAMBLE (20000) of CVOP CENTRAL VIOLATION OF PROBATION CTR
Victims:                                  Date of Birth                Relationship Victim to Defendant
ROBERT L MAY                                                           Otherwise Known
ARMOND DIVIRGILIS                                                      Otherwise Known
DONALD J KUNEMAN                                                       Otherwise Known

_____
Affiant
Sworn and subscribed before me this 26th day of March AD, 2005

State of Delaware vs. **JAMES E ROSS**Case: **05 03 018674**

_____
Affiant

Sworn and subscribed before me this 26th day of March AD, 2005

_____
Judge/Commissioner/Court Official

my case All my Assault                    Oct 4. 2005

...

CASE # 5C97013822    Date 7-26-97

...

CASE # 50970138 37

      Same CASE Different #

...    case # 5097013822

CASE # 5096022830

CASE # 5096022829

CASE # 5096013303   Assault ThiRD DisP = GLTY

                             DisP = 03/06/97

you have:

felony 1.) first degree assault = reduced to 2nd degree -
- (509 701 3822 / 6-29-98

2.) third degree assault = guilty with "no" condi-
misdemeanor tion, you may want to ask your lawye
about this charge - (5096013303 / 3/6/97

felong 3.) Conspiracy 2nd degree: — I don't see any
where, that you have been found guilty of a
conspiracy. and it has the same date as 6-29-9

felony 4.) Robbery 2nd degree.

THIS IS THE CHARGE RECORD OF:
      JAMES      E ROSS               J       DOB      /1963 SBI # 00167506

| Arr. Agy./<br>AG Case # | Name (inc Alias)/<br>Attorney | DOA/<br>DOO | Complaint #/<br>Charge | Disposition |
|---|---|---|---|---|
| | | | | VIOL O/PROBATN<br>DISP=VF<br>DISP=07/25/03 |
| DOVER PD<br>DOVER<br>KC97000789 | JAMES E ROSS J<br>ATTORNEY: VELLA<br>ANDREW JOHN | 07/26/97<br>07/26/97 | 5097013822<br>ASSAULT FIRST<br>DEGREE<br>INTENTIONAL<br>RECKLESS<br>SERIOUS<br>INJURY DURING<br>COMMISSION<br>FEL | REDUCED TO:<br>ASSAULT 2ND<br>DISP=PGLI<br>DISP=06/29/98<br>SENT=06/29/98<br>CONF:3Y<br>SUSP AFT:1Y<br>CONCURRENT<br>VIOL O/PROBATN<br>DISP=VF<br>DISP=04/30/99<br>SENT=04/30/99<br>CONF:3Y<br>SUSP AFT:2Y<br>CREDIT DAYS: 30<br>CONCURRENT |
| DOVER PD<br>DOVER<br>KC97000789 | JAMES E ROSS J<br>ATTORNEY: VELLA<br>ANDREW JOHN | 07/26/97<br>07/26/97 | 5097013822<br>OFFENSIVE<br>TOUCHING | DISP=NOLP29<br>DISP=06/29/98 |
| DOVER PD<br>DOVER<br>KC97000789 | JAMES E ROSS J<br>ATTORNEY: VELLA<br>ANDREW JOHN | 07/26/97<br>07/26/97 | 5097013822<br>BURGLARY<br>SECOND DEGREE<br>DWELLING | DISP=NOLP29<br>DISP=06/29/98 |
| DOVER PD<br>DOVER<br>KC97000789 | JAMES E ROSS J<br>ATTORNEY: VELLA<br>ANDREW JOHN | 07/26/97<br>07/26/97 | 5097013822<br>CRIMINAL<br>MISCHIEF<br>UNDER $1000<br>DAMAGE<br>PROPERTY | DISP=NOLP29<br>DISP=06/29/98 |
| DOVER PD<br>DOVER<br>KC97000789 | JAMES E ROSS J<br>ATTORNEY: VELLA<br>ANDREW JOHN | 07/26/97<br>07/26/97 | 5097013822<br>BURGLARY<br>SECOND DEGREE<br>DWELLING | DISP=NOLP29<br>DISP=06/29/98 |
| DOVER PD<br>DOVER<br>KC97000789 | JAMES E ROSS J<br>ATTORNEY: VELLA<br>ANDREW JOHN | 07/26/97<br>07/26/97 | 5097013822<br>BURGLARY<br>SECOND DEGREE | DISP=NOLP29<br>DISP=06/29/98 |

THIS IS THE CHARGE RECORD OF:
        JAMES      E ROSS          J       DOB        1963 SBI # 00167506

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| | | | DWELLING | |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013822 ASSAULT FIRST DEGREE INTENTIONAL SERIOUS INJURY WEAPON DANGEROUS INSTRUMENT | DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 CONSPIRACY SECOND DEGREE AGREEMENT TO ENGAGE | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 ASSAULT SECOND DEGREE RECKLESSLY OR INTENTIONALLY CAUSES PHYS INJ WEAPON | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 OFFENSIVE TOUCHING | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER KC97000789 | JAMES E ROSS J ATTORNEY: VELLA ANDREW JOHN | 07/26/97 07/26/97 | 5097013837 BURGLARY SECOND DEGREE DWELLING | DISP=BOPC DISP=08/08/97 DISP=NOLP29 DISP=06/29/98 |
| DOVER PD DOVER | JAMES E ROSS J ATTORNEY: VELLA | 07/26/97 07/26/97 | 5097013822 CRIMINAL | DISP=BOPC DISP=08/08/97 |

AG Office DELJIS Charge Summary -- Priors --   Page   7

THIS IS THE CHARGE RECORD OF:
     JAMES      E ROSS         J      DOB      '1963 SBI # 00167506

| Arr. Agy./<br>AG Case # | Name (inc Alias)/<br>Attorney | DOA/<br>DOO | Complaint #/<br>Charge | Disposition |
|---|---|---|---|---|
| KC97000789 | ANDREW JOHN | | MISCHIEF<br>UNDER $1000<br>DAMAGE<br>PROPERTY | DISP=NOLP29<br>DISP=06/29/98 |
| DOVER PD<br>DOVER<br>KC97000789 | JAMES E ROSS J<br>ATTORNEY: VELLA<br>ANDREW JOHN | 07/26/97<br>07/26/97 | 5097013822<br>CRIMINAL<br>TRESPASS<br>SECOND DEGREE | DISP=BOPC<br>DISP=08/08/97<br>DISP=NOLP29<br>DISP=06/29/98 |
| DEPT. OF<br>JUSTICE KENT<br>DOVER<br>KC97000132 | JAMES E ROSS J<br>ATTORNEY: WELCH<br>STEPHEN R JR | 02/11/97<br>11/13/96 | 5096022830<br>DELIVERY OF A<br>NARCOTIC<br>SCHEDULE II<br>CONTROLLED<br>SUBSTANCE | DISP=NOLP27<br>DISP=07/17/97 |
| DEPT. OF<br>JUSTICE KENT<br>DOVER<br>KC97000132 | JAMES E ROSS J<br>ATTORNEY: WELCH<br>STEPHEN R JR | 02/11/97<br>11/13/96 | 5096022829<br>DELIVERY OF A<br>NARCOTIC<br>SCHEDULE II<br>CONTROLLED<br>SUBSTANCE | DISP=NOLP27<br>DISP=07/17/97 |
| DOVER PD<br>DOVER | JAMES E ROSS J<br>ATTORNEY: NONE | 07/29/96<br>07/29/96 | 5096013303<br>ASSAULT THIRD<br>DEGREE<br>INTENTIONALLY<br>RECKLESSLY<br>CAUSE<br>PHYSICAL<br>INJURY | DISP=GLTY<br>DISP=03/06/97 |
| DOVER PD<br>DOVER<br>KC92000702 | JAMES E ROSS J<br>ATTORNEY: APOSTOLIC<br>JAMES V | 07/15/92<br>06/06/92 | 5092011195<br>CONSPIRACY<br>SECOND DEGREE<br>AGREEMENT TO<br>ENGAGE | DISP=NOLP02<br>DISP=09/01/92 |
| DOVER PD<br>DOVER<br>KC92000702 | JAMES E ROSS J<br>ATTORNEY: APOSTOLIC<br>JAMES V | 07/15/92<br>06/06/92 | 5092011195<br>DELIVERY OF A<br>NARCOTIC<br>SCHEDULE II<br>CONTROLLED | DISP=NOLP02<br>DISP=09/01/92 |

THIS IS THE CHARGE RECORD OF:
  JAMES        E ROSS        J        DOB      /1963 SBI # 00167506

| Arr. Agy./ AG Case # | Name (inc Alias)/ Attorney | DOA/ DOO | Complaint #/ Charge | Disposition |
|---|---|---|---|---|
| | | | PROBATION | SENT=06/02/94 CONCURRENT |
| Wilmington P Wilmington | JAMES E ROSS J ATTORNEY: NONE | 08/15/89 | 3089052077 CONSPIRACY SECOND DEGREE | DISP=NOLP29 DISP=07/27/90 |
| Wilmington P Wilmington | JAMES E ROSS J ATTORNEY: NONE | 08/15/89 | 3089052077 ROBBERY SECOND DEGREE | DISP=GLTY DISP=12/01/92 SENT=07/27/90 PC/REST/EVAL SUB ABUS/DIR COUNSLNG, TEST/TREAT/ASSG N  JOB TRAIN/NO DRUGS/ALCHL/OBT N GED/DRUG TESTING |
| DOVER PD DOVER | JAMES E ROSS J ATTORNEY: NONE | 04/19/89 04/19/89 | 5089004919 SHOPLIFTING UNDER $500 | DISP=PG DISP=07/06/89 SENT=07/06/89 CONF:1Y IMP. BEGINS 7/06/89. CREDIT FOR TWO DAYS. |
| TROOP 3 STAT POLICE WOODSIDE | JAMES E ROSS J ATTORNEY: NONE | 04/16/89 04/16/89 | SPD77795 50MPH ON 2 LANE ROADWAYS | .DISP=GLTY DISP=05/31/89 SENT=05/31/89 FINE:$49.00 VCF:$7.35 CC:$15.00 SUSP:$15.00 |
| TROOP 3 STAT POLICE WOODSIDE | JAMES E ROSS J ATTORNEY: NONE | 04/16/89 04/16/89 | SPD77796 DRIVE WHILE LICENSE HAS EXPIRED | DISP=GLTY DISP=05/31/89 SENT=05/31/89 FINE:$25.00 SUSP:$25.00 VCF:$3.75 CC:$15.00 SUSP:$15.00 |
| DOVER PD | JAMES E ROSS J | 02/28/89 | DV92255 | DISP=NOLP29 |



PUBLIC DEFENDER OF THE STATE OF DELAWARE
ELBERT N. CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. BOX 8911
WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

BRIAN J. BARTLEY
ASSISTANT PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

TELEPHONE
(302) 577-5135

June 21, 2005

Richard J. Zemble
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801

> RE:  State of Delaware v. James E. Ross
>       ID No. 0503018674

Dear Mr. Zemble:

Please provide me with a copy of any and all medical records
for any treatment provided to any of the three victims for injuries
allegedly caused by the Defendant in the indicted assaults.

Very truly yours,

Brian J. Bartley
Assistant Public Defender

BJB/ef
Cc: Mr. James E. Ross

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE           :
                            :
        V.                  :     ID NO. 0503018674
                            :
JAMES E ROSS,
        DEFENDANT

### ORDER SCHEDULING TRIAL

IT IS HEREBY ORDERED THIS 20TH DAY OF JUNE, 2005, THAT:

1)  TRIAL IS SCHEDULED FOR Tuesday, 10/18/2005.
    NO CONTINUANCE WILL BE GRANTED ABSENT EXCEPTIONAL
    CIRCUMSTANCES.  COUNSEL AND DEFENDANT MUST ATTEND THE
    CALENDAR CALL ON THE DAY OF TRIAL AT 9:00 A.M. UNLESS
    PREVIOUSLY EXCUSED BY THE CRIMINAL ASSIGNMENT JUDGE.

2)  THIS MATTER IS A CATEGORY #2 CASE.  COPIES OF ANY
    MOTIONS AND/OR CORRESPONDENCE REGARDING THIS CASE
    SHALL BE DIRECTED TO THE CRIMINAL ASSIGNMENT JUDGE.

3)  COUNSEL MUST IMMEDIATELY TAKE ALL STEPS TO NOTIFY
    WITNESSES AND DEFENDANT OF THE TRIAL DATE.   THERE
    WILL BE NO FURTHER SPECIAL NOTIFICATION FROM THE COURT
    UNLESS THE COURT (ATTN: ELIZABETH BRENHOCH) IS ADVISED IN
    WRITING WITHIN TWO WEEKS OF THE DATE OF THIS ORDER OF
    THE UNAVAILABILITY OF WITNESSES OR ANY OTHER VALID
    PROBLEMS, THE ABOVE TRIAL DATE WILL REMAIN FIRM.

4)  COUNSEL SHALL ATTEND THE TRIAL CALENDAR CALL AT 9:15
    A.M. ON THE THURSDAY BEFORE THE TRIAL DATE UNLESS
    EXCUSED BY THE CRIMINAL ASSIGNMENT JUDGE.

                            _____
                            JUDGE CALVIN L. SCOTT

OC:  PROTHONOTARY
CC:  RICHARD J ZEMBLE , DEPUTY ATTORNEY GENERAL
     BRIAN J BARTLEY    , ESQ.

Discovery order by 9/15/04, including
medical records

In the Superior Court of State of Delaware

In and for New Castle County

State of Delaware

V                                    CASE # 0503.013674

James E Ross Jr

## ORDER

HAVING Heard and considered the Defendants Notice Rule (16³) For REVIEW Motion to Dismiss It is Hereby ordered that this matter will be set down For hearing on 10- _____, 2005 :00 m.

It IS ORDERED on this Date of ~~May~~ 10- _____, 2005.

In the Superior Court of the State of Delaware
In and For New Castle County

State of Delaware          :     Case No. 0503018674

         V.                :

James E. Ross Jr           :

## Certificate of Service

I certify that I have caused that on this
day of ~~May~~ 10- -2005 to Copy's of the attached
Notice Rule (16 B) For Review to be served
upon the Following Address Indicated, by
United States Mail, Postage pre paid on:


Attorney General's office
Department of Justice
Carvel State office Building
820 N French Street
Wilmington, De 19801