IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. ROSS, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 06-78 SLR |
| THOMAS CARROLL, MIKE RECORD, and LT. BRAMBLE, | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 16th day of February, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge