IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. ROSS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-78 SLR |
| ) | |
| THOMAS CARROLL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This 31st day of July, 2007, it appearing that:

1.   All non-sealed and non-expunged records are forwarded to the National Archives and Records Administration (NARA) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2.   The policy of this Court is that case records are forwarded to the NARA after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3.   This case will be forwarded to the NARA after being held for the minimum period of six months.

4.   During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5.   The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

**NOW, therefore, IT IS ORDERED** that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the NARA, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the NARA in accordance with the policy of this Court.

_____
United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

James E. Ross, Jr.
233 N. New Street
Dover, DE 19901

      RE: **Return of Sealed Documents.**
      Civ No.: 06-78 SLR

Dear Sir/Madame:

    The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed order of the court, **pro se parties are asked to claim the sealed documents mentioned in the Order by August 14 , 2007**. All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

    **If parties do not claim the documents that they filed by the above date**, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order. To claim your sealed documents kindly **send a formal letter of request to our court in the provided self addressed envelope.**

    Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and address. Once we receive your mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. If you have any further questions please contact the Clerks Office at (302)573-6170.

                      Sincerely,

                      By: /s/Larisha Davis
                           Deputy Clerk

Enc.: order, partial docket

REVIEWED
By Larisha Davis at 12:15 pm, Jun 26, 2007

CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00078-SLR
Internal Use Only

Ross v. Carroll et al  
Assigned to: Honorable Sue L. Robinson  
Related Case: 1:02-cv-00014-SLR  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 02/17/2006  
Date Terminated: 07/20/2006  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question  

**Plaintiff**

**James E. Ross, Jr.**   represented by   **James E. Ross, Jr.**  
233 N. New Street  
Dover, DE 19901  
PRO SE  

V.

**Defendant**

**Thomas Carroll**

**Defendant**

**Mike Record**

**Defendant**

**Lt. nfn Bramble**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2006 | 1 | COMPLAINT filed pursuant to 42:1983 against Thomas Carroll, Mike Record, nfn Bramble - filed by James E. Ross, Jr. (Attachments: # 1 Exhibit (SEALED))(mwm, ) (Entered: 02/06/2006) |
| 02/03/2006 | 2 | REDACTED VERSION of Exhibit to 1 Complaint by James E. Ross, Jr. (mwm, ) (Entered: 02/06/2006) |
| 02/03/2006 | 3 | Six month account statement filed by James E. Ross Jr. (mwm, ) (Entered: 02/06/2006) |
| 02/06/2006 | 4 | DEFICIENCY NOTICE by the Court issued to James E. Ross Jr. re 1 no original signature on Complaint. (mwm, ) (Entered: 02/06/2006) |
| 02/06/2006 | 5 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (mwm, ) (Entered: 02/06/2006) |
| 02/06/2006 | 6 | Letter to James E. Ross, Jr. sent to DCC and Dover addresses, from Deputy Clerk, regarding deficiencies on new case - re 1 Complaint. (rbe, ) (Entered: 02/06/2006) |
| 02/08/2006 | 7 | MULTI MEDIA DOCUMENT filed by James E. Ross, Jr in the form of a 5 Photographs. (Media on file in Clerk's Office). (bad, ) (Entered: 02/08/2006) |
| 02/08/2006 | 8 | SEALED EXHIBIT re 1 Complaint by James E. Ross, Jr. (dab, ) (Entered: 02/09/2006) |
| 02/08/2006 | 9 | REDACTED VERSION of 8 Exhibit to a Document by James E. Ross, Jr. (dab, ) |